<u>Criminal Calendar</u> — Oral Argument.

Before: Judge John Gleeson, U.S.D.J.

12:20pm – 1:00pm.

Date: 2/6/09

Time: 11:00am – 12:10pm

DOCKET NUMBER: 08 CR 571   CASE NAME: USA v. Weingarten

DEFENDANT'S NAME: ✓ Israel Weingarten
    ✓ Present ___ Not Present ✓ In Custody ___ Bail

DEFENSE COUNSEL: Alan I. Stutman, Barry G. Rhodes
Rachel Nash and ___ Legal Aid ___ CJA ✓ Retained

AUSA: Andrea Goldbarg   Deputy Clerk: Ilene Lee

INTERPRETER: _____ (Language) _____

COURT REPORTER: Anthony Frisolone

✓ Case called for:

___ Arraignment:

___ Defendant's first appearance.   ___ Defendant arraigned on the indictment.

___ Defendant informed of rights.

___ Defendant entered NOT GUILTY PLEA to ALL counts of the indictment.

___ Status Conference:

___ Order of Speedy Trial entered. Code Type <u>XC</u> Start_____ Stop_____

___ Status conference set for_____ @ _____ Before: Judge _____

___ Pretrial conference set for _____ @ _____ Before: Judge _____

___ Bail Hearing:

___ Defendant was released on _____ PRB with / without some conditions.

___ Bail application was denied. The Order of Detention previously entered is continued with leave to reapply to a Magistrate Judge, or, to the District Court Judge to whom this case is assigned.

___ Defendant failed to appear, bench warrant issued.

OTHERS:

- Motion to Dismiss was denied by the Court.
- Motion to Amend/Correct submission is denied by the Court.
- Motion to Review Grand Jury presentation is also denied by the Court.