# EXHIBIT "A"

## AFFIDAVIT OF MENACHEM M. BLUM

I, Menachem M. Blum, under the penalty of perjury, affirm and state as follows:

1. My name is Menachem M. Blum.

2. My address is 8 Ruzhin Rd., Monroe, NY 10950.

3. I have known Israel Weingarten since the year 2003.

4. I have personal knowledge of the facts pertaining to the retention of attorneys Alan Stutman and Barry Rhodes to represent Mr. Weingarten, the breakdown of the attorney-client relationship between Mr. Weingarten and his attorneys, and the firing of his attorneys by Mr. Weingarten.

5. In or around October of 2008, on behalf of the Sat Mar community and other supporters of Mr. Weingarten, I retained Alan Stutman to represent Mr. Weingarten.

6. At this time, Mr. Stutman informed me that he would like to bring in another attorney to "do the paperwork."

7. Accordingly, Mr. Stutman brought in Mr. Rhodes as a co-counsel in this case.

8. Shortly thereafter, I became aware of the breakdown in the attorney-client relationship between Mr. Weingarten and his attorneys.

9. On one hand, the attorneys informed me that Mr. Weingarten was extremely unsatisfied with the way the attorneys were handling the case.

10. I was also informed by the attorneys that Mr. Weingarten complained to his attorneys that the attorneys do not listen to him.

11. I was also informed by the attorneys that Mr. Weingarten complained to his attorneys that the attorneys do not understand the case.

12. I was also informed by the attorneys that Mr. Weingarten complained to his attorneys that the attorneys have not done an investigation into the facts of the case that was necessary to present a proper defense.

13. I was also informed by the attorneys that Mr. Weingarten had made it clear to the attorneys that since he cannot work with the attorneys he wanted the attorneys to get off the case.

14. On the other hand, Mr. Weingarten also complained to me that he cannot work with his attorneys.

15. Mr. Weingarten complained to me that there was miscommunication between him and his attorneys.

16. Mr. Weingarten complained to me that his attorneys scream and shout at him whenever he tries to explain the facts of this case to his attorneys.

17. Mr. Weingarten complained to me that his attorneys refuse to listen to him when he tells them that there are witnesses in the US, England, Belgium and Israel whose testimony is crucial to defend the allegations made against him.

18. Mr. Weingarten informed me that he had asked his attorneys to request the Court for more time because there were tape recordings that were crucial to the defense in this case. Some of the recordings pertained to Feige Weingarten and Friemelei Weingarten conspiring to make a case against Israel Weingarten. These recordings had to be located, translated, transcribed and all of this would take time.

19. Mr. Weingarten complained to me that his attorneys refuse to listen to him when he tells them that the alleged victim's allegations of sexual abuse were investigated by the rabbinical courts abroad and found to be unsubstantiated.

20. Mr. Weingarten complained to me that his attorneys do not inform him about their strategy to defend this case.

21. Mr. Weingarten complained to me that his attorneys do not show him the papers that they want him to sign – unless the last possible minute. This has resulted in Mr. Weingarten filing papers with the Court that he did not have an opportunity to review.

22. Mr. Weingarten complained to me that he has found serious factual errors in the court filings filed by his attorneys.

23. Mr. Weingarten complained to me that he informed his attorneys about these factual errors but his attorneys refused to do anything about it.

24. I, in turn, communicated *all* of Mr. Weingarten's complaints to his attorneys.

25. I attempted to facilitate a proper channel of communication between Mr. Weingarten and his attorneys. I was not successful in doing so as the attorneys simply refused to allow Mr. Weingarten to participate in the defense of his case.

26. I informed the attorneys that it was *crucial* that they listen to Mr. Weingarten and allow him to participate in the defense of his case.

27. I informed the attorneys that Mr. Weingarten – being the Defendant – knew the case best and wanted to help in collecting evidence that would be necessary in defending this case.

28. I informed the attorneys that there were witnesses, documents and tapes that were crucial to the defense of Mr. Weingarten. Mr. Weingarten had attempted several times to tell his attorneys about this evidence and the attorneys had refused to listen to Mr. Weingarten.

29. I informed the attorneys that without Mr. Weingarten's assistance, it would be impossible to collect and then organize this evidence in order to use it at trial. And therefore, they should listen to Mr. Weingarten and allow him to participate in the defense of his case.

30. I informed the attorneys that many of the crucial witnesses in this case were living abroad. The attorneys told me to simply "bring the witnesses" to them or to have the witnesses call them. I explained to the attorneys that given the fact that these witnesses were all over in England, Belgium and Israel, we should first narrow the list of witnesses and then maybe the attorneys should interview the witnesses that they feel are important.

31. I attempted to provide the attorneys with the names and contact information of the specific witnesses who lived abroad and whose testimony was crucial to impeach the allegations made against Mr. Weingarten.

32. The attorneys however told me to have the witnesses call *them*.

33. I explained to the attorneys that I cannot have all these witnesses, living in different countries in different time zones, call the attorneys. I further explained to the attorneys that the better option would be for the attorneys to call and interview these witnesses or set up a time so that the witnesses could call the attorneys at a given time.

34. The attorneys continued to insist that the witnesses call them.

35. At some point I arranged a multi-party conference call between myself, two witnesses (one from Belgium and one from England) and attorney Alan Stutman. However, all we got was a message on Mr. Stutman's answering machine.

36. Upon consulting other attorneys, I was advised that these witnesses were important and necessary to Mr. Weingarten's defense. I was also told that these witnesses' testimony was extremely important to impeach the false accusations made against Mr. Weingarten.

3

37. Neither Alan Stutman nor Barry Rhodes ever asked me to set up appointments to talk to Mr. Weingarten's children. Once, when Chaya Sura Weingarten and Yoel Weingarten were in Mr. Stutman's office, Mr. Stutman spent just a few minutes talking to the children. The Weingarten children are important witnesses in this case and have lots of information about these allegations of sexual abuse that would have tremendously helped Mr. Weingarten's defense of these charges.

38. The Sat Mar community and supporters of Mr. Weingarten were concerned about this breakdown in the relationship between Mr. Weingarten and his attorneys.

39. By this time, Mr. Weingarten had told his attorneys several times that they were not capable of defending him and that he no longer wanted them as his attorneys.

40. In late 2008 – early 2009, the community and supporters of Mr. Weingarten decided that it was best to get another attorney to defend Mr. Weingarten.

41. I told Mr. Weingarten that we would try and get another attorney for him and that as soon as we found someone, we would terminate his current attorneys.

42. Mr. Weingarten by this time was terribly anxious and desperate because he saw his attorneys were not doing their job.

43. The breakdown in the relationship between Mr. Weingarten and his attorneys was also evident during the court proceedings.

44. At times, I witnessed Mr. Weingarten interjecting and interrupting his attorneys during court proceedings. Mr. Weingarten complained that his attorneys were misrepresenting facts in the court and therefore he had to intervene.

45. At times, I witnessed Mr. Weingarten addressing the Court and informing the Court that his attorneys are not aware of the facts of this case.

46. At some point in time, I decided to intervene and inform the Judge about the breakdown in the relationship between him and his attorneys.

47. On or around February 24, 2009, I sent a four page letter to Hon. John Gleeson, the presiding Judge in this matter, via personal delivery (a copy of this letter is attached to this Affidavit). A copy of this letter was also sent to Mr. Weingarten's attorneys and to the prosecutors.

48. As the record indicates, on February 25, 2009, a copy of this letter was also provided to Judge Gleeson in the court.

49. However, the Court did not grant an adjournment and the case went to trial.

50. Israel Weingarten was forced to proceed *pro se* and try his own case.

51. There were many witnesses who had important information about this case, who wanted to testify but were never contacted by the attorneys.

52. Also, the Judge denied an adjournment and scheduled the trial in the middle of Jewish holidays when these witnesses could not travel from England, Belgium and Israel.

53. These witnesses accordingly could not testify at trial.

54. Israel Weingarten lost the case and was convicted on all counts.

55. If called upon, I am ready and willing to testify to the above.


Date: 4/14/09

_____
Menachem M. Blum


Subscribed and affirmed to before me, a Notary Public in and for the _____County_____ of _____Orange_____, State of New York, this __14th__ day of __April__, 2009.

_____
Signature of Notary


MARIE FIUMARA
Notary Public, State of New York
No. 01FI5031026
Qualified in Orange County
Commission Expires July 25, 2010

5

Case 1:08-cr-00571-BMC   Document 75-2   Filed 04/28/09   Page 7 of 104 PageID #: 973

## Affidavit of Sarah Cohen

I, Sarah Cohen, under the penalty of perjury, state and affirm as follows:

1. My name is: Sarah Cohen.
2. My address is Mercatorstraat 124, 2018 Antwerp, Belgium.
3. My telephone number is 03.230.0653
4. I have known Israel and Friemelei Weingarten for approximately 13 years - from 1984 until 1997.
5. I knew them first in Brooklyn, New York in 1984 and then from 1985 onwards in Antwerp, Belgium.
6. During the time period between August 19, 1997 and September 12, 1997, I saw Israel and Friemelei in Antwerp, Belgium.
7. During this time, we observed Shabbos in our house together (for 2 Shabbosim).
8. Israel and Friemelei also came to my house for dinner several times during this time period.
9. During my interaction with Friemelei, I saw no signs of her being abused by her father.
10. What I saw was a healthy and loving relationship between the father and the daughter.
11. I have also known Friemelei in school.
12. I have never seen or known Friemelei to be afraid of her father.
13. I also know about Friemelei's reputation in the community.
14. Friemelei's reputation in the community is that of a liar, an actress and an untrustworthy person.
15. No attorney or lawyer ever contacted me to ask me these things before Israel Weingarten's trial.
16. I can and will testify that what I have said and written here is true and correct.

Date: _APRIL - 19 - 09_

_S. Cohen_
Sarah Cohen

NOTARIS C. DE BAECKER

'1 6 APR 2009

Frankrijklei 16 bus 4
2000    Antwerpen
Tel: 03/206.98.98

The undersigned Mr. Carlos De Baecker, public notary in Antwerp, hereby declares that the signature above belongs to _Mrs. Sarah Cohen_

Notaris De Baecker
Frankrijklei 16-b4
B-2000 ANTWERPEN

Case 1:08-cr-00571-BMC   Document 75-2   Filed 04/28/09   Page 8 of 104 PageID #: 974

## Affidavit of Yosef Chaim Cohen

I, Yosef Chaim Cohen, under the penalty of perjury, state and affirm as follows:

1. My name is: Yosef Chaim Cohen.
2. My address is: Mercatorstraat 124, 2018 Antwerp, Belgium.
3. My telephone number is 03.230.0653
4. I have known Israel, Feige and Friemelei Weingarten for 10 years approximately – between 1987 and 1997 approximately.
5. I was a teacher in Israel Weingarten's school (yeshiva) since 1988.
6. I knew the Weingarten family in Antwerp, Belgium.
7. I saw and spoke with Friemelei and Israel Weingarten between August 19, 1997 and September 12, 1997 while they were together in Antwerp - Belgium.
8. Israel, Friemelei and my family observed two Shabbats together during this time.
9. Israel and Friemelei came to my house for dinner several times during this time period.
10. Sometimes, Friemelei came alone just to spend some time with my family.
11. Friemelei had also stayed over night in our house during that period.
12. Friemelei never complained about any kind of abuse.
13. I did not observe any signs of abuse.
14. On the contrary, I observed a healthy, loving and comfortable relationship between Friemelei and her father.
15. During this time period, I also saw and spoke with Israel Weingarten while he was in the synagogue every morning for the morning prayers and in the evening for the evening prayers.
16. I was aware that Israel was required to perform these daily services daily as his father had recently passed away.
17. I knew Friemelei well during the above years.
18. Friemelei was happy girl.
19. Friemelei had a beautiful education and upbringing.
20. However, I also know of Friemelei's reputation in the community.
21. I know of Friemelei's reputation in the community as a liar.
22. No attorney or lawyer contacted me to ask me about these things before Israel Weingarten's trial.
23. I can and will testify that what I have said and written here is true and correct.

Date: __14 Apr. 09__                                    __y.c. coh__
                                                          Yosef Chaim Cohen

NOTARIS C. DE BAECKER

16 APR 2009

Frankrijklei 16 bus 4
2000     Antwerpen
Tel: 03/206.98.98

CARLOS DE BAECKER, notaris · ANTWERPEN ·

The undersigned Mr. Carlos De Baecker, public notary in Antwerp, hereby declares that the signature above belongs to Mr. Yosef Chaim COHEN

Notaris De Baecker
Frankrijklei 16-b4
B-2000 ANTWERPEN

### Affidavit of Esther Englander

I, Esther Englander, under the penalty of perjury, state and affirm as follows:

1. My name is:. E S T H E R      E N G L A N D E R
2. My address is 34 Leweston Place, London N16 GRH, England.
3. I have known Israel Weingarten, Feige Weingarten and Friemelei Weingarten for seven years · between 1990 and 1997.
4. I have known Israel Weingarten, Feige Weingarten and Friemelei Weingarten in Antwerp, Belgium.
5. I saw and spoke with Friemelei Weingarten in my school between the dates of August 19, 1997 and September 12, 1997.
6. Friemelei looked happy and relaxed.
7. I have met Friemelei Weingarten in school, in my home, in the Weingarten's home during the above time period.
8. I found Friemelei to be a happy and confident girl.
9. No attorney or lawyer contacted me to ask me these things before Israel Weingarten's trial.
10. I can and will testify that what I have said and written here is true and correct.

Date: 14  april ........

E. Engla
Esther Englander

Affidavit of Hinde Englander

I, Hinde Englander, under the penalty of perjury, state and affirm as follows:

1. My name is: Hinde Englander.
2. My Address is 21 Moresby Road, London E59 LE, England.
3. I have known Israel Weingarten and his whole family for about 12 years - from 1985 until 1997.
4. I knew Israel and Friemelei Weingarten in Antwerp, Belgium.
5. I saw Friemelei Weingarten in school, at my home and at her home during the about time period.
6. I found Friemelei to be a happy girl.
7. I did not observe any signs of Friemelei being abused.
8. On the contrary, whenever Friemelei spoke about her father, it was with respect and admiration for him.
9. I have observed Friemelei in the company of her father.
10. Friemelei never seemed uncomfortable in the father's presence.
11. I am aware of Friemelei's reputation in the community. *(has caused hatred from her*)
12. Friemelei's reputation in the community is that of being a liar, a professional actress, an attention seeker and an untrustworthy person.
13. No attorney or lawyer contacted me to ask me about these things before Israel Weingarten's trial.
14. I can and will testify that what I have said and written here is true and correct.

    * classmates

Date: 14/04/08

H Englander
Hinde Englander

## Affidavit of Miriam Friedman

I, Miriam Friedman, under the penalty of perjury, state and affirm as follows:

1. My name is Miriam Friedman.
2. My address is Conscience Straat 18, 2018 Antwerp, Belgium.
3. I have known Israel Weingarten and his family for 12 years approximately - from 1985 until 1997.
4. I knew, saw and met with Friemelei Weingarten in Antwerp, Belgium during April 3, 1997 through April 14, 1997.
5. I found Friemelei to be happy, confident and content.
6. I did not find Friemelei to be scared of her father.
7. No attorney or lawyer contacted me to ask me about these things before Israel Weingarten's trial.
8. I can and will testify that what I have said and written here is true and correct.

Date: _Miriam April 2009_

Miriam Friedman

Affidavit of Hinde Englander

I, Hinde Englander, under the penalty of perjury, state and affirm as follows:

1. My name is: Hinde Englander.
2. My Address is 21 Moresby Road, London E59 LE, England.
3. I have known Israel Weingarten and his whole family for about 12 years - from 1985 until 1997.
4. I knew Israel and Friemelei Weingarten in Antwerp, Belgium.
5. I saw Friemelei Weingarten in school, at my home and at her home during the about time period.
6. I found Friemelei to be a happy girl.
7. I did not observe any signs of Friemelei being abused.
8. On the contrary, whenever Friemelei spoke about her father, it was with respect and admiration for him.
9. I have observed Friemelei in the company of her father.
10. Friemelei never seemed uncomfortable in the father's presence.
11. I am aware of Friemelei's reputation in the community. *this caused hatred from her*
12. Friemelei's reputation in the community is that of being a liar, a professional actress, an attention seeker and an untrustworthy person. ▼
13. No attorney or lawyer contacted me to ask me about these things before Israel Weingarten's trial.
14. I can and will testify that what I have said and written here is true and correct.

  * classmates

Date: 14 / 04 / 08

H Englander
Hinde Englander

## Affidavit of Debora Freed

I, Debora Freed, under the penalty of perjury, state and affirm as follows:

1. My name is: Debora Freed.
2. My address is: Mercatorstraat 48, 2018 Antwerp, Belgium.
3. I have known Friemelei Weingarten for 12 years approximately - from 1985 until 1997.
4. I have known Friemelei Weingarten when she was in Antwerp, Belgium.
5. During this time period, I saw Friemelei in school, in her home and at my home.
6. I found Friemelei to be happy and confident.
7. I found Friemelei to be well educated.
8. Friemelei participated in all of the school's activities.
9. Friemelei was fond of her father, Israel Weingarten.
10. Friemelei said nice things about her father and was proud of him and his upbringing of her.
11. I also know of Friemelei's reputation in the community.
12. Friemelei's reputation in the community was that of a constant liar and being untrustworthy.
13. No attorney or lawyer ever contacted me to ask me about these things before Israel Weingarten's trial.
14. I can and will testify that what I have said and written here is true and correct.

Date: 4-14-09

Debora Freed

LAZAR WEINBERGER
NOTARY PUBLIC, State of New York
No. 01WE6153483
Qualified in Kings County
Certificate filed in Kings County
Commission Expires Oct 2, 2010

Apr/14/09

Case 1:08-cr-00571-BMC   Document 75-2   Filed 04/28/09   Page 14 of 104 PageID #: 980





## AUTHENTICATION OF SIGNATURE

Serial No. 490/09

I the undersigned, Meir Neuman Notary, at Avney Nezer 4 st' Bney Brak hereby certify that on 17.4.09 there appeared before me at my office Mr. Friedmann Robert whose identity was proved to me by Passport no. EG614740 issued by at antwerpen on 03.12.07 And signed of his own free will the document overleaf.

In witness whereof I hereby authenticate the signature of Mr. Friedmann Robert by my own signature and seal today 17.4.09.

Fees paid: 166 NIS including VAT.

נרשם ברישומי
Signature

Notary's Seal

Affidavit of Robert Friedmann

1. Robert Friedmann, under the penalty of perjury, states and affirms as follows:

1. My name is Robert Friedmann.

2. My address is Simonsstraat 34 2018 Antwerp, Belgium.

3. I am the Director of the Bais Rachel girls school in Antwerp.

4. I have known the Weingarten family very well, including Rabbi Israel Weingarten (for over 20 years), and Mrs. Feige Weingarten and their daughter Frimefei (for many years').

5. They have visited my residence many times, and I have visited their residence as well, and we shared many discussions together.

6. Rabbi Israel Weingarten is a very knowledgeable person, he directed his own Talmudical high school for boys here in Belgium, to the utmost satisfaction of all the parents and students alike. The directors of the other schools in our community used to seek his advice in many matters concerning education.

7. Between the 19ᵗʰ of August and the 12ᵗʰ of September 1997, Rabbi Israel Weingarten came to Belgium to pack his belongings and to ship them to Israel.

8. Frimefei Weingarten accompanied her father on this trip.

9. During this time period, I saw Rabbi Israel Weingarten very often in the synagogue where he served as the cantor for that time (I was also aware that Rabbi Weingarten had recently lost his father).

10. I also saw him regularly with his daughter Frimefei walking on the Antwerp streets.

11. I have found Rabbi Weingarten to be a very devoted father to all of his children.

12. Mrs. Feige Weingarten used to visit us at our residence, and once, after the rumor was spread (about Rabbi Weingarten sexually abusing Frimefei), she asked me in frustration: "Mr. Friedman, you know my husband well, could you explain to me how it is possible to spread such an immodest rumor on such a respected and honored person".

13. Rabbi Leibish Rottenberg of Forshay N.Y., told me, that Mrs. Feiga Weingarten needs psychiatric help, and he has referred her for a psychiatrist, and the psychiatrist confirmed that she needs psychiatric medical treatment.

14. Frimefei is not only known to me as a Weingarten family member, but also as a pupil in our Bais Rachel girls' school where I serve as the director.

15. She was known as a constant liar, most of the words that passed her mouth were not true, and whenever she felt that she is not being believed, she began to cry with crocodile tears, to stir the emotions of her listeners. She is a very good actress that she even succeeded to make some people believe her, until she was proven to be lying again. This is not a secret, and it is known to most people who keep contact with her in this case.

16. I have a lot to say in this case.

17. No attorney or lawyer has ever contacted me to ask me for any information regarding this case, before Rabbi Weingarten stood trial.

18. I am ready and willing to testify in this case.

Date: ___16. April 2009___      _R. Friedman_
                                            Robert Friedmann

NOTARY * NOTAIRE
MEIR NEUMAN
[Hebrew text]

Y. Ch. Horowitz          page ① of 2                 ישראל חיים הורוויץ
Rabbi of Stamar Community                            הרב דק"ק וואלד משה סאטמאר
Salford M7, Manchester                               מאנטשעסטער יע"א

בס"ד

1   Yisroel Chaim Horowitz, Rabbi of the Satmar
    Community, address, 100 Northumberland st. Salford M7, UK,
    under the penalty of perjury, state and affirm
    as follows :

1.  In Feb '99 I received a letter from
    the Chief Rabbi of Antwerp, Belgium,
    Rabbi Chaim Kreiswirth oʙ"m. The letter
    stated that I with my assistants had to do
    what -ever we can to help Rabbi & Mrs Weingarten
    to meet with their daughter in order that
    they should be able to explain to her the
    problem concerning a proposal for an arranged
    marriage .

2.  It appears that those who were trying to
    arrange that marriage failed to dislose to the
    young lady that there were areas of serious
    concern about the consequences of entering such
    marriage

3.  No attorney or lawyer ever contacted me to ask

Page one of two
Witnessed / Affirmed before me
Alvin Deytd (ALVIN DYTCH)

Y Ch. Horowitz

Y. Ch. Horowitz
Rabbi of Stamar Community
Salford M7, Manchester

page 2 of 2

ישראל חיים הורוויץ
הרב דקהיק וויזנל השם סקטמאר
מאנצעסטער יע"ן

בק"ד

me about these things before Rabbi Israel
Weingartens trial.

U. I can and will testify that what I have
said and written is true and
correct.

Y. Ch. Horowitz
YISROEL CHAIM HOROWITZ

DATE: 17, April '09

PAGE TWO OF two
Witnessed /Affirmed before me
Alvin Deytel (ALVIN DYTCH)
SOLICITOR/ COMMISSIONER For oaths
This    17 APR 2009
Office address

**Liefman Rose & Co**
*Solicitors*
94 Bury Old Road
Cheetham Village
Manchester M8 5BW
Tel: 0161 740 7878
Fax: 0161 740 7279

**Liefman Rose & Co**
*Solicitors*
94 Bury Old Road
Cheetham Village
Manchester M8 5BW
Tel: 0161 740 7878
Fax: 0161 740 7279

ENGLAND

<u>Affidavit of Alexander Krausz</u>

I, Alexander Krausz, under the penalty of perjury, state and affirm as follows:

1. My name is: Alexander Krausz.
2. My address is: Mercatorstraat 12, 2018 Antwerp, Belgium. My phone number is 323-2308797.
3. I have known Israel Weingarten, Feige Weingarten, and Friemelei Weingarten for about 12 years.
4. I saw, met and spoke with Israel and Friemelei Weingarten in Belgium between August 19, 1997 and September 12, 1997.
5. I spent a lot of time with Israel and Friemelei Weingarten during this time period.
6. During this time period Israel and Friemelei Weingarten visited my house several times.
7. During this time period Israel and Friemelei Weingarten and my family had meals together at my house.
8. I observed Friemelei Weingarten during this time period.
9. Friemelei looked perfectly fine and happy.
10. I observed a loving and healthy relationship between Friemelei and her father, Israel Weingarten.
11. During one of the visits of Israel and Friemelei Weingarten to my home, my two married daughters Esther Gold and Gitty Kraus also met with Friemelei.
12. Friemelei recited some of the religious things that her father had taught her, in front of my daughters. The atmosphere at my house was very good.
13. During this period, I also saw Israel Weingarten at the synagogue for the prayers (As per our custom, Israel had to do the prayer services daily as his father had recently passed away).
14. I have also observed Israel Weingarten on the streets in Belgium during this time period.
15. I observed Israel and Friemelei packing their belongings in their apartment. The packing was difficult and took a lot of time.
16. During this time period, I also drove Israel Weingarten to the shipping company's office it took many hors to get there (for shipping his belongings, that he and Friemelei were packing at their apartment, to Beth Shemesh, Israel).
17. During this time period, while Israel was hospitalized at the Middelheim Hospital (for his heart condition), Friemelei called me up one day and asked me to drive her to the hospital to bring some food to her father.
18. I drove Friemelei to the hospital.
19. I observed Friemelei with Israel at the hospital.
20. Friemelei appeared to be concerned for Israel's health.
21. Friemelei appeared to be happy to be with Israel.
22. During all this time I observed Friemelei I found her to be a happy, lively and confident girl.
23. No attorney or lawyer ever contacted me to ask me these things before Israel Weingarten's trial.
24. During the winter of 2008, I wrote a letter to Judge John Gleeson telling the Judge what I knew about this case and I am wondering why no one had contacted me to talk about this case.
25. I can and will testify that what I have said and written here is true and correct.
26. I am currently in Manchester visiting my married son and family

Date: 17 April 2009

Witnessed / Affirmed Before me

Almen Dytch (ALVIN DYTCH)

Solicitor/Commissioner for oaths

This 17 APR 2009

OFFICE ADDRESS

Alexander Krausz

**Liefman Rose & Co**
Solicitors
94 Bury Old Road
Cheetham Village
Manchester M8 5BW
Tel: 0161 740 7878 ENGLAND

Case 1:08-cr-00571-BMC Document 75-2 Filed 04/28/09 Page 19 of 104 PageID #: 985

## AFFIDAVIT OF ELKY KRAUSZ

I, Elky Krausz, under the penalty of perjury, state and affirm as follows:

1. My name is. ELKIE KRAUSZ
2. My Address is: 17 Warwick Court, Upper Clapton Road. London E59LB England.
3. I have known Friemelei Weingarten for about 12 years approximately.
4. I saw and met with Friemelei in Belgium between August 19, 1997 and September 12, 1997.
5. I observed Friemelei to be a happy and lively girl.
6. I did not observe any signs of Friemelei being abused.
7. During all the years that I have known Friemelei, I have observed her to be happy.
8. I also know of Friemelei's reputation in the community.
9. Friemelei's reputation in the community is that of being a liar.
10. No attorney ever contacted me to interview me before Israel Weingarten's trial.
11. I can and will testify that what I have said and written here is true and correct.

Date: 14 APRIL '09

Krausz E.
Elky Krausz

Case 1:08-cr-00571-BMC   Document 75-2   Filed 04/28/09   Page 20 of 104 PageID #: 986

<u>Affidavit of Esther Krausz</u>

I, Esther Krausz, under the penalty of perjury, state and affirm as follows:

1. My name is: Esther Krausz.
2. My address is Vandiepenbeeck Straat 11, 2018 Antwerp, Belgium.
3. My phone number is 323-281-8950.
4. I have known Israel Weingarten, Feige Weingarten and Friemelei Weingarten for 12 years approximately - between 1985 until 1997.
5. I have known Israel Weingarten, Feige Weingarten and Friemelei Weingarten when they were in Antwerp, Belgium.
6. I saw and spoke with Israel and Friemelei Weingarten when they were at my parents' house in Belgium during August 19, 1997 and September 12, 1997.
7. We had the Shabbos meals together.
8. I observed Friemelei to be perfectly fine and happy.
9. I observed a loving and healthy relationship between Friemelei and her father.
10. I have seen Friemelei in school, in my home and at her home during the above time period.
11. I have always found Friemelei to be happy.
12. No attorney or lawyer contacted me to ask me about these things before Israel Weingarten's trial.
13. I can and will testify that what I have said and written here is true and correct.

Date: _14-04-09_

Esther Krausz

NOTARIS C. DE BAECKER
1 6 APR 2009
Frankrijklei 16 bus 4
2000     Antwerpen
Tel: 03/206.98.98

CARLOS DE BAECKER, notaris
· ANTWERPEN ·

The undersigned Mr. Carlos De Baecker, public notary in Antwerp, hereby declares that the signature above belongs to _T./a. Esther. Krausz_

Notaris De Baecker
Frankrijklei 16-b4
B-2000 ANTWERPEN

*State of New York*
*County of Orange—*

## Affidavit of Gita Krausz

I, Gita Krausz, under the penalty of perjury, state and affirm as follows:

1. My name is: Gita Krausz.
2. My address is 3 Koritz Road, unit #101, monroe N.Y.10950.
3. My D.O.B. is 09/14/77.
4. I have known Israel Weingarten, Feige Weingarten and Frieme Leah Weingarten for 12 years approximately - between 1985 until 1997.
5. I have known Israel Weingarten, Feige Weingarten and Frieme Leah Weingarten when they were in Antwerp, Belgium.
6. I saw and spoke with Israel and Frieme leah Weingarten when they were at my parents' house in Belgium during August 19, 1997 and September 12, 1997.
7. We had the Shabbos meals together.
8. I observed Frieme Leah to be perfectly fine and happy.
9. I observed a loving and healthy relationship between Frieme Leah and her father.
10. I have seen Frieme Leah in school, in my home and at her home during the above time period.
11. I have always found Frieme Leah to be happy.
3. I also know of Frieme Leah reputation in the community.
4. Frieme Leah's reputation in the community is that of being a liar, fantisizer and a untrustworthy person.
5. Frieme Leah was also known as profesional actress.
12. No attorney or lawyer contacted me to ask me about these things before Israel Weingarten's trial.
13. I can and will testify that what I have said and written here is true and correct.

Date: 4/17/09

*Affirmed before*
*me xxx 17th day of*
*April, 2009*

Gita Krausz

STUART GREENBERG
Notary Public, State of New York
No. 4718403
Qualified in Orange County
Commission Expires Oct. 31, 20 10

## Affidavit of Rachel Krausz

I, Rachel Krausz, under the penalty of perjury, state and affirm as follows:

1. My name is: Rachel Krausz.
2. My address is Mercatorstraat 12, 2018 Antwerp, Belgium.
3. I have known Israel, Feige and Friemelei Weingarten for 12 years approximately - between 1985 and 1997.
4. I saw and spoke with Israel and Friemelei Weingarten during the time they were in Antwerp, Belgium between August 19, 1997 and September 12, 1997.
5. During this time, Israel and Friemelei visited my family at our house and we had several meals together.
6. I observed Friemelei during these times.
7. Friemelei looked perfectly fine and happy.
8. I did not see signs of Friemelei being abused.
9. Instead, what I saw was a loving and healthy relationship between Friemelei and her father.
10. No attorney or lawyer ever contacted me to ask me about these things before Israel Weingarten's trial.
11. I can and will testify that what I have said and written here is true and correct.
12. I am currently in Manchester visiting my married son and family

Date: April 17, 2009

Rachel Krausz
Rachel Krausz

Witnessed / Affirmed
Before me

Alvin Dyal (ALVIN DYTCH)

Solicitor / Commissioner for oaths
This 17 APR 2009

OFFICE STAMP

## Liefman Rose & Co
### Solicitors
94 Bury Old Road
Cheetham Village
Manchester M8 5BW
Tel: 0161 740 7878
Fax: 0161 740 7279

ENGLAND

<u>Affidavit of Moishe Kraus</u>

I, Moishe Kraus, under the penalty of perjury, state and affirm as follows:

1. My name is Moishe Kraus.
2. My address is 3 Brantwood Rd, Salford. M7 4EN, UK
3. I know Israel and Feige Weingarten.
4. I saw, met and spoke with Feige Weingarten on the phone many times between 1999 and 2002.
5. During these times, we talked about the situation at the Weingarten home and about the allegations of sexual abuse made by Friemelea against her father.
6. Feige told me that Yoinesun was extremely upset with his sister Friemelei for having a corrupt relationship with the neighbor, Mr. Meirowitz.
7. Feige told me that once on Shabbos, Yoinesun was in the house and Feige asked him if Friemelea should be allowed to come back to the house. Yoinesun replied: "you see the big gun with all the bullets that's in there ready, I will shoot her!"
8. Feige told me that until the time that Friemelea made allegations against Israel, she and Israel lived nicely like birds and that Friemelea had ruined the relation between them.
9. Feige told me that Israel was a fine and a pious man and that she was living with him for the past 21 years.
10. Feige also told me that she knows that Israel is not guilty of abusing Friemelei and that the allegations are false.
11. Feige also told me that Friemelea would made trouble in the house, that she would go to Israel and tell him some false stories about Feige.
12. Feige also told me that Friemelea was extremely shrewd, that she can act and portray something and that she did not care what the outcome was.
13. Feige also told me that even if she knows that something is not true, she would still believe it when Friemelea starts to talk about it.
14. Feige then explained that Friemelea ended up having a relationship with the neighbor because Israel was too extreme on the religious part and it was too much for Friemelea.
15. Feige also told me that she never saw anything improper between Israel and Friemelea and that Friemelea was making up false stories.
16. No attorney or lawyer ever contacted me to ask me about these things before Israel Weingarten's trial.
17. I can and will testify that what I have said and written here is true and correct.

Date: _17 April '09_

_____
Moishe Kraus

Witnessed / Affirmed before me
Alan Dytch (ALVIN DYTCH)
Solicitor and commissioner for oaths

This    **17 APR 2009**

Office address

**Liefman Rose & Co**
**Solicitors**
94 Bury Old Road
Cheetham Village
Manchester  M8 5BW
Tel: 0161 740 7878
Fax: 0161 740 7279
ENGLAND

Case 1:08-cr-00571-BMC   Document 75-2   Filed 04/28/09   Page 24 of 104 PageID #: 990

בע"ה

**RABBI & MRS S ROTHSTEIN**
**94 Northumberland Street**
**Salford**
**M7 4DR**
**0161 708 9865**

**17.April.09**

To whom it may concern,

I Shimon Rothstein under penalty of perjury, state and affirm as follows, and I Stacey Rothstein under penalty of perjury, also state and affirm as follows.

We are able to confirm that Rabbi & Mrs Yisroel Weingarten spent many hours talking with us on their visit to Manchester, UK in Feb '99. This was because they heard their daughter Leah spent much time in our home over her lengthy ~~her~~ stay in Manchester.

It appeared to us that the prime reason of their visit was to arrange to re-establish communication with their daughter Leah, and to try to arrange to speak with her face to face.

They wanted to dissuade her from a shiduch that had been suggested with a boy, whom they considered unsuitable for her.

No attorney or lawyer ever contacted us together or separately, to ask about these things before Rabbi Yisroel Weingarten's trial

We can and would testify that what we have written above is true and correct, to the best of our knowledge.

Yours sincerely,

*SRothstein*

**Rabbi S Rothstein**

*A*

**Mrs S Rothstein**

Witnessed / Affirmed Before me
Alvin Deytel (ALVIN DYTCH)
This     17 APR 2009

Witnessed / Affirmed Before me
Alvin Deytel (ALVIN DYTCH)
This     17 APR 2009

OFFICE STAMP
**Liefman Rose & Co**
*Solicitors*
94 Bury Old Road
Cheetham Village
Manchester  M8 5BW
Tel: 0161 740 7878     ENGLAND

Case 1:08-cr-00571-BMC   Document 75-2   Filed 04/28/09   Page 25 of 104 PageID #: 991

## Affidavit of Yidel Rotter

I, Yidel Rotter, under the penalty of perjury, state and affirm as follows:

1. My name is Yidel Rotter.
2. My address is Terlist strasse 17, Antwerp, Belgium.
3. I have known Feige Weingarten and her family since the past 40 years.
4. I have known Israel Weingarten since the past 30 years since he got married in Jerusalem.
5. At first, we lived with the Weingartens in Jerusalem.
6. In 1988 I moved to Belgium.
7. By this time, Israel was already living in Belgium and he helped me move to Belgium.
8. I visited Israel's family often and knew everyone – including Friemelei - quite well.
9. I witnessed arguments break out between Friemelei and other children.
10. I witnessed Friemelei fabricate stories and lie about other children. I also observed Friemelei being good at baking up false stories.
11. I remember the time when Israel and Friemelei came to Antwerp, Belgium in August – September of 1997.
12. I met them several times during their visit to Belgium.
13. I used to go their apartment often. I would go visit them unannounced and knock on the door.
14. Friemelei would open the door right away.
15. Everything looked normal.
16. I spent some time with Israel and Friemelei at their apartment.
17. I also spent some time during this time period praying with Israel at "Psheworsk" synagogue on Mercator Street during mornings, afternoons and evenings.
18. During this time period, I also observed Friemelei shopping by herself in the grocery store at "Gross' grorcery." At one point in time, I remember Friemelei asking me why I did not come up to visit her father on that day.
19. I also observed Friemelei walking on the streets in Antwerp during this time period.
20. I saw the packing activities being carried on in the apartment during this time period
21. After Israel returned home from being hospitalized for a few days in that time period, I visited him and Friemelei at their apartment.
22. When the Weingarten family was back in Israel towards the end of 1997 - early 1998, I had a strong contact with Israel's son Yoinesun.
23. I spoke to Yoinesun often.
24. Yoinesun never spoke ill of his father.
25. In fact, Yoinesun mentioned to me that he was pained by the fact that Friemelei had made false accusations of sexual abuse against Israel.
26. In or around October 2000, I called Israel at his home. He was not home and instead I spoke with his wife, Feige. Feige mentioned to me that two of her oldest children, Friemelei and Yoinesun had strayed from the religious way of life. Feige

further mentioned to me that she could understand Friemelei doing it since Friemelei already had a relationship with a married man (neighbor) but she could not understand why Yoinesun had strayed as well.

27. Feige also mentioned to me that it pained her as to how Friemelei could say false things about Israel and that all of Friemelei's accusations against Israel were false.

28. In 2004 as I was flying from the US to Belgium I was delayed a few hours at the airport. Feige was also at the airport as her parents were going back to Israel. Feige came over to me and we talked about her family. Feige told me that she did not do enough to protect Israel against the false allegations made by Friemelei. Feige further told me that she knew that Friemelei was corrupt and dirty. But being a part of the family, Feige believed that Friemelei should stay with the family. Feige mentioned that both she and Friemelei wanted that to happen, but that Israel was opposed to the idea. Feige told me that Israel did not want Friemelei to come back to home as she would corrupt other children. I told Feige to let me know if I could be of any help.

29. I am aware of Friemelei's reputation in the community.

30. I am aware that Friemelei's reputation in the community was that of a liar.

31. No attorney has ever contacted me to ask me about these matters.

32. If called upon to do so, I am ready and willing to testify in this matter.

Date: 4 - 14 - 09

Yidel Rotter

בס"ד

## THE TAUBIE BEENSTOCK
# BETH YAAKOV SEMINARY FOR GIRLS
### Founded by the late Mrs. Ruth Royde ע"ה
#### MANCHESTER



בית יעקב סמינר לבנות

138 Leicester Road
Salford M7 4GB

Tel: 0161 740 2225
Fax: 0161 740 2238

Principal:
Rabbi G. A. Royde

Vice Principal:
Rabbi B. C. Dunner

13th April '09

## To whom it may concern.

I, Rabbi Gabriel Abner Royde, principal of the Beth Yaakov Seminary for girls, Manchester, wish to voice my protest concerning a private letter which was used in court to incriminate Rabbi Israel Weingarten.

The letter was written for certain individuals who had question the reason why I prevented the girl from meeting the father. I felt that her fears (unjustified or not-this is irrelevant) allowed me to keep her away from the father. The expression used in the letter concerning his language has nothing to do with the accusation. Further, twice I wrote that I did not believe the story, and I only wanted to *protect* her - according to her story. If I would have dreamt that this letter would be used -a) I would never have written it: proof is that pressure had been put on me by the FBI and prosecutor yet I refused to go, and b) a letter which has such enormous ramifications would have been written with extreme care considering every word with extreme caution.

The letter has no legal implications or power as it was used without my explicit permission.

Yours

*[signature]*

(Rabbi) G.A. Royde

Witnessed / Affirmed before me
Alvin Dyhl (ALVIN DYTCH)
Solicitor / Commissioner for oath
Their
Office דבר
17 APR 2009
Liefman Rose & Co
*Solicitors*
94 Bury Old Road
Cheetham Village
Manchester M8 5BW    ENGLAND
Tel: 0161 740 7878
Fax: 0161 740 7279

THE TAUBIE BEENSTOCK
BETH YAAKOV SEMINARY
FOR GIRLS
138 LEICESTER ROAD
SALFORD M7 4GB
MANCHESTER, ENGLAND

Charity registration number: 526143

### Affidavit of Sarah Stauber

I, Sarah Stauber, under the penalty of perjury, state and affirm as follows:

1. My name is: Sarah Stauber.
2. My address is Charlottalie 15, 2018 Antwerp, Belgium.
3. I have known Israel Weingarten, Feige Weingarten and Friemelei Weingarten for 12 years approximately - from 1985 until 1997.
4. I knew Friemelei Weingarten in Antwerp, Belgium.
5. I was her Friemelei's 7th grade school teacher.
6. Apart from regularly seeing Friemelei in school, I also visited Friemelei at her home.
7. From what I observed, Friemelei did not seem like an abused child at all.
8. Friemelei was a self-confident, happy and a content girl.
9. Friemelei participated in all of the school's activities.
10. I observed Friemelei to be comfortable with her father. She was not scared of her father.
11. I also know Friemelei's reputation in the school and the community.
12. Friemelei was a constant liar.
13. No attorney or lawyer ever contacted me to ask me these things before Israel Weingarten's trial.
14. I can and will testify that what I have said and written here is true and correct.

Date: APRIL 14 '09

Sarah Stauber

**NOTARIS C. DE BAECKER**
**1 6 APR 2009**
Frankrijklei 16 bus 4
2000     Antwerpen
Tel: 03/206.98.98

The undersigned Mr. Carlos De Baecker, public notary in Antwerp, hereby declares that the signature above belongs to I.M. Sarah STAUBER

**Notaris De Baecker**
Frankrijklei 16-b4
B-2000 ANTWERPEN

## IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

CASE NO. 08-CR-571-JG-1
HON. JOHN GLEESON

v.

ISRAEL WEINGARTEN,
                    Defendant.

---

| | |
|---|---|
| Andrea Goldbarg J.D. | Demosthenes Lorandos, Ph.D. J.D. |
| Rachael J. Nash | Ashish S. Joshi |
| United States Attorneys Office | Lorandos & Associates |
| 271 Cadman Plaza East | Attorneys for the Defendant |
| Brooklyn, NY 11201-1820 | 214 North Fourth |
| Avenue | |
| (718) 254-7578 | Ann Arbor, MI 48104 |
| | (734) 327-5030 |

---

## AFFIDAVIT OF CHANEH GOLDEH WEINGARTEN

1. My name is Chaneh Goldeh Weingarten.

2. My address is 30 West Maple Avenue, Monsey, New York 10952.

3. My birth date is 12-01-88. I am 20 years old. I work as a teacher.

4. I was not contacted by the previous attorneys: Mr. Stutman or Mr. Rhodes to learn what I knew or what I could testify to in this case.

5. When my sister Frieme Leah Weingarten was to be married, Frieme Leah told me directly that her stories about sex and my father were lies that she made up. She asked for my forgiveness.

6.      When my sister Frieme Leah Weingarten was to be married, I heard Frieme Leah tell my father Israel Weingarten that her stories about sex were lies that she made up. I heard Frieme Leah ask my father Israel Weingarten for his forgiveness.

7.      When I was a child, my sister Frieme Leah and my brother Yoinesun sexually assaulted me on several occasions beginning when I was six or seven years old.

8.      When I was a child, my sister Frieme Leah sexually assaulted me many times.

9.      I will try to be specific and describe circumstances in my family in date order, beginning with the time in 1994 that Frieme Leah and my brother Yoinesun sexually assaulted me.

10.     In 1994 or 1995 I saw my mother Feige (Anshin) Weingarten and my sister Frieme Leah Weingarten partially naked playing together in the bathroom.

11.     In 1995 I saw my aunt (Feige Anshin Weingarten's sister "Yenti") and my sister Freme Leah Weingarten in bed for hours, on one another.

12.     In 1995 after my younger brother Shmiel Meir Weingarten was born, I saw my mother and my sister Frieme Leah kissing and licking Shmiel Meir's penis and private parts.

13.     In 1995 I saw my mother started to throw my little newborn brother Shmiel Meir into the incinerator, and Yoinesun stopped her.

14.     In 1997 I became extremely uncomfortable around my mother because she would beat me, run after me. She also would put her finger into her rectum and the push the same finger it into my face and mouth and spit into my mouth. I saw my mother Feige (Anshin) Weingarten do this to my brothers and sisters as well.

15.     Beginning in 1997 I was afraid most of the time because my mother Feige (Anshin) Weingarten beat me, and threatened to kill me or kill my father. My mother Feige (Anshin) Weingarten constantly told me that she

would hurt me or kill me if I told my "Tatti" (my father) what she was doing.

16.    In 1995 in Antwerp, Belgium my sister Freme Leah took all of the younger children to the home of Mr. Meierowitz "to play" many times. But when we went there my sister Freme Leah and Mr. Meierowitz would stay somewhere in the apartment for hours and hours every time his wife was not at home.

17.    While I was "playing" by Meierowitz I saw my sister Frimeh Leah going in to and then coming out of the bathroom together with Mr. Meierowitz.

18.    Between April of 1997 and the end of July, 1997 my family made at least three trips between Israel and Belgium. I heard my father and mother and my older sister Frieme Leah discuss the purpose of each one of these trips.

19.    Between April of 1997 and the end of July, 1997 all of the older children in my family knew that Frieme Leah was thrown out of two different girls seminaries.

22.    Between January of 1997 and august of 1997 I saw and heard how my sister Friemeh Leah in the presence of my other siblings asked my father to forgive her for the lies and allegations that she made up on him.

21.    Between the end of July 1997 and the middle of August, 1997 all of the older children in my family knew that Frieme Leah was thrown out of seminary and that my grandfather was terminally ill so Frieme Leah was the oldest child selected to go to New York to stay with my ill grandfather.

22.    Between the middle of August, 1997 and the middle of September, 1997 my family's  possessions were in Antwerp, Belgium and my mother insisted on living in Israel. all of the older children in my family knew that Frieme Leah was thrown out of seminary so again, we all knew that she would be the one to go to help my father pack and ship our possessions.

23.    In 2001 my mother Feige (Anshin) Weingarten began to come to my room daily and sexually abuse me. sometimes she would hold her hand over

my mouth so no one could hear me scream. I became very confused and frightened.

24.    During the years that my mother Feige (Anshin) Weingarten sexually abused me, she would also put her finger into her rectum and push this same finger into my face or mouth and threaten to kill me if I told my "Tatti" (my father Israel Weingarten).

25.    In January, 2000 my older sister Frieme Leah Weingarten begged my parents for forgiveness and asked them to attend her wedding.

26.    In January, 2000 I heard my father tell Frieme Leah that she had made life terrible for the family and that he could forgive her but that her stories had hurt the other children and their names very badly.

27.    In January, 2000 I heard my father tell Frieme Leah that he would pray and forgive her but that she must ask each sibling that she had hurt to forgive her.

28.    I saw my older sister Frieme Leah actually tell my older brother Yoil and my younger Yakev Nuchem and my older sister Chayeh Sureh Weingarten that she had lied and lied about my "Tatti" (my father) and sex and I heard her beg them to forgive her for her lies and the pain and hurt she caused all of us.

29.    My older sister Frieme Leah Weingarten spoke to me and begged me to forgive her for what she did to me and for the lies about sex and my "Tatti" that she said to people many times.

30.    I saw that my father forgave Frieme Leah because the wedding was beautiful and I saw my father and Freme Leah dancing together.

31.    In 2000 my mother Feige (Anshin) Weingarten seemed to get more and more difficult. She would threaten to kill us or to kill herself. Several times we had to hold her when she said she would kill herself in front of a truck.

32.    In 2002 my mother Feige (Anshin) Weingarten seemed to get worse. She left our home and came back and then she yelled that she got some

people to come and beat my father. Then she left again.

33.    I am an adult and I can testify to the truth of these facts from my own personal knowledge.

Date: Tue April 14, 2009

_chaneh Wein_
**CHANEH GOLDEH WEINGARTEN**

Subscribed and affirmed to before me, a Notary Public in and for the _County_ of _Orange_, State of New York, this _14th_ day of _April_, 2009.

_MARIE FIUMARA_

Notary       Marie Fiumara

Signature of

MARIE FIUMARA
Notary Public, State of New York
No. 01FI5031026
Qualified in Orange County
Commission Expires July 25, 2010

**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

                    CASE NO. 08-CR-571-JG-1
                    HON. JOHN GLEESON

v.

ISRAEL WEINGARTEN,
          Defendant.

---

| | |
|---|---|
| Andrea Goldbarg | Demosthenes Lorandos, Ph.D., J.D. |
| Rachael J. Nash | Ashish S. Joshi |
| United States Attorneys Office | Lorandos & Associates |
| 271 Cadman Plaza East | Attorneys for the Defendant |
| Brooklyn, NY 11201-1820 | 214 North Fourth Avenue |
| (718) 254-7578 | Ann Arbor, MI 48104 |
| | (734) 327-5030 |

---

## AFFIDAVIT OF CHAYEH SUREH WEINGARTEN

1. My name is Chayeh Sureh Weingarten.

2. My address is 30 West Maple Avenue, Monsey, New York 10952.

3. My birth date is 12-27-85. I am 23 years old. I work as a nurse – nursery assistant.

4. I was not contacted by the previous attorneys: Mr. Stutman or Mr. Rhodes to learn what I knew or what I could testify to in this case. I contacted them but they would not listen to me and they would not help me to tell the truth.

5. When my sister Frieme Leah Weingarten was to be married, Freme Leah told me directly that her stories about sex and my father were lies that she made up. She asked for my forgiveness.

1

6.      When my sister Freme Leah Weingarten was to be married, I heard Freme Leah tell my father Israel Weingarten that her stories about sex were lies that she made up. I heard Freme Leah ask my father Israel Weingarten for his forgiveness.

7.      When I was a child, my sister Freme Leah and my brother Yoinesun sexually assaulted me on several occasions beginning when I was nine or ten years old.

8.      When I was a child, my sister Freme Leah sexually assaulted me many times.

9.      I will try to be specific and describe circumstances in my family in date order, beginning with the time in 1994 that Freme Leah and my brother Yoinesun sexually assaulted me.

10.     In 1994 I saw my mother Feige (Anshin) Weingarten and my sister Freme Leah Weingarten partially naked and involved in sex play and on top of one another.

11.     Since 1994 until 1997 my mother Feige (Anshin) Weingarten and my sister Frieme Leah Weingarten incited me with lies against my father and religion.

12.     In 1995 I saw my aunt (Feige Anshin Weingarten's sister "Yenti") and my sister Freme Leah Weingarten in bed for hours, naked and working one on another.

13.     In 1995 after my younger brother Shmiel Meir Weingarten was born, I saw my mother and my sister Freme Leah kissing and licking Shmiel Meir's penis and private parts often.

14.     In 1995 I became extremely uncomfortable around my mother because she would beat  me, threaten to kill me and at one time chased me with a knife yelling that she would kill me. She also would put her finger into her rectum and the push the same finger it into my face and mouth and spit into my mouth. I saw my mother Feige (Anshin) Weingarten do this to my brothers and sisters as well.

15.     Beginning in 1995 I was afraid most of the time because my mother Feige (Anshin) Weingarten beat me, and threatened to kill me or kill my father. My

2

mother Feige (Anshin) Weingarten constantly told me that she would hurt me or
kill me if I told my "Tatti" (my father) what she was doing or what Freme Leah
was doing.

16.   In 1995 in Antwerp, Belgium my sister Freme Leah took all of the younger
children to   the home of Mr. Meierowitz "to play" many times.  But when we
went there my sister Freme Leah and Mr. Meierowitz would stay in his bedroom
for hours and hours every time his wife was not at home.

17.   In 1997 my sister Freme Leah told me that I must lie and say that my father
(my "Tatti") had sexually touched me in my private parts.  When I refused, Frieme
Leah threatened me and said I would be killed.

18.    Between January of 1997 and august of 1997 I saw and heard how my
sister Friemeh Leah in the presence of my other siblings asked my father to forgive
her for the lies and allegations that she made up on him.

19.   Between April of 1997 and the end of July, 1997 my family made at least
three trips    between Israel and Belgium.  I heard my father and mother and my
older sister Frieme Leah discuss the purpose of each one of these trips.

20.   Between April of 1997 and the end of July, 1997 all of the older children in
my family knew that Frieme Leah was thrown out of two different girls seminaries
for lying and getting the other girls involved in sex stories.  This was talked about
in our family a lot.

21.   Between the end of July 1997 and the middle of August, 1997 all of the
older children in my family knew that Frieme Leah was thrown out of seminary
and that my grandfather was terminally ill so Frieme Leah was the oldest child
selected to go to New York to stay with my ill grandfather.

22.    Between the middle of August, 1997 and the middle of September, 1997 my
family's possessions were in Antwerp, Belgium and my mother insisted on living
in Israel.  I   wanted to go to Antwerp, Belgium to help my father pack up our
possessions but all of the older children in my family knew that Frieme Leah was
thrown out of seminary so again, we all knew that she would be the one to go to
help my father pack and ship our possessions.

3

23.    In late September, 1997 Frieme Leah came back to our home and my mother refused to pick her up at the airport.

24.    Soon after Frieme Leah came home in late September, 1997 I saw Frieme Leah using my older brother Yoinesun for sex.  I actually walked into the room and saw Yoinesun's naked erection and Frieme Leah laughing and run to change into a very short nightgown and return to the room with Yoinesun.

25.    In late 1997 when Frieme Leah left our home, my mother Feige (Anshin) Weingarten  began to come to my room daily and sexually abuse me.  She would hold her hand over my mouth so no one could hear me scream.  I became very confused and frightened.

26.    During the years that my mother Feige (Anshin) Weingarten sexually abused me, she would also put her finger into her rectum and push this same finger into my face or mouth and threaten to kill me if I told my "Tatti" (my father Israel Weingarten).

27.    Between the years of 1997 and 1999 my mother Feige (Anshin) Weingarten told the kids in my fathers presence that he is having some sexual relationships with some women, and afterwards she admitted to me that it was all lies and she just did it to hurt my father.

28.    My older brother Yoinesun left our home and left our religion in 1998.  I spoke to him in 1999 and he told me that my mother Feige (Anshin) Weingarten and my sister Frieme Leah Weingarten "ruined" his life.

29.    When I spoke to my brother Yoinesun  Weingarten again in 1999, he told me he wanted revenge against my sister Frieme Leah Weingarten  and that he had many bullets (he was a soldier in the Israeli Army) to kill her.

30.    In January, 2000 my older sister Frieme Leah Weingarten begged my parents for forgiveness and asked them to attend her wedding.


31.    In January, 2000 I heard my father tell Frieme Leah that she had made life

4

terrible for the family and that he could forgive her but that her stories had hurt the other children and their reputations very badly.

32.  In January, 2000 I heard my father tell Frieme Leah that he would pray and forgive her but that she must ask each person that she had hurt to forgive her.

33.  I saw my older sister Frieme Leah actually tell my older brother Yoil ,my younger brother Yakev Nuchem and my younger sister Chaneh Goldeh Weingarten that she had lied and lied about my "Tatti" (my father) and sex and I heard her beg them to forgive her for her lies and the pain and hurt she caused all of us.

34.  My older sister Frieme Leah Weingarten spoke directly to me and begged me to forgive her for what she did to me and for the lies about sex and my "Tatti" that she said she told many times.

35.  I saw that my father forgave Frieme Leah because the wedding was beautiful and I saw my father and Freme Leah dancing together. I was happy and shocked at how happy my father seemed to be.

36.  In late summer, 2000 I refused to allow my mother to continue to abuse me and my mother Feige (Anshin) Weingarten told me "I'll make up stories that you are having sex with Tatti and spread it all over! The same as I did about Frieme Leah!! And don't worry, everyone will believe me!"

37.  In late 2000 I spoke to my oldest brother Yoinesun again and he again told me that my mother Feige (Anshin) Weingarten and my sister Frieme Leah Weingarten had ruined his life and he wanted revenge.

38.  In 2000 my mother Feige (Anshin) Weingarten seemed to get more and more difficult. She would threaten to kill us or to kill herself. Several times we had to hold her when she said she would kill herself in front of a truck.

39.  In 2002 my mother Feige (Anshin) Weingarten seemed to get worse. She left   our home and came back and then she yelled at me that she got some people to come and beat my father. Then she left again.

5

40.    I am an adult and I can testify to the truth of these facts from my own personal    knowledge.

Date: 04/14/09

CHAYEH SURAH WEINGARTEN

Subscribed and affirmed to before me, a Notary Public in and for the _____County_____ of _____Orange_____, State of New York, this _14th_ day of _April_, 2009.

_____    _____
                                                          Signature of Notary

MARIE FIUMARA
Notary Public, State of New York
No. 01FI5031026
Qualified in Orange County
Commission Expires July 25, 2010

6

## IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

CASE NO. 08-CR-571-JG-1
HON. JOHN GLEESON

v.

ISRAEL WEINGARTEN,
            Defendant.

---

Andrea Goldbarg J.D.
Rachael J. Nash
United States Attorneys Office
271 Cadman Plaza East
Brooklyn, NY 11201-1820
Avenue
(718) 254-7578

Demosthenes Lorandos, Ph.D. J.D.
Ashish S. Joshi
Lorandos & Associates
Attorneys for the Defendant
        214 North Fourth

Ann Arbor, MI 48104
(734) 327-5030

---

### AFFIDAVIT OF YAKEV NUCHEM WEINGARTEN

1.    My name is Yakev Nuchem Weingarten.

2.    My address is 30 West Maple Avenue, Monsey, New York 10952.

3.    My birth date is 06-21-90. I am 18 years old. I am a full time student.

4.    I was not contacted by the previous attorneys: Mr. Stutman or Mr. Rhodes to learn what I knew or what I could testify to in this case.

5.    When my sister Frieme Leah Weingarten was to be married, Freme Leah told me with tears that her stories about my father were lies that she made up. She asked for my forgiveness.

6.    When my sister Freme Leah Weingarten was to be married, I heard
Freme ask my father for forgiveness about the lies that she made up about
him.

7.    I will try to be specific and describe circumstances in my family in
date order.

8.    In 1995 after my younger brother Shmiel Meir Weingarten was born,
I saw my mother and my sister Freme Leah playing with  Shmiel Meir'
private parts and showing it to other kids.

9.    In 1997 my mother would put her finger into her rectum and then
push the same finger into my face and nose and spit onto my face. I saw my
mother Feige (Anshin) Weingarten do this to the other children as well.

10.    In 1997 until 2000 my mother assaulted my sexually several times. I
saw my mother sexually assaulting the other children as well.

11.    Between the years of 1007 and 2000 I saw my mother several times
in the girls room or in my room in my little brother Shmiel Meir's bed,
spending the night there.

12.    Since 1999 until 2002 I heard my mother making up lies about sex on
my father and my brother Yoil and on my sister Chayeh Sureh.

13.    I saw my older sister Frieme Leah actually tell my other siblings that
she had lied and lied about my "Tatti" (my father) and the pain and hurt she
caused all of us.

14.    My older sister Frieme Leah Weingarten spoke to me and begged me
to forgive her for what she did to me and for the lies about my "Tatti" that
she said she told  lies to other people many times.

15.    In 2000 or 2001 my mother Feige (Anshin) Weingarten seemed to get
more and more difficult.  She would threaten to kill us or to kill herself.
Several times she tried to kill herself and we saved her life.

16.    In 2002 and 2003 my mother Feige (Anshin) Weingarten seemed to

get worse. She left our home and came back and then she yelled at everyone that she got some people to come and beat my father. Then she left again.

17. I am an adult and I can testify to the truth of these facts from my own personal knowledge.

Date: _4/14/09_

_Ym be_
**YAKEV NUCHEM WEINGARTEN**

Subscribed and affirmed to before me, a Notary Public in and for the

_County_ of _Orange_ , State of New York, this _14th_ day of _April_ , 2009.

_MARIE FIUMARA_

Notary _Marie Fiumara_

Signature of

MARIE FIUMARA
Notary Public, State of New York
No. 01FI5031026
Qualified in Orange County
Commission Expires July 25, 2010

# IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

                                  CASE NO. 08-CR-571-JG-

1

                                  HON. JOHN GLEESON

v.

ISRAEL WEINGARTEN,
            Defendant.

---

Andrea Goldbarg J.D.
Rachael J. Nash
United States Attorneys Office
271 Cadman Plaza East
Brooklyn, NY 11201-1820
(718) 254-7578

Demosthenes Lorandos ,Ph.D

Ashish S. Joshi
Lorandos &Associates
Attorneys for the Defendant
214 North Fourth Avenue
Ann Arbor, MI 48104
(734) 327-5030

---

## AFFIDAVIT OF YOIL WEINGARTEN

1.    My name is Yoil Weingarten.

2.    My address is 30 West Maple Avenue, Monsey, New York 10952.

3.    My birth date is 06-27-84.  I am 24 years old.  I am a full time student.

4.    I was not contacted by the previous attorneys: Mr. Stutman or Mr. Rhodes to learn what I knew or what I could testify to in this case. I contacted them but they would not listen to me.

5.    When my sister Frieme Leah Weingarten was to be married, she asked for my forgiveness. Freme Leah told me directly that her stories about sex and my father were lies that she made up.

6.    I will try to be specific and describe circumstances in my family in date order.

7.    Since 1994 until 1997 my mother Feige (Anshin) Weingarten and my sister Frieme Leah Weingarten incited me against my father with lies and when I didn't agree with them they both made fun of me that I'm stupid.

8.    In 1994 or 1995 I saw my mother Feige (Anshin) Weingarten and my sister Frieme Leah Weingarten partially naked playing together in the bathroom.

9.    In 1995 I saw my aunt (Feige Anshin Weingarten's sister "Yenti") and my sister Freme Leah Weingarten together in bed for hours.

10.    In 1995 I saw my sister Freme playing around with my baby brother Shmiel Meir's private parts.

11.    In the end of 1996 I became extremely uncomfortable around my mother because she would beat me and run after me constantly, so I begged my father to go study in Israel, and my father arranged for me to live   with another family (so I was relieved for a few months from the horrible abuse). She also would put her finger into her rectum and the push the same finger it into my face and

mouth and spit into my mouth. I saw my mother Feige (Anshin) Weingarten do this to my other siblings as well.

12.    Between April of 1997 and the end of July, 1997 my family made at least three trips between Israel and Belgium. I heard my father and mother and my older sister Frieme Leah discuss the purpose of each one of these trips.

13.    Between April of 1997 and the end of July, 1997 all of the older children in my family knew that Frieme Leah was thrown out of two different girls seminaries for lying and getting the other girls involved in sex stories. This was a known fact in our family.

14.    Between January of 1997 and august of 1997 I saw and heard how my sister Friemeh Leah in the presence of my other siblings asked my father to forgive her for the lies and allegations that she made up on him.

15.    Between April of 1997 and the end of 1998 I heard my older brother Yoinesun curse my older sister Frieme Leah because she made up lies and ruined the life of an innocent men and innocent children.

16.    Between the end of July 1997 and the middle of August, 1997 all of the older children in my family knew that Frieme Leah was thrown out of seminary and that my grandfather was terminally ill, so Frieme Leah was the oldest child selected to go to New York to stay with my ill grandfather.

17.    Between July of 1997 and  august of 1997 I saw my sister Frieme Leah with my aunt (Feige Anshin - Weingarten's sister "Yenti") together one across the other partially naked, I was screaming on them so my mother Feige Anshin - Weingarten and my sister Friemeh Leah Weingarten threatened me that they

wouldn't allow me to have my Bar Mitzvah party (that took place a few days after this incident).

18.     Between September of 1997 my sister Frieme Leah Weingarten told me that my grandmother Mrs. Anshin and my mother Feige Anshin - Weingarten used her as a tool to make up lies about sex about my father (Israel Weingarten).

19.     Between the middle of August, 1997 and the middle of September, 1997 my family's possessions were in Antwerp, Belgium and my mother insisted on living in Israel. all of the older children in my family knew that Frieme Leah was thrown out of seminary so again, we all knew that she would be the one to go to help my father pack and ship our possessions.

20.     Between the years of 1997 and 2000 my mother Feige (Anshin) Weingarten told me several times that my older sister Frieme Leah is a Liar and all these sex allegations on my father (Israel Weingarten) were made up by her (Frieme Leah) and my neighbor Meierowitz.

21.     Between the years of 1997 and 1999 my mother Feige (Anshin) Weingarten told the kids in my fathers presence that he is having some sexual relationships with some women, and afterwards she admitted to me that it was all lies and she just did it to hurt my father.

22.     In 1999 my mother Feige (Anshin) Weingarten touched my private parts and later on came to my bed and sexually assault me.

23.     In January, 2000 my older sister Frieme Leah Weingarten begged my parents for forgiveness and asked them to attend her wedding.

24.   My older sister Frieme Leah Weingarten spoke directly to me and begged me to forgive her for what she did to me and for the lies about sex and my "Tatti" that she many times.

25.   I saw that my father forgave Frieme Leah because the wedding was beautiful and I saw my father and Freme Leah dancing together.  I was happy and wondering at how happy my father seemed to be.

26.   In 2000 or 2001 my mother Feige (Anshin) Weingarten seemed to get more and more difficult.  She would threaten to kill us or to kill herself.  Several times we had to hold her when she said she would kill herself in front of a truck.

27.   In 2002 my mother Feige (Anshin) Weingarten seemed to get worse.  She left  our home and came back and then she yelled at me that she got some people to come and beat my father.  Then she left again.

28.   I am an adult and I can testify to the truth of these facts from my own personal knowledge.
Date:  _4/14/09_

_____
YOIL WEINGARTEN

Subscribed and affirmed to before me, a Notary Public in and for the _County_ of _Orange_, State of New York, this _14th_ day of _April_, 2009.


_Marie Fiumara_                    MARIE FIUMARA
Signature of Notary

MARIE FIUMARA
Notary Public, State of New York
No. 01FI5031026
Qualified in Orange County
Commission Expires July 25, 2010

Nov. 12/08.

Honorable  Judge,

We feel compelled to write this letter to you to share our innermost feelings concering our neighbor Rabbi Weingarten. We have been neighbors for a couple of years. We can truly say that the Weingartens are one of the most pleasant neighbors we've ever had. Rabbi Weingarten is a religious honest man, an upright citizen who raises his children with decent morals and values to be admired. His children are happy, well mannered & soft spoken. They are kind, helpful and friendly. We maintain a very friendly yet respectful relationship between the two families, and the Weingartens are respected and well liked by the other neighbors as well. Being associated with Rabbi Weingarten for this length of time, its hard for us to accept that Rabbi Weingarten be involved in anything other than honest pursuit. Please consider this plea for justice.

Thank you.

C. Weuber

C. Weiner

30 W. Maple Ave.

Monsey NY.

# Kol Yaakov
# Torah Center

| RABBI LEIB TROPPER | RABBI DOVID WOLPIN | RABBI DOVID STEFANSKY | RABBI MOSHE RAICE | RABBI DOVID JACOBS |
|---|---|---|---|---|
| Dean | Menahel Ruchani | Rosh Yeshiva | Menahel | Director of Outreach |

81 Saddle River Road
Monsey, NY 10952
November 13, 2008

Honorable Judge Gleeson
United States Court House
225 Cadman Plaza East
Brooklyn, NY 11201

Re: Bail for Rabbi Israel Weingarten

As an instructor of Talmud in this institution, for over a quarter of a century, I have had the pleasure of meeting many young men from all walks of life. In the last two years, I have encountered (Rabbi) Israel Weingarten and three of his sons who have intermittently come to our Torah Center to pray and study. As neighbors who reside across the street, they have made an extraordinarily fine impression upon me and all of the students. Their exemplary fineness, sincerity and concern for others have left an indelible impression on all of us. You can imagine our shock and dismay to hear that the patriarch of these unfortunate young men has been incarcerated and taken away from them when he is most needed. We implore your Honor to extend whatever courtesy possible to their exceptional learned rabbi and to his bereft family.

With much appreciation in advance, I thank you,

Sincerely,

Rabbi Dovid Wolpin

Introductory And Advanced Programs ● Bais Achiezer Rabbinic Training Program ● Horizons/Ahavas Yehuda Seminars
Nathaniel Berger Israel Incentive Program ● Ahavas Liba ● Partners For The Eternal Jewish Family ● Campus/Community Outreach

29 West Maple Avenue, P.O. Box 402, Monsey, New York 10952; Tel. (845) 425-3863; Fax (845) 425-3571; www.horizons.edu; info@horizons.edu;

November 14, 2008


Honorable Judge John Gleeson
United States Court House
225 Cadman Plaza East
Brooklyn, NY 11201


To the Honorable Judge;

I have personally known the Weingarten family for the past seven- eight years. In all the years that I have known Rabbi Israel Weingarten, I have found him to be a kind and devoted father to his children. He is a brilliant and educated man and has always been involved in their schooling and well-being.

I am personally horrified at the vicious allegations being made against him. There is no way that a person with such a fine and noble character could have committed these crimes. This has all been fabricated by people who are seeking vengeance against him in retaliation for Mr. Weingarten's strong religious beliefs that they couldn't live with.

I hereby request that your honor dismiss these charges and let Mr. Weingarten go home to his children who have been traumatized by his whole situation.


Respectfully,

Helene Horowitz

בס"ד

David Drossman
50 North Cole Ave
Spring Valley, NY 10977

13th of November, 2008

The Honorable Judge Gleeson
United States Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201

Regarding Bail for Rabbi Israel Weingarten

Based on my extensive personal experience as a friend of R' Weingarten, I can attest to the superlative standards of integrity, honesty, and overall refinement of character with which he holds himself to both in theory as well as in practice. His time for those who need him is not his own. His patience and care in addressing the various delicate matters which have presented themselves to him is extraordinary, and is obviously the fruit of rigorous disciplinary exercise of word and manner.

I know his three sons as well, and they display no less refinement than their father. They have all been of the most constant and loyal sources of warmth, generosity, love and kindness to any student here who has sought them out. The thought of a person as elevated and sensitive as R' Weingarten in the surroundings of which he now finds himself is terrifying.

We implore your honor to extend any and all possible courtesies to this upright father and teacher that family order may resume in his home.

Sincerely,

DAVID DROSSMAN

November 13, 2008

Andrew Schiller
29 West Maple Ave.
Monsey, NY 10952

Honorable Judge Gleeson
United States Court House
225 Cadman Plaza East
Brooklyn, NY 11201

I'm currently pursuing religious studies at the Kol Yaakov Torah Center in Monsey, NY and have been acquainted with Rabbi Weingarten and his family for approximately three and a half years. I grew up in Newington, CT, became an eagle scout in 2004 as a part of Troop 316, attended Rensselaer Polytechnic Institute and earned a BS in Electrical Engineering, cum laude in 2008. While in college, I became a more observant Jew and a Rabbi suggested that I visit Kol Yaakov Torah center, which I did and kept visiting during school vacations. After graduating, I came to Kol Yaakov to learn full time in order to become better acquainted with Judaism before pursuing future life goals.

Since I started visiting Kol Yaakov, I have been privileged to be associated with the Weingartens and I can attest that Rabbi Weingarten and his family are the embodiment of what an observant Jew should strive to become. They have always displayed the utmost politeness and gentleness when they come to study and pray in our school building. They are always encouraging and praising the students—motivating them to become great in addition to assisting us with their vast knowledge and council. Both of his sons have helped me numerous times to understand hard-to-comprehend topics in the Torah as well as provided practical advice when I needed it.

After having planned and given a lecture to the other students in Kol Yaakov, I told Rabbi Weingarten's two sons what I spoke about and they praised me for doing such a wonderful job which really made me feel great and proud of myself.

For his youngest son's bar mitzvah, Rabbi Weingarten held a special celebration with all of the Kol Yaakov Students. When he spoke, I could see clearly how gentle, polite and friendly he is.

I have lived in various communities and seen many kinds of inspiring and successful people. Rabbi Weingarten and his family have duly impressed me more than others in terms of their dedication to Judaism, refined character traits and knowledge.

Sincerely,

Andrew Schiller

11/13/2008

Joshua Gottesman
1102 56th Street
Brooklyn, NY 11219
718-871-1010

Honorable Judge Gleeson
225 Cadman Plaza East
Brooklyn, NY 11201

**Re: Rabbi Israel Weingarten**

**Dear Hon. Judge Gleeson**

I would like to take this opportunity to attest to the wonderful character of Rabbi Weingarten. Rabbi Weingarten is a man of integrity, righteousness and truth.

I am speaking as a former student of his Yeshiva in Antwerp, Belgium. Rabbi Israel was and is still a very highly esteemed and respected pedagogue.

Our entire Yeshiva student body and the faculty revered Rabbi Weingarten both for his educational capabilities and for his ability to instill in our hearts a sense of morality, ethical values and properness.

Rabbi Weingarten was a highly regarded community leader. His opinion and advice was always sought after.

He was, and is a truly upstanding and honorable nobleman.

In the name of myself, my parents and my entire family, we consider Rabbi Weingarten a very dear friend.

Respectfully yours,
**Joshua Gottesman**

November 13, 2008

From:
Manfred and Malka Knopfler
6 Grove St.
Monsey, NY 10952

TO:
United State Courthouse
The Honorable Judge; John Gleeson
225 Cadman Plaza East
Brooklyn, NY 11201

To the Honorable Judge; John Gleeson,

My Name is Malka Knopfler I've been married to My husband Manfred (Better known as Moishy) For four years, we have 2 kids, Naftali age 3 years old, and Duvid 18 months old.

My Husband has know the Weingartens ever since he moved to Monsey 5 years ago, since he learned in partnership with Yoel Weingarten, the son of Rabbi Weingarten my Husband always talks about the gratefulness of the Weingarten family. I was introduced to the Weingarten family approximately 3 years ago when I had my first child and had to return to work I was looking for a babysitter. My Husbands friend Yoel Weingarten the Son of Rabbi Weingarten suggested his sisters Chayeh Sura and Chaneh Golda to my Family to look after my Baby. Naftali as well as myself got very attached to the Weingartens that when he had to leave them to start school he cried every morning that he wants to go to the Weingartens. When my second child Duvid was born my older son Naftali stayed with the Weingartens for 10 days so I can recuperate. After that he went to there house everyday for several hours. He always came home extremely happy. Those where the best babysitters I've ever had for my kids. My Family have build a great relationship with the Weingarten family we visit them on several occasions. Our Family greatly respect the Weingarten family for there Warmth and Friendliness they have towards our family as well as to everyone they meet. We share our happiness as well as our sorrow. Now with this great tragedy to the Weingarten family after they had suffered so much in the past my heart goes out for them. They finally had gotten back to themselves.
Now that I personally know this family I personally don't believe that Rabbi Weingarten ever did any bad to anyone or anything bad. He's a great friend as well as a great Father. I strongly believe that Rabbi Weingarten needs to be released to ensure a great future for his family.

Sincerely,

*Manfred Knopfler*
Manfred Knopfler

*Malka Knopfler*
Malka Knopfler

Nov. 13, 2008                    בס״ד                    Michael Levine
                                                         Kol Yaakov Torah Ctr.
                                                         29 W Maple Ave
                                                         Monsey, NY 10952

The Hon. Judge Gleeson
Unites States Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201

This letter is written with the intention of having his honor have some more
perspective on the personality of Rabbi Weingarten, while deciding if he may be
released on bail

Attending the best high school in San Francisco exposed me to new intellectual ideas
that sparked a search for, which that eventually ended in my attending Rabbinical
School.

Among the Orthodox Jews I found many people performing very special act of
kindness and piety. A few stood out, as constant contact with failed to reveal
character flaws. These were people naturally acting in ways I couldn't have imagined.
People whose actions were actions of the ideals I had discovered, in unceasing
practice.

Rabbi Israel Weingarten is one of those people. Having become familiar with him
and his family for the last three years or so, I have felt fortunate in the extreme. On
many occasions I have turned to Rabbi Weingarten for advice, religious questions,
and help overcoming life's difficulties. His advice and counsel has always been helpful
to me.
Not only this, but I have gotten to know his three youngest sons, and been amazed at
their sterling character as well. This they always attributed to their father. Their
respect and love for their father has always been readily apparent, and I have often
longed to have a family as "together" and beautiful as that. Needless to say, their pain
at their father's imprisonment has been visibly heart-wrenching. On Yom Kippur I
sat next to a few people Rabbi Weingarten has helped, who were crying in prayer for
Rabbi Weingarten's release, but no cry I have ever heard can compare to his family's
wails while longing for their father.

I hope that the information provided here will add a view that will be useful in
rendering a true judgment.





Nov. 14 '08

Honorable Judge John Gleeson,

My name is Mrs Rachel Cik, and I am a teacher in the Ninth Grade of Beis Esther School in Monsey, NY.

It pained me greatly when I heard that my student Sheindl Weingarten's father was arrested last month on the charges of being "a danger to the community."

As a teacher of Sheindl, I can personally attest to the fact that Sheindl is a well integrated child socially and emotionally, as well as scholastically. She is a confident and respectful student and she is always well-groomed. She certainly does not display any behavior that is atypical to a girl her age.

Additionally, I am a good friend and former classmate of Chayeh. Chayeh is a mature, well-grounded adult. It is a pleasure to be in her presence, since she has a positive and good natured disposition.

In summary, I hereby testify that the Weingarten children are an asset to their school, neighborhood and to our community at large.

I hope you will take my remarks into consideration.

Respectfully yours,
Mrs. Rachel B. Cik
Mrs. Rachel B. Cik

November 14, 08

Honored Judge

I am a friend and classmate of Sheindl Weingarten. I have witnessed her being transformed into a shadow of her former self. This has prompted me to write to you on her behalf.

Sheindl is a caring, compassionate and very responsible person who was always cheerful when she lived with her father together with her siblings. But the unfortunate reality of Mr. Weingarten in prison while the family is alone has brought a noticeable change on their house. It is obvious that Mr. Weingarten was a central, supportive and beloved figure and his absence is causing great suffering.

I therefore appeal to Your Honor to deal compassionately with Mr. Weingarten who is both mother and father to his children. I end with hope for a positive outcome of this trial for the benefit of the Weingarten children.

Respectfully,

Miriam Braun
252 Saddle River Road
Airmont N.Y. 10952
1-845-371-9510

Honorable Judge Gleeson,

   I was shocked and broken to hear
that this very special friend of mine
Chaya Sarah Weingarten's father is prisoned
as a criminal. I know this family
and I know the children. they are fine
adorable beloved people, and their father
is a very very special man. He is devoted
to god and devoted to his family and
friends, prison is a very wrong place for
him.
   I know Chaya Sarah and her sister
Chana Golda from their working place
"Aim Veyeled". Everybody is witness
that they are very special people, full
of good traits and personality. Please
Honorable Judge give them back their
father and let them be happy again!!

                    Thank You in advance

                    Sarah Greenfeld

Nov 12
Antwerp

Dear Honorable Judge Gleeson
Best Wishes

Sorry, to take your time, I know how busy you are, but it is urgent, this big problem of Mr. Weengarten of Monsey,

My name is Alexander Kraus, I was a baby born in 1944 where we (in then were hidden and Mazel Rog build a new life in Belgium, I am now pensionert but was in Textile,

Mr. Weengarten is well known to my, He was a teacher to 3 of my Boys, I have 8 children, it's an excellent Teacher, He lived here for years, and unfortunaley he had enemies and then made up this story about .... as he left Belguim he couldn't face the humilation, the Rabbinate here, it's world Famous, found him NOT GUILTY of this crime there is surely a paper by the family in Monsey.

He made a life for himself and his children in Monsey, not easy but he coped and the children were wonderful, and happy We visited this summer as we have a daughter in New York, They all seemed happy, a were overjoy to have us! Now this poor Man is in Jail for a crime he did not commit

I beg you Dear Honorable Judge, let his suffering come to an end

Honorable Judge Gleeson
United States Court House
225 Cadman Plaza East
Brooklyn, N.y. 112011

Rabbi Efrayim Friedman
11 Mordche Scler #102
Monroe, N.y. 10950
Nov 9, 08

To your honor,
This is to certify that I have known
Rabbi Isreal Weingarten for many years.
I found him to be an honest reliable
and trustworth person.
I never heard him raise his voice when
he dealt with his children.
he was always a forgiving-sympathetic
and understanding father.
I have the best opinion of him
in every respect!!
Sincery
Efrayim Friedman

RECEIVED
NOV 1 2 2008
CHAMBERS OF JUDGE GLEESON

<table>
<tr><td>

**RESIDENCE:**
**6 FRED ELLER**
**DR.**
**MONSEY, N.Y.**
**10952**
**TEL:(845) 356-**
**7353**

</td><td>

### Rabbi David Weisberger
### Spiritual Mentor
### Yeshiva Beth Mikroh &
### Yeshiva Ohel Torah
### of Monsey, N.Y.

</td><td>

**OFFICE:**
**221 VIOLA RD.**
**MONSEY N.Y.**
**10952**
**TEL: (845) 425-**
**4880**
**X 113**

</td></tr>
</table>

Honorable Judge,

I am writing you on behalf of Rabbi Israel Weingarten, whom I know personally to be a very pious and upright individual.  I myself am a father of eleven wonderful children, a grandfather of eight precious grandchildren, author of four books on Jewish law, guidance counselor of two schools of higher learning, and a mentor to hundreds of students for the last twenty five years.

The allegations this man is being charged with are outrightly preposterous, and outrageously fabricated falsehoods that are coming from warped personalities.

I know him, and his wonderful children, to be straightforward and honest people, with honesty and integrity as their personal hallmark. They are a pleasant family, as I have personally witnessed their relationship and interactions with each other upon numerous occasions.

May the truth be clarified, and justice be established. This man is suffering wrongly, as a victim of scheming individuals.

May you be granted the wisdom and understanding to see through the obscurity of falsehood, and recognize the purity and innocence of this man, to whom such behavior is despicable and unthinkable.

Sincerely yours,

*Rabbi David Weisberger*

Rabbi David Weisberger

Ben Greenberg
50 Remsen Ave.
Monsey, NY  10952

November 12, 2008

The Honorable Judge Gleeson
United States Court House
225 Cadman Plaza East
Brooklyn, NY  11201

Your honor:

I offer myself as a character reference for Rabbi Israel Weingarten, regarding his potential release on bail.

I am a 38-year-old native of Los Angeles and a graduate of the University of California. For the past seven years I have attended the religious academy across the street from Rabbi Weingarten's current residence in Monsey. I have known the Weingarten family since they moved to town several years ago, as Rabbi Weingarten and his sons have become fixtures in our study hall, and as Rabbi Weingarten found a place for himself during prayer services directly behind me. I have had many opportunities to observe Rabbi Weingarten's conduct and have enjoyed many brief conversations with him. I was also once privileged to be a guest in his home for his son's bar mitzvah party.

My overall impression of Rabbi Weingarten is of an epitome of gentleness. I have never observed him raise his voice, act in an excited manner, or make any coarse or sudden physical gesture. His speech and movements are always calm, his expression pleasant. In conversation, I never heard him express anger or complaint. If he ever differed with me, he did so humbly and gently. His steady paternal guidance of his youngest son reminds me of those idealized fathers of 1950s television (this may sound like hyperbole, but it is truly an accurate portrayal; those who know him will agree with me).

Although it is not my place to comment on the actual charges, I can say that I find it unimaginable that Israel Weingarten would pose a threat to anyone.

Thank you for the opportunity to share my impressions.

Sincerely,

Ben Greenberg
Ben Greenberg

Your Honorable Judge Gleeson,

I was shocked when I heard about Yisroel Moshe Weingarten things that are not believable from the way I know him . His dreams are that his children should grow in piety with the depth of character and dedication to TORAH. This is the way he raised them . Scholars with depth of character and piety. His pious children are very close to him making the stories told about him unbelievable . His children are being crushed. I appeal to you to help there life return to normal .

Sincerely Yours

Rabbi Moshe Rubin

Monsey, N.Y.

November 10, 2008

The Honorable Judge Gleeson
United States Court House
225 Cadman Plaza East
Brooklyn, NY 11201

I'm writing to your Honor in regards to the very important matter of Rabbi Israel Weingarten who is arrested and detained for more then 5 weeks already and is waiting for Your Honor's decision to let him go home on bail until trial.

Honorable Judge! I can't express my self enough how I personally feel, cry and pray to God, and hope that your Honor will let this good man go home to his four children. I personally know this Rabbi for more then 20 years already, since I was born and raised in Antwerf, Belgium, where Rabbi Weingarten used to live, and my parents still live there, and there are really not enough words in the dictionary to describe how shocked and devestated I am from that fact, that on such an honest, trustworthy spiritual Rabbi have been alleged such kind of non sense allegations, and so are my parents and several hundreds of other orthodox jewish fellows, who just simply can't believe the fact that this Rabbi, whom we all know for years and decades as such a straight forward and correct person, who has never done and will never ever do something wrong to no one, he is actually sitting now in jail together with real criminals just because of some completely false and untrue allegations, fabricated by some terrible rediculous absurd people.

Honorable Judge! In the name of justice I appeal to your honored heart, please please! dont let this poor victim remain in such terrible pain for nothing! please let him go home on bail until trial to his four children who sit and cry all day and all night long, and are waiting for him so desperatley!

I am full of hope that your Honor will do justice and free him home and may god bless your Honor for your decision!

Sincerely
David Ruttner
3 Gorlitz ct. #303
Monroe, NY 10950

TO: HONORABLE JUDGE MR. GLEESON

I WOULD LIKE TO EXPRESS WITH MY WORDS THAT
RABBI ISRAEL WEINGARTEN IS A VERY HONOR FULL a. INTELIGENT
RABBI, MORE THEN USUAL, HE IS VERY NICE IN ALL MATTERS
I THINK THAT THE COMPLAINTS AGAINST HIM ARE NOT TRUE
AND ARE NOT ACCEPTABLE; I WOULD REALY APPRECIATE AND ASK
YOU TO CONSIDERE BALE FOR HIM, AND LETS HOPE THAT
THE CASE WOULD CLEAR AND THE THRUTH IS GOING TO COME UP!

THANK YOU VERY MUCH!

RABBI SHEA GLANZ

MONROE, N.Y.

845-659-3226

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y

★ NOV 14 2008 ★

BROOKLYN OFFICE

To the Honorable Judge Gleeson

Nov. 11, 2008

I am taking my time to adress this letter to the well renown & Honorable Judge Gleeson, whos title is well known as a Judge who Fullfills his carrier with honosty, qualtty & true Justice. I beg you, please take afew minutes & listen to the plea of my heart.

As a very close Family Friend I personaly witnessed the beauty & harmony that filled the air of the weingarten Family. The aroma of Fresh food cooking always filled the house, Their door was always open to accomodate the many kids whos parents dependent on the weingartens to babysit. I myself went with a peaceful mind to work, knowing my 2 kids get the best care next to mothers.

Currently I am Fortunate to have there daughter chaneh G. as my daughters pre-1-A Teacher. Her warm heart, Genuine smile makes her loved by all, She has an overflowing heart and that is what makes her and her sibling loved by all.

And now honorable Judge those smiles are gone, It is replaced with sobs and hot tears that don't stop rolling. They cry from the depth of their heart and I understand their pain and cry along with them. They need their father their backbone, they need their father they have the utmost respect for, The Father that always gave them the utmost support, The Father they truly realy luv, The Father that they cannot go on in life without him.

Now Honorable Judge, God has put the key to Justice into your hands, I beg you, please have mercy on this Family and restore peace in their home.

May you be blessed with health, wealth and all the best and bring peace and Justice to all.

with great respect
Esther Baum
9 Nesher Ct. Munsey N.Y. 10952

To Honorable Judge Gleeson,

My name is Ivan Vysotski. I am from Monsey. I live and study right across the street from Rabbi Israel Weingarten. I am not American. I came from Russia. I am in the Yeshiva for 2 years. I know R. Weingarten pretty well. He comes to our Yeshiva with his children to pray and to study.

My impression of R. Weingarten:
I have never met any person like him. He is a very pleasant person to talk to. He always gives good advice. He helps me alot in studying and in spiritual life. This person is righteous, he inspires one who needs to be inspired, he helps one who needs help, at the right moment.

Even though I know him for only 2 years, it is more than enough for me to see how good this person is. I know he is much greater than I think.

People judge a parent by his children. If you would see his children once — would talk to them once — you would understand how great a parent R. Weingarten is. His children are the most cheerful fortunate, and happy. I would have liked to have been his child.

I wrote this letter because I want to help an innocent and righteous person come home to his children and usual life. His children need him, and we do too!

Mrs. Seidenfeld
1379 45th St 2c
B'Klyn NY 11219

Nov 12/08

Honorable Judge:

As a daughter of Rabbi Landau I had the opportunity to get to know the Weingartens. Very soon we became close friends. We were honored to have them be our guest several times.

The Weingartens astonished all with their sincere character. It was fascinating their broad knowledge in every subject. I said to my children, "look & take an example, how youngsters can be so serious with responsibilities, so mature in behavior & so amazingly continuous with their studies!" Their presence always was a pleasure!

Unfortunately, I need to write & explain all the above for such an unbelievable, unfortunate matter.

We hope & and pray, the honorable judge, will sense the truth, & reunite the Weingarten childa with their dear father. - who mastered & bloomed such blossoms!

Sincerely,
B. Seidenfeld

Chana Cohen
252 Acres Rd #30
Monroe, N.Y. 10950
Nov 12, '08

Honorable Judge Gleeson

Now, 12:30 In Middle of the night I found A few minutes to write . . . .

As a mother of 6 small children, I'm busy from early morning till late at night Attending my family.

Soon my newborn (5½ weeks old) will wake up and cry . . .

Honorable Judge ♪ I'm crying too ♪ . . . thinking of the 6 children of "Rabbi Weingarten waiting for their father to come home . . . .

Rabbi Weingarten's children are the most talented and extra ordinary mannered children I ever met, So willing to help others . . . . whith their whole heart . . . . with a smile . . . . saying: "Its our greatest pleasure ♪" Its what our father always taught us . . . .

And Now, its so painfull to see how broken they are . . . .

G-d should bless the Honorable Judge for every step - To expedite the procedure To Re-unite Rabbi Weingarten with his homesick family.

With Tears,
Chana Cohen

①

Nov. 12 '08

Yitta Landau
252 Acres Rd
Monroe N.Y. 10950

Honorable Judge Gleeson:

I am a 15 year old girl, a daughter of Rabbi Landau and a friend close as a sister to the Weingarten children. We even call ourselfs Landgarten, as a combination of Landau and weingarten. The last 6 years from when we got to know each other, we used to Meet alot. We were talking, laughing, singing and dancing together. A real joy was the shabbos meal when they were by our house. We enjoyed every minute together. Especially when Rebbe Isred Mosha Weingarten used to sing, together with his son's, his beautifull own composed songs. This Made us waiting for the next shabbos the weingarten's to come.

But, as we are so close, their pain is mines! And I felt for a responsibility to let know for the honorable judge which I'm sure is looking only to judge right, what a fine honorable person with his 6 poor chibren, these bad dishonest people chose for victim's to fullfill their bad habits. Rebbe weingarten was <u>always</u> a father and a mother to his children.



cont.... His children are screaming: we ^want ^to
go together with our father in jail rather
then being seperated of him!
Every person who knows him, knows for sure
that such dirty thing's can not be done by such
a honest, fine, and modest person as Rebbe Wein-
garten. No-body has a question about it!
These bad people are doing all this, just out
of jeallosy to the tallented Rebbe Weingarten and
his children, which are so beloved by every body
who comes in contact with them.
Honorable Judge!
        My nights are still sleepless, even it
is already five weeks from when the children
became living orphans. Because their pain-
full faces are standing in front of my eyes,
as they are crying: "Tatty! Come home!
we need you desperatly!" They don't get calmed,
every day later, they are just missing their
father more, and the pain gets sharper!
        When the children are talking about
their mother they give a shudder. When they
were here 5 or 6 years ago in the summer
for vacation, we used to sit hours, while they
were telling us dayily routine life when the
mother was still home. We were all crying.
for example :



When awaking them in the morning, she used to take a lighted match to the smoke-detector, so they should awake with scare. Or she took a big metal bell and rang by the ear, and if the child still didn't awake, she knocked with it on the head!!!

In Isreal the children go home for lunch, as lunch is the main meal of the day. Many times when the little boy Shmule Mayer, came home for lunch, she gave him a 1/4 of an Isrealy pickle and sent him back!

When a child wasn't feeling well, she forced to go to school. Once Chayah wasn't feeling well, and went to school by force. In middle of the day her fever went up, and the teacher sent her home. When she came home the mother locked the door, and didn't let her in, She sat outside, on a hot day, under the sun without the ability to drink or to lay down, untill the time she comes home every day.

Last week I asked The youngest daughter Shaindl how are you still 'normal' after going through so much? She answered: We owe the credit to our father, only because his Marall support, strenghthening and calming us, kept us going, and is still keeping us.   →

(4)

A happening I myself saw how the children are shivering from her, was:

They were by us for passover. One afternoon the mother came over to us. We welcomed her in our dining room and my mother started talking with her and offered her fruit.

In the meantime My older sister told the weingarten children that their mother is here. They all got frustrated and pale for a few seconds, and then escaped from a back door.

After my mother spoke with mrs weingarten a few minutes, she asked to see the children. My mother went to call them but they were not there, so she told her they are not here. She said it can not be because "before I came to you I was in back of the bulding, I was standing on the step and I saw them playing on the porch. So my mother asked her "If you were there, why didn't you go to them? she didn't answer.

At that time the case was in the Jewish Rabbinical Court, A few weeks later she complained in the Rabbinical court without shame that when she came to our house we threw her out!!!!!

(5)

Honorable Judge!

Please! see and understand how much tear's and heart there is within my letter. And I hope your honor will see the truth and be the one to turn over the painfull day's and crying night's of the poor Weingarten children with their father; to day's of light, happines, and joy together with their beloved father.

With hope----

Yitta Landau

November 10, 08

United States Courthouse
The Honorable Judge; John Gleeson
225 Cadman Plaza East
Brooklyn NY . 11201

To the Honorable Judge Gleeson;

I would like to take this opportunity to advocate
for my dear friends, the Weingarten family.
I have had the opportunity to live close to the
Weingarten family since they moved to America,
since they moved into my neighborhood and
joined my class and my sisters class in school.
I have always marveled at how these girls are
gems in every aspect. I have also walked them
through the hardships that came their way
and witnessed how they were always on
their fathers side, yearning to be together as a
family with their beloved and devoted father.
I was also there to take part in their happiness,
when after being in foster homes for 1 full year,
this dream to be united with their father came
true.
I am a mother of two now, I have sent both of
my children to the Weingarten family for them

(cont.)
→ to babysit, my children only want to go back to the weingartens warm home. I have learned to know Rabbi Weingarten as someone who strives for the best for his children, and for the good of his children. I have seen the love and devotion going from father to children, and from children to father. I admire the golden heart and cleverness of each and every one of them especially when you think about what they went through in their lives and yet they stay so strong.

I personally don't beleive it possible for Rabbi Weingarten to have done what the opponents wish he did, nor would I consider him at all a danger for the community.

I beleive Rabbi Weingarten need be released to save the future of his beautiful Children.

Thank you,

E. Turnheim
Monsey N.Y.

Henchie Ezikovits
13 Valley View Terr.
Spring Valley NY 10977

To the Honorable Judge Gleeson

I would like to take this opportunity to plead the case of Rabbi Isreal Weingarten - I've known the Weingarten family since Shaindel the youngest of the girls was in my Grade 7 class, 6 years ago. As a teacher walking into a classroom you can tell whose home life is okay and whose is going through a crisis. Shaindel was definitely the latter. She was introverted with eyes huge pools of sadness. With out a sound she was yelling I am hurt, don't touch me. She was in foster care at that point while a custody battle between her parents were raging between her parents.

When Shaindel went into grade 9 her father asked me to help Shaindel in some of the English subjects. I didn't recognize the self assure teenager. In these short years, Sheindel who was now in her father custody, blossomed into a happy confident young lady. Since that day I have become some what of a mentor for Sheindel. I have visited the Weingarten household on countless occassions. It is a real home full of laughter and happiness. Nothing suggesting anything amiss

Cont.

Since the father was taken to prison tears are never far from Sheindal's eyes. In sadness she asks. "Who should I tell about my day & who will question me about my friends and tests. Sheindals state of mind really concerns me. For the sake of Sheindal and her siblings, Can you send her father home?

Respectfully Yours
Henchie Cizikovits,

# JEWISH CENTER OF HYDE PARK, INC.

**779 EAST 49th STREET**
**BROOKLYN, NY 11203**
TEL. (718) 629-6590
FAX (718) 629-6591

BS"D

November 17, 2008

BY HAND DELIVERY

Hon. John Gleeson
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

RE: Defendant Israel Weingarten

Hon. Judge Gleeson:

I believe it is imperative in the name of justice to inform Your Honor of the following:
I met the defendant Weingarten a few years ago. He came to my synagogue in Brooklyn
seeking my assistance with helping another individual (a father of four children) who was
experiencing immense harassment and pressure from certain rabbinic and lay members of
the Monsey community that were apparently infuriated over his success in a custody
battle held at the Supreme Court, Rockland County. (For over twenty-five years I am
known within the community to successfully help in such related matters.) Upon
questioning Rabbi Weingarten as to his connection with this individual, he advised me
that he knew him less than a casual acquaintance, and that he too was going through a
similar negative experience with members of the community for the same reason, and
sought to prevent a repeat of the injustice.

Rabbi Weingarten impressed me as being extremely sincere, sensitive and very
sympathetic toward the trauma and unfair pressure this man and his children were

(over)

Hon. John Gleeson
United States District Court
Eastern District of New York
Letter Dated November 17, 2008
Page 2 of 3

suffering at the hands of these community members. While he begged me to take on the case, he was honest and told me that he was too occupied with his own problems and didn't believe he could take upon himself the responsibility in assisting me with the matter.

However, after I had agreed to help this individual, and which I did over the next few months, there were many occasions that I and Rabbi Weingarten did confer on this matter. During all my conversations with him, I always found Rabbi Weingarten to be consistently caring and concerned for that individual and his children, as well as being most appreciative to me for my efforts and service on their behalf.

It was true indeed, Rabbi Israel Weingarten and that helpless family were less than casual acquaintances, yet Rabbi Weingarten shared their pain and made the trip from Monsey to Brooklyn in an effort to find help for them.

In my experiences with so many messy divorce/custody situations within the community, these horrendous allegations do not come to me in any was as a shock. Shamefully, many scorned wives and dysfunctional children will seek to hang an innocent husband/father with a noose made from fictitious molestation allegations. In nearly every case similar to the above that I have experienced, there was a rabbi or were rabbis and/or other community activist behind the wife (nearly always from the same related pool) assisting her in the false allegations. Most sadly, this is not something new in the communities of the Jewish orthodox, whether it is New York, Antwerp, London, or the State of Israel's rabbinate. I have in many cases correctly named the rabbinic

(over)

Hon. John Gleeson
United States District Court
Eastern District of New York
Letter Dated November 17, 2008
Page 3 of 3

advisors/conspirators, even before being informed.  What motivates these depraved
persons is a topic not for this letter.

I am certain without any doubt that the allegations directed at Rabbi Israel Weingarten
are fiction and that he has fallen victim to a conspiracy from among the above mentioned.

I pray and trust that Your Honor will extend Rabbi Israel Weingarten the mercy he so
truly deserves during this pre-trial juncture and allow him the right to post a nominal bail
bond.

Thank you for giving this matter your immediate attention.

Very sincerely yours,

Rabbi Uziel Frankel

1

Mrs M. (Landau) Katz
43 Satmar Dr. #111
Monroe N.Y. 10950

Nov     08

Honorable Judge!
         With a broken Heart and with
tears in my eyes, I beg you - please have
pity on very respectable, Honored and beloved
Rabbi Isreal Weingarten and his six dear inno-
cent, children wich had already suffered in their
young life from their sister, Mother, and Mothers
Family. That even only to hear this is hard to
bare.

      We got to know them, the father and six
children, (the Mother left the house a few months
before.) About 7 year ago as strangers with-
out knowing them. But after we got to know
and see their good and Fine manners, we were
impressed From them. We used to call them
to our House For Holidays and Shabbos. That's how
we became closer and closer to them untill we
became with our hearts like one Family. How
wonderful were the beautifull Shabbos meals when
the father used to - so nicely tell interesting
stories and teach the behavior to larn from
the story. How beutifull the songs they used to
sing together with their father, the heart would
melt from this. The more we were together
the more we were impressed from the good
upbringing Full with respect to their devoted
honored father.

         With the time, we started hearing of their
continvous terrible problems wich they are suffering

2

From their abusing mother, wich disturbed our
life terribly. My brain does not accept how
a mother can abuse her own children to
whom she gave birth. If I would have
heard it on the street I would not believe to
be true. A Few stories we saw ourselves
and were involved.

One story - where I myself saw and
was involved and disturbed so much that
many nights after, I could not sleep from
Fright. Even today - six years later when I
remind myself this story my body shivers.

That happened summer when I was
a counselor in a Day Camp For pre-1-A
children. One day when the Weingartens
were at our house, I took along the youngest
daughter Sheindel - 10 years old - at that time
with me to Day camp, for a one day visit.

In the middle of the day we took
the class outside to play. Suddenly I see
a white Mini-van stops next to the children
and Mrs Weingarten ran out fast from the
car, and ran to Shaindel pulling her with all
her strength trying to pull her into the car.
Shaindel screamed hysterically For help - and
with all her strength tried to get away from
the grabbing painfull hands. I and other counselors
ran over to help Shaindel but the woman was
hitting us and continuing pulling Shaindel by her
braid and hands. The cashmere looked like Forever,

3

We were helpless till g-d helped us, when a repair man arrived to the sight and screamed to Mrs Weingarten to first leave the girl alone, and then he will listen to what she has to say. Shaindel ran into the building together with me - we locked ourselves into a room.   Nobody could calm her down from the trauma, till her father came to pick her up, to take her to our home. The father took her to the hospital because of her terrible pain she could not relax from the mothers pulling and stretching her muscles. Right after this incident Mrs Weingarten with her harmfull helpers, spread around ugly posters in the streets to dirty our family. They wrote a false story on me that I hit the Mother.

A few days later she filed false allegations in court against her husband claiming custody for the children. From that time started very hard and painfull months- where the children were taken away from their father. Untill finally the court and c p s realised and proved the false allegations and returned the children to the Father.

The children started to relax and having a normal Life but unfortunately, the cruel sister and mother couldnt stand with out troubling them, and began again the false terrible allegations. Unfortumately they put him into prison where he still is. We cannot bear the agony and pain of the poor children and their suffering Father.

Honorable Judge! I beg you - please!
please! have pity and help the broken children
with their innocent Father! Help them, that
they should be able to unite with their caring
Father, because their pain is too big! Without
their Father who is for them also the Mother, is
their life worthless.

I am sure that with helping innocent
people and stand up for the truth, G-d will
pay you with his endless Fortunes, and will
give you Succes and Luck in all your ways!!

Hoping and waiting with Honor
and Respect to your Honor
Mintza (Landau) Katz
age 24

Gold Jsraël
Van Diepenbeek str 11
2018 Antwerpen                    12/11/2008


dear sir


My name is Jsraël Gold , originally from
Monsey New york , in 1992 J married
a Belgian girl and live here now.
We were all very very shaked and
hurt by the terrible news that
our friend Mr I.M weingarten so
suddenly was arrested, We know him
personally very well he spent a
lot of time at our house and
even stayed here a few times Years
ago we we also spent two Sum-
mers together and can really
testify that Mr Weingarten is a
exeptional nice person, He also
founded a small shool for
young boys and whoever studied
there really turned out very wel

well mannered and refined people.
We just couldn't believe that
people could believe such
nonsense on such a special
person, and we cannot tell you
how hurt we are, that such an
innocent man should suffer so
much.
please we beg you, we know
him personally, do all that
you could that the
real truth should come out
to put a real end to his
terrible suffering.

we're sure we can
trust you

thank you very very
much
sincerely

J Gold          Esther ____

Naftoli S. Bodenheimer
30 B West Maple Ave.
Monsey, NY 10952

November 11, 2008

To The Honorable Judge John Gleeson.

My name is Naftoli S. Bodenheimer. I live with my wife and three children in Monsey, NY. My wife is a part time office manager while I study Talmudic law.

Being a close neighbor of Rabbi Israel Weingarten, I wish to convey to you my feelings with regard to the upcoming hearing on his impending bail.

Living side by side in our apartment building (our apartments share one wall) my family and I have gotten to know the Rabbi as an extremely good and decent person. Not one argument, not one harsh word, and not a raised voice have we ever heard from him. Always respectful, always with a smile, whenever I meet him it's always a pleasurable experience. We have grown to respect him for his Talmudic knowledge, Halachic (Jewish law) expertise, as well as his good mannerisms.

With regard to the bail issue, he is a man that can be trusted implicitly. We have relied on him and his family in many situations. Not a traveler, he is rarely away from home. He always does his share in the upkeep of the building with punctuality.

With regard to my view about his home, it is a lively, cheerful, and happy home. His children are the envy of the neighborhood. Extremely capable and energetic, and at the same time learned and responsible.

Many many people in need have been assisted by them.

I plead with you, Your Honor, please have mercy on this respected Rabbi; and for his sake, the sake of his family, and the entire neighborhood grant him his earnest request.

Sincerely,

Yehudis Bodenheimer

David E. Chavoly
145 Rock Hill Rd.
Spring Valley NY 10977

Nov. 11 08

Honorable Judge Gleeson
U.S. Federal Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201

Dear Honorable Judge,
    I am a 37 year old Father. I live with my wife and 9 children in Spring Valley, NY. My children range in age from 3 months to 15 years old. I currently learn in Yeshiva DiMonsey - a Talmudical College located in the nearby Monsey NY and is under the leadership of the dean the esteemed Rabbi Moshe Green. I also tutor boys both in the Yeshiva and privately. I also do substituting for Hebrew teacher in various schools in the Monsey area.
    Eventhoe I don't know Rabbi Yisroel Moshe Weingarten personaly, he is known throughout Monsey as a person with a sterling reputation and of upright character traits.
    I am also privileged to know personaly his 2 sons Yoil and Yakev who are both studing at the Yeshiva DiMonsey. Their outstanding personal traits and their unbelievable concern for anothers feelings speaks many unspoken words about the amazing upbringing they experienced at home.
    Honorable Judge I implore you to not be impressed by tall tales and untrue rumors being spread about him. I trust you to give him a fair unbiased trial just like any other upright citizen, in a way

## 2

your honois reputation is well known.

Sincely

David E. Chavoly

ת"ג.ל

November 11, 2008

Adam Brudzevski
Kol Yaakov Torah Cntr
29 W Maple Ave
Monsey NY  10952

Honorable Judge Gleeson
United States Court House
225 Cadman Plaza East
Brooklyn NY 11201

Re: Bail for Rabbi Israel Weingarten

I am writing you to express my perspective on
the effects of Weingarten's detention, that he
should be released on a bail.

About myself: I grew up in Scandinavia. Though I
experienced turbulent surroundings, similar to those
of the Weingartens, I was very successful in
school and highschool, and became a member of
Mensa. Not knowing what to do after highschool,
with every direction open to me, I went to
study Applied Philosophy at the University of
Lund, Sweden. Here I was elected to the Philo-
sophy Department's Students' Board, and from
there to the Department's Board of Directors.
But I still had no idea what to do next. Spend-
ing a year in California (where I, among other
places, visited the Philosophy Department of U. C.
Berkeley), I came across Orthodox Jews. After

1(3)

observing their way of life, and the consistency of their belief system, I decided to go to Rabbinical School. Thus I have studied and lived directly across the street from the Weingartens for 3½ years.

Rabbi Weingarten and his three youngest sons would often come to our study hall, and I got to know them as people very sincere about both their own practice of Judaism, and that of others. I would often have long personal conversations with Rabbi Weingarten's son Yoil, who I see as a role model for what an, as of yet unmarried Jewish man, my age, should be like. To my questions on Jewish thought, Rabbi Weingarten was a rich resource, as I observed his extreme attention to, and care for details of his fellowmans sensitivities and emotions.

The Weingartens have consistently been first at observing when a student was not feeling well, emotionally as well as physically, and would act themselves, or informed relevant parties. It should be clear that Rabbi Weingarten's absence is a significant loss for our school. Furthermore, I have met several people telling me about the Weingartens help to, and support of them and their families.

2(3)

On several occations have I had opportunity to observe Rabbi Weingarten's relationship with his children. It is one of great respect and devotion. I admire his focus on helping them have the best possible character traits and personal relationships. He also goes out of his way to protect them against harmful influences, in whichever way they may come.

After Rabbi Weingarten's arrest I have spent a lot of time talking with his children. They have told me about their father, and it is very clear to me how much they look up to him and appreciate him. They miss him badly and it breaks my heart to see them suffer. How unfortunate that humans who could be spending their time helping others, must now be occupied in helping themselves.

Yours sincerely,

Adam Brudcersky

3 (3)

November 14, '08

To the honorable Judge Gleeson,

I am writing these few words to plead mercy for Mr. Israel Weingarten. I was the teacher of his two daughters Chanch Y. and Sheindl Weingarten in grade 10 in V.T.A. High School, Beth Esther, Spring Valley N.Y. 10977. I can say full-heartedly that these two girls were wonderful students and with their excellent behavior were really a pleasure to deal with. I can only say that this proves that the father, Mr. Israel Weingarten must have put alot of effort into these children. He was both the mother and the father to these wonderful kids. This father deserves alot of credit that his kids are definitely "normal" children and show absolutely no signs of coming from a troubled or problematic home. You can help

to keep these children happy and normal by sending their father home to them. Mr. Weingarten must be a special nice person. Please let him come home to his family so not to break this home completely. He is definitely not dangerous to the community and a true asset to his children.

Please, we beg of you —

Have mercy and let him get out on bail.

I Thank You in advance. I am confident that you will not disappoint us.

All courtesies extended to him will be greatly appreciated!

With best Wishes,
Mrs. F. Leitner
MRS. F. LEITNER 47 FRAKIS PL.
MONSEY, N.Y. 10952

ב"ה

Rabbi Jacob Landau
252 Acres Rd. unit 201
Monroe N.Y. 10950
845-783-8202

Nov 9 08



Honorable Judge Gleeson
United States Courthouse
225 Cadman Plaza East
Brooklyn N.Y. 11201

RE: Isreal Weingarten

To The Honorable Judge Gleeson!

I want to share with you my knowledge and experience with Rabbi Isreal Weingarten and his family. We got to know them about 6½ years ago before the holiday which is called Succos. We heard that their mother left the house so we invited them for the holiday which is 8 days. Since then, they came for a lot of weekends.

In the summer-time my daughter who was a day camp teacher, took along the Weingartens youngest girl, Shaindle, to day camp. One day, when the children were playing outside, the Weingartens mother came with a white mini-van which was drived by her friend, and ran over to Shaindle and started to pull her by her hair and wanted to force her into the car in order to grab her away against her will). The girl started to scream terribly and all the teachers who were outside came to help the girl. When one man who happened to come there also helped the screaming, hysterical

2

girl, to free her from the pulling-beating mother.
My daughter, the teacher, called me. I took along
the father to pick-up the girl. She was terrified
and scared. She couldn't sleep at night, and she also
had big pains because her mother pulled on here very hard
by her hands & hair. The father took her to the
emergency room. The hospital called the police
and C.P.S. And then after this they also came to
our house to find out more about the story. The
girl suffered from pain quiet a while. During the
summer the mother tried in different ways to get
the children, but the children didn't want to go
to her. The mother called Rabbi Wengarten to a
Rabbinical Court and in the middle she decided to
go to court & took along as (witness) witness the
daughter who is already for years not religous any more
she left Judiasm altogether along time ago & claimed
false dirty alligations against the father, so in result
of this the court took away the children from the father
and placed them to foster and the C.P.S. arranged
visitation for the mother and the father - and that
went on like this for about a year untill the CPS
and the court clarrified and approved that all
the alligations are false and not true at all.
And observed the visitations from the parents that
the children are afraid of their mother, they didn't
want to talk to her. They told for C.P.S how their
mother used to torture them & how they love their
father who protected them. So the court returned
the children to the father & for a few years it was
a little easier. Then all of a sudden on Oct 6., 6:00A
the F.B.I. broke into their home, about 20 Agent.

3

came in with terrible screaming and terrorized the children and took them into the police station and kept them for hours, and then to the C.P.S. - trying to put the minors to foster, But the CPS refused & sent them back home because they already knew everything from the past.

The F.B.I hit terrible the Rabbi before the arrest - he was bloody on the whole body - it is impossible to describe the pain & torture this poor family is going through & suffering from the mother rotted & sister, because of the false terrible lie they are spreading around on the father and them. This bad rotten daughter started this terrible thing back in about 1995 when they were living still in Bolgium. In that time the Rabbinical Court clarified & proved and stated that all this is false & lying.

Such a beautifull special family is hard to find. They are from, the best students in school, their teachers & friends love them so much.

The love between them & the father is unusuall. All of us - my family & all the friends from the Rabbi and the children are crying and begging from G-d to return the father to the children, it would be easier for the children to join the father in jail rather than being left alone without a father & mother.

The children told us, it happened one time on a saturday night, the following story, when the mother was still at home. She called the nepho her 2 nephews who are big & strong guys

4

And they pulled the Rabbi out of his home & beat him up with a metal stick in front of the children while they were screaming & crying & scared to death, And the mother was laughing. These 2 gangsters left with a car service which was waiting for them and then the gangsters called police & arrested the Rabbi claiming that he started a fight with them. This story is only a small part from what these poor people were suffering from their mother.

I once spoke with Rabbi Weingarten and suggested to him, to move away from Monsey - away from the mother who is spreading around terrible, ugly lies about them. His answer was - I cannot do it because the children are settled & successfull with their schools and friends and it would be too painfull for them to move to a new place.

Your honor Judge! we are crying and begging to you to Please! Please! Please! return the poor father to this poor children, because all this claims to not let him out on bail are absured - False - and lies

All this is writing to you, Your Honor, a father of eleven children, and 34 blessed & beutifull grandchildren. I am a volunteer Rabbi in several jails, spending a lot of time for Jewish inmates to support & counseling.

We are praying and are confident that with g-ds help, that the truth will come out through you - your Honor!!!

G-d Bless You
With Respect
Jacob Amdi

RECEIVED
NOV 12 2008
CHAMBERS OF JUDGE GLEESON

JEHUDA J. ROLNITZKY
252 ACRES RD 303
MONROE N.Y.
10950

TO THE HONORABLE JUDGE, JUDGE GLEESON

I AS A TEACHER & LEADER FOR THE PRAYORS IN A SCHOOL,
FEEL THE HEART OF THE BROKEN CHILDREN, TO COME AND HELP THEM,

MY FIRST PLEA IS, THAT THE JUDGE SHOULD PLEASE FORGIVE ME
FOR MY POOR LANGUAGE, BUT, THIS LETTER IS NOT A SPEACH
LANGUAGE, IT IS A 'HEART LANGUAGE', THAT CAN ONLY BE UNDERSTOOD
BY ANOTHER SOFT HEART.

MY LETTER IS REGARDING RABBI YISROEL MOISHE WEINGARTEN.
FROM MONSEY ROCKLAND COUNTY, THE MAN WHO HAS BEEN TITLED BY
WRITTEN LETTERS FROM FAMOUS RABBIS AS A "TZADIK", A TITLE THAT IS
BEING USED 'ONLY' FOR PEOPLE WHO ARE FAMOUS TO BE TRUE PEOPLE
WITH OUT SIN!

SO HOW SHOCKED WAS I WHEN I HEARD THAT RABBI WEINGARTEN
WAS BRUTALY TAKEN AWAY FROM HIS BELOVED CHILDREN AND COMM-
UNITY, JUST FOR WRONG STORIES, THAT ARE THEM SELF STATE, THAT THEY
COULD NEVER HAPPEN WITH THIS WELL KNOWN 'TZADIK'

AND MUCH MORE THAN THIS, IS VERY INTERESTING, I REMEMBER
WHEN I WAS A STUDENT IN LONDON, 15 YEARS AGO, MANY STUDENTS TRIED
THE MOST THEY CAN TO GROW, AND REACH A HIGH LEVEL IN TALMUD, AND
THEN TO BE WELCOMED TO RABBI WEINGARTENS COLLIGE IN BELGIUM,
THAT WAS THE STUDENTS PLEASURE, AND THERFOR YEARS PAST, BUT
STILL 'ALL' OF HIS STUDENTS HAVE THE BIGGEST RESPECT TO HIM, WITH
LOVE, LIKE FATHER AND CHILDREN,

NOW, CAN SOMEBODY WITH JUST LITTLE COMMON SENSE
BELIEVE IN THOSE BAD UN HUMAN BEING MANNERS AND WEAK
BEHAVIOUR?! ON RABBI WEINGARTEN

WHERE IS THE JUSTICE OF BEING PRISONED IN THE MOST
BEAUTYFUL TIME IN YEAR, WHEN JEWS CELEBRATE 'SUCCOS' WITH
THE ENTIER FAMILY, THE DAYS THAT EVERY ONE OF RABBI
WEINGARTENS BELOVED CHILDREN LOOKED OUT FOR THESE DAYS.
HOW PAINFULL AND NASTY WAS IT TO BRAKE THER HEARTS AND

WISHES, FOR A HAPPY HOLIDAY WITH DEAR DADDY ?!

No BODY WITH A HEART, CAN DO So!!

ONLY THOSE THAT HATE HIM AND MADE HIM A CRIMMINAL GUY TO THE GOVERMENT!

I MY SELF KNOW HIM FOR A CORRECT PERSON, AND So THE COMMUNITY KNOWS. BUT THOSE PEOPLE WHO THREW ON HIM THAT CRIMINAL BEHAVIOR ARE FOR SURE THE OPPOSITE OF CORRECTION, AND MAY NEVER CORECT THE WOND THAY HAVE BRUGHT TO THESE CRYING CHILDREN, IS THERE ANY BIGGER CRIME THAN THIS ?!

WE ALL REMEMBER FOR A COUPLE OF YEARS AGO, RABBI WEINGAREN HAD A HARD TIME WITH THE SAME STORIES, IN THE JEWISH CORT, AND IN FAMILY COURT, AND THANKS G-D 'ALL' OF THEM REACHED THE TRUTH, WHY, ONLY BECUASE EVERY BODY SAW THE FALSE NESS FROM ALL BAD STORIES.

DEAR JUDGE IT IS SO PAINFULL AND So HARD FOR A PEN TO WRITE A HEART LANGUAGE, PLEASE JUDGE ALL WHAT I AM TRYING IS MY HEART IS So CLOSE TO RABBI WEINGARTEN AND HIS CHILDREN, AND MY HOPE IS TO GET YOUR HEART CLOSE TOO, AND TO BRING RABBI WEINGARTEN BACK HOME SOON, WE SHALL ALL SEE THE RIGHT OF JUSTICE, AND BRING HAPPYNES TO HIS LONGING CHILDREN.

I WISH YOU THE BEST WISHES AND LUCK, I REALY FEEL NOW, BY ENDING MY LETTER THAT YOUR HEART HAS BEEN CLOSER TO RABBI WEINGARTEN, AND HOPE TO HEAR BEST REGARI

SINCERELY

JEHUDA J. RELNITZKY

MONROE N.Y.

Nov 5/08

DEAR HONORABLE JUDGE MR. GLEESON



RECEIVED
NOV 1 4 2008
CHAMBERS OF JUDGE GLEESON

MY NAME IS NAFTALI ENGLANDER AND I AM WRITING YOU A FEW WORDS FROM THE DEPTHS OF MY HEART AND HOPE YOU'LL HAVE A MINUTE FOR IT

I AM 33 YEARS LIVING IN BROOKLYN, I WAS BORN IN BELGIUM AND GET TO KNOW RABBI WEINGARTEN SINCE I WAS 12 YR VERY CLOSELY

HE WAS A FOUNDER OF A SCHOOL, THIS SCHOOL HAD TEACHERS AND STAFF, EACH RECEIVING A WEEKLY SALARY... EXCEPT FOR ONE PERSON, RABBI WEINGARTEN DID HIS JOB ABS. FREE, BEING THAT MY FATHER WAS THE FINANCIAL ADMINISTRATOR I KNOW THIS FACT, OTHERWISE NO ONE ELSE KNOWS ABOUT IT

I HAD THE LUCK TO LEARN IN THIS SCHOOL WHERE HE BROUGHT UP EACH CHILD WITH UTMOST DEVOTION, AFTER A FEW MONTHS A TREMENDOUS PROGRESS WAS NOTICED ON EACH STUDENT.

I PERSONALLY KNOW HOW HE PUTS ALL HIS EFFORTS FOR THE SUCCESS OF HIS CHILDREN, HE LEARNS WITH EACH CHILD AND TEACH THEM WITH UNLIMITED PATIENCE, AS YOU CAN SEE HOW EACH CHILD LOVES & RESPECTS THE FATHER

SO DEAR JUDGE, I PLEAD TO YOU, TO RELEASE RABBI WEINGARTEN FOR BAIL UNTIL HIS INNOCENCE WILL BE PROVEN, NO DOUBT THAT HE WILL ESCAPE, HE IS AN HONNEST PERSON WHO NEVER DID WILD ACTS

MAY GOD BLESS YOU AND ALL YOUR FAMILY WITH LOTS OF LUCK & HAPPY DAYS

N, Englander
858 BEDFORD AVE
BROOKLYN NY. 11211

DEAR HONORABLE JUDGE GLEESON

MY NAME IS LAZAR WEINBERGER A BUSINESS OWNER IN THE BROOKLYN AREA, OVER TEN YEARS I CAME TO KNOW MR. WEINGARTEN, HIS CHILDREN, A LOT OF HIS STUDENTS.

AFTER ALL I. AM CONVINCED HE WILL BE PROVEN INOCENT, HOWEVER IN THE MEAN TIME HE HAS 6 CHILDREN IN HOME WHO HAVE NO MONEY, NO SUPPORT, NO FATHER AND MOTHER.

PLEASE CONSIDER THE EXTERORINERY SITUATION, AND RELEASE MR WEINGARTEN ON BAIL, HE WOULD DEFINITY NOT FLEE

THANKS
LAZAR WEINBERGER
100 SKILLMAN ST
BROOKLYN N.Y. 11205