# EXHIBIT "A"

# LAW OFFICES OF JILL R. SHELLOW

All correspondence to:
111 Broadway, Suite 1305
New York, NY 10006

Tel:  212.792.4911
Fax:  212.792.4946
jrs@shellowlaw.com

August 25, 2011

<u>VIA FAX 347.534.3705 AND</u>
<u>FIRST CLASS MAIL</u>
Ms. Patricia A. Sullivan
Senior U.S. Probation Officer
United States District Court
Eastern District of New York
147 Pierrepont Street
Brooklyn, NY  11201

Re:     *United States v. Weingarten*, Docket No. 08-CR-571-01 (JG)

Dear Ms. Sullivan:

I write as co-counsel with Donna Newman, Esquire, on behalf of Israel Weingarten to object to the Second Addendum dated June 8, 2011 to the Pre-Sentence Report prepared in anticipation of Mr. Weingarten's re-sentencing by the Honorable John Gleeson on Monday, September 12, 2011.  The Second Addendum updates the original PSR and First Addendum dated March 27 and April 29, 2009, respectively.

First, we incorporate by reference and adopt all of the objections lodged by Mr. Weingarten's former counsel in their written submissions and by Mr. Weingarten to the extent that he advanced arguments and objections *pro se*.

Second, we note that the Addendum does not update Mr. Weingarten's current medical condition.  The recitation of Mr. Weingarten's physical health status in the original PSR (¶¶ 152-157) is cursory because the medical records had not been provided to the Probation Department by MDC (¶154).  Attached herein are excerpts from medical records prepared and maintained by Metropolitan Detention Center in Brooklyn where Mr. Weingarten was initially detained and where he is currently being held as well as medical records from FCI Petersburg where Mr. Weingarten was housed until spring 2011.

As documented in the attached, Mr. Weingarten suffers from a urethral stricture, an abnormal narrowing of the urethra.  Two years ago Mr. Weingarten, following a cystoscopy and surgery to look for stones developed a condition where he feels no sensation when he needs to urinate and when he does urinate it is painful (dysuria).  There is no medical treatment and the condition is not reversible.  The condition can only be managed by self-catherization which Mr. Weingarten is required to do eight times daily to empty his bladder.  The result is frequent urinary tract infections (treated with sulfamethozosale) and blood in his urine (hematuria).  Another side

Connecticut Office:  2537 Post Road, Southport, CT 06890  Tel:  203.258.1463                    Admitted:  NY, CT, DC

Ms. Patricia A. Sullivan
August 25, 2011
Page 2

effect is edema, which is more difficult to treat because diuretics are contraindicated by the condition.

Self-catherization under normal circumstances is difficult and painful. It requires not only the necessary supplies, but also a sterile environment within which to perform the procedure. Mr. Weingarten often has to perform the procedure in an open toilet area where without access to products to sterilize the fixtures and environment. Mr. Weingarten frequently runs short of supplies and has, on occasion, had to appeal a determination that he should only perform the procedure once per day.

He also suffers from hyperlipidemia (elevated triglycerides and lipids) for which he receives medication. Mr. Weingarten has a lesion on his back- "a hyperpigment flat lesion," measuring about 1.5 cms with an irregular border. BOP medical staff has said that procedures are necessary to rule out ("RO") melanoma, but to date no biopsy has been performed. Mr. Weingarten has made several complaints about a hearing loss, and despite requests, his hearing has not been evaluated by BOP. BOP's failure to act on these medical conditions which is a small example of the medical care Mr. Weingarten receives in prison.

Also included in the excerpts provided is BOP's summary of Mr. Weingarten's general health status. The complete records as provided by MDC and FCI Petersburg to defense counsel are voluminous but are available and will be provided if Probation wants to review them.

Finally, while the Addendum notes in the section on "Institutional Adjustment" that Mr. Weingarten has not "incurred any infractions," it fails to mention the hardships owing to his strict religious observance about which Mr. Weingarten has complained. For example, the toilets in Petersburg are electric, which means that he cannot flush on the Sabbath. He is presented with food that is not kosher, and then criticized when he eats sparingly (if at all). Finally, he is bullied by other inmates. These subjects are touched upon in the mental health records provided by Petersburg that are included in the excerpts provided.

Thank you for your consideration. If you have any questions, please do not hesitate to contact me.

Very truly yours,

Jill R. Shellow /ad

Jill R. Shellow

Drafted but not signed

cc:    AUSA Rachel Nash, Esq. (by email)
       Donna R. Newman, Esq. (by email)
       Israel Weingarten (by regular mail)

**SENSITIVE BUT UNCLASSIFIED**



### Federal Bureau of Prisons
### Psychology Data System

**Date-Title:** 01-06-2011 - Eval/Rpt - Sex Off Mgmt Pgm: Contact
**Reg Number-Name:** 76830-053 - WEINGARTEN, ISRAEL     **Unit/Qtrs:**  A  E, E08-003L
**Author:** ANDREA R. WEISMAN,  SEX OFFENDER PROG PSYCH
**Institution:** PEM - PETERSBURG MED FCI

Inmate Weingarten was seen in psychology today after he came to the door and asked to tell me something. Inmate Weingarten continues to have problems with another inmates bullying. This information was forwarded to SIS. Inmate Weingarten was oriented to person, place, time and situation. He denied homicidal or suicidal ideation as well as hallucinations or delusions. He was encouraged to be internally strong rather than say "I'm weak." "They hate Jews." When told this, inmate Weingarten laughed and expressed how hard this is for him. He then expressed with some anger how he feels about his home relationships and having been unjustly sentenced. No follow up needed at this time.

**SENSITIVE BUT UNCLASSIFIED**

**SENSITIVE BUT UNCLASSIFIED**



# Federal Bureau of Prisons
# Psychology Data System

**Date-Title:** 10-30-2010 - Eval/Rpt - Sex Off Mgmt Pgm: Contact

**Reg Number-Name:** 76830-053 - WEINGARTEN, ISRAEL     **Unit/Qtrs:**  A  E, E08-003L

**Author:** ANDREA R. WEISMAN, SEX OFFENDER PROG PSYCH

**Institution:** PEM - PETERSBURG MED FCI

---

Inmate Weingarten came by psychology today to discuss his wish for a transfer and the lack of progress on this. As discussed last time we spoke, Inmate Weingarten has great difficulty living in prison and reportedly does so as a result of some religious issues. Inmate Weingarten discussed using the toilet on Saturdays as they are electric as well as the lack of Kosher foods he can eat. Inmate Weingarten also discussed how far Virginia is for his children to come visit. This clinician recommended last time that he look into asking for a transfer when he has done 18 months here. We discussed his asking to go to a facility closer to home that has a larger orthodox Jewish population. Inmate Weingarten discussed who he has spoken to and asked what he should do from this point. It was discussed to possibly do 4 more years here and then transfer to a low closer to home as it would ensure his safety at a SOMP which he is concerned about. Inmate Weingarten will put a cop out into the associate Warden to discuss. No follow up needed at this time.

**SENSITIVE BUT UNCLASSIFIED**

## Bureau of Prisons
## Health Services
## Clinical Encounter

| | | |
|---|---|---|
| Inmate Name: WEINGARTEN, ISRAEL MOSES | | Reg #: 76830-053 |
| Date of Birth: | Sex: M | Race: WHITE |
| Encounter Date: 07/16/2009 13:20 | Provider: Beam, Herbert MD | Facility: DEV |

Chronic Care Visit encounter performed at Health Services.

**SUBJECTIVE:**

> **COMPLAINT 1**        **Provider:** Beam, Herbert MD
>
> **Chief Complaint:**   Other Problem
>
> **Subjective:**   weight check and general assessment

> > denies food allergies, just gets abdominal pain eating bananas,potatoes. oranges,eggplant.peppers and excessive mucus eating dairy products
> >
> > does not have active coronary disease, possible rheumatic fever as child, history pericarditis, and a scanty history of myocardial infarct in '94 but a treatment history not consistent with myocardial infarct. He was followed pre incarceration by a cardiologist and is not on the usual post MI meds and does not know his ejection fraction
> >
> > urinary retention was by history from infection following instrumentation for bladder stones. he self cths every three hours and has been using an unusually large number of catheters, a clean one every time
> >
> > he had Benign prostatic hypertrophy
> >
> > he wonders if he has narcolepsy and did not fall asleep while I was examining him
> >
> > he says he is hard of hearing and appears to hear fine

> **Pain Location:**
> **Pain Scale:**  0
> **Pain Qualities:**
> **History of Trauma:**    No
> **Onset:**
> **Duration:**
> **Exacerbating Factors:**
> **Relieving Factors:**
> **Comments:**

**ROS:**

> **General**
> > **Constitutional Symptoms**
> > > Anorexia (no), Chills (no), Fatigue (no), Fever (no)
>
> **Cardiovascular**
> > **General**
> > > Angina (no), Edema (no), Exertional dyspnea (no), Hx Hypertension (no), Hx of Heart Disease (yes), Hx of Heart Surgery (no), Hx Murmur (no), Hx of Rheumatic Fever (yes)
>
> **Pulmonary**
> > **Respiratory System**
> > > Cough - Dry (no), Cough - Productive (no), Dyspnea (no), Hx Asthma (no)
>
> **GU**
> > **General**
> > > Dysuria (no), Hematuria (no), Hesitancy (no), Hx Kidney Stones (no), Incontinence (no), Infections (no), Nocturia (no), Oliguria (no), Pain or Colic (no), Testicular Pain (no), Urgency (no), Urinary Frequency (no),

# Bureau of Prisons
## Health Services
## Clinical Encounter

| | | |
|---|---|---|
| Inmate Name: WEINGARTEN, ISRAEL MOSES | | Reg #: 76830-053 |
| Date of Birth: | Sex: M | Race: WHITE |
| Encounter Date: 04/09/2009 10:19 | Provider: Goldstein, Peter MD | Facility: BRO |

Chronic Care Visit encounter performed at Health Services.

**SUBJECTIVE:**

**COMPLAINT 1**       **Provider:** Goldstein, Peter MD

   **Chief Complaint:** CARDIAC CLINIC

   **Subjective:** Patient is a 59 yo wm who has been self-catherizing s/p a traumatic cystoscopy 2 years ago during which there was injury to the bladder neck. He does not have a sensation to void. He does not have incontince and was told that there is no prostate issue even though the psa is elevated. His PMH is significant for an MI i5 years ago complicated by pericarditis. Currently, he c/o swelling in the LE's bilaterally. He has no DOE nor CP and no orthopnea.

   **Pain Location:**

   **Pain Scale:**

   **Pain Qualities:**

   **History of Trauma:**       No

   **Onset:**

   **Duration:**

   **Exacerbating Factors:**

   **Relieving Factors:**

   **Comments:**

**OBJECTIVE:**

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 04/09/2009 | 10:28 BRO | 75 | | | Goldstein, Peter MD |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 04/09/2009 | 10:28 BRO | 112/74 | | | | Goldstein, Peter MD |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 04/09/2009 | 10:28 BRO | 100 | Room Air | Goldstein, Peter MD |

**Exam:**

   General
      Appearance/Nutrition
         Appears Well (yes), NAD (yes), Alert and Oriented x 3 (yes)
      Affect
         Pleasant (yes), Cooperative (yes)
            Very thin
   Head
      General
         Atraumatic/Normocephalic (yes)
   Eyes

Inmate Name: WEINGARTEN, ISRAEL MOSES       Reg #:  76830-053
Date of Birth:                     Sex: M         Race: WHITE
Encounter Date: 12/22/2008 13:21            Provider: Beaudouin, Robert MD   Facility: BRO

**Other:**

INFORMED "ORDERING SUPPLY TECH" TO ORDER PT'S INSERTION KIT FOR HIS SEL CATH.
F/U IN 2-4 WKS W/ LAB REPORT.

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 12/22/2008 | Counseling | Diagnosis | Beaudouin, Robert | Verbalizes Understanding |

Copay Required: No          Cosign Required:  No

Telephone/Verbal Order: No

Clinical Encounter completed on WEINGARTEN, ISRAEL MOSES by Beaudouin, Robert MD on 12/22/2008
13:21.

# Bureau of Prisons
## Health Services
## Clinical Encounter

Inmate Name: WEINGARTEN, ISRAEL MOSES                           Reg #: 76830-053
Date of Birth:                              Sex: M               Race: WHITE
Encounter Date: 10/20/2008 11:14            Provider: Beaudouin, Robert MD   Facility: BRO

Chronic Care Visit encounter performed at Health Services.

**SUBJECTIVE:**

    **COMPLAINT 1**    **Provider:** Beaudouin, Robert MD

        **Chief Complaint:**  Urinary Problem
        **Subjective:**  58 YR OLD MALE REPORTS 1.5 YRS AGO HE WAS DIAGNOSED W/ STONES IN THE
        BLADDER NECK. HAD A DIAGNOSTIC CYSTOSCOPY, HAD URETEROSCOPIC STONE
        EXTRACTION. REPORTS 6 MONTHS AGO HE DEVELOPED URINARY RETENTION
        SECONDARY TO THE TRAUMATIC CYSTOSCOPY. STATES HE USED ROCHESTER
        SILICONE URINARY PERSONAL CATHETER 8 FRENCH, 10 IN LONG. STATES HE USES
        TRIAD INSERTION KIT W/ CHG FREE LUBRICATING JELLY WHICH DOES NOT BURN NOR
        IRRITATE HIS URETHRA. STATES HE HAS SEEN SOME BLOOD IN HIS URINE POST
        CATHETERIZATION LAST NIGHT WHICH HE ATTRIBUTES TO THE PRESENT CATHETER
        HE IS USING NOW. REPORTS HX ELEVATED PSA WHICH HE WAS TOLD IS DUE TO THE
        DAILY CATHETERIZATION.
        DENIES PMHX OF HTN, DM. ADMITS TO HX OF RECURRING PERICARDITIS. ADMITS TO
        SEEING SOME BLOOD IN THE URINE POST CATHETERIZATION. REPORTS HX OF UTI
        FOR WHICH HE HAD STANDING RX OF CIPRO.
      **Pain Location:**
      **Pain Scale:**
      **Pain Qualities:**
      **History of Trauma:**   No
      **Onset:**
      **Duration:**
      **Exacerbating Factors:**
      **Relieving Factors:**
      **Comments:**

**OBJECTIVE:**

**Pulse:**

| Date | Time | | Rate Per Minute | Location | Rhythm | Provider |
|------|------|---|-----------------|----------|--------|----------|
| 10/21/2008 | 10:09 | BRO | 72 | Via Machine | | Beaudouin, Robert MD |

**Respirations:**

| Date | Time | | Rate Per Minute | Provider |
|------|------|---|-----------------|----------|
| 10/21/2008 | 10:09 | BRO | 12 | Beaudouin, Robert MD |

**Blood Pressure:**

| Date | Time | | Value | Location | Position | Cuff Size | Provider |
|------|------|---|-------|----------|----------|-----------|----------|
| 10/21/2008 | 10:09 | BRO | 140/85 | Left Arm | Sitting | Adult-regular | Beaudouin, Robert MD |

**SaO2:**

| Date | Time | | Value(%) | Air | Provider |
|------|------|---|----------|-----|----------|
| 10/21/2008 | 10:09 | BRO | 100 | | Beaudouin, Robert MD |

**Exam:**

**Bureau of Prisons**
**Health Services**
**Health Problems**

| Reg #: 76830-053 | Inmate Name: WEINGARTEN, ISRAEL |
|---|---|

| Description | Type | ICD | Diag. Date | Status | Status Date | Comments |
|---|---|---|---|---|---|---|
| Retention of urine, unspecified | | 788.20 | 2007 | Current | 10/07/2008 | |
|   10/07/2008 13:50 EST  Brooks, Chauna PA-C | Chronic | | | | | |
| Elevated prostate specific antigen [PSA] | | 790.93 | 05/26/2011 | Current | 05/26/2011 | |
|   05/26/2011 09:10 EST  Newland, R. MD/CC | Chronic | | | | | |
| Benign localized hyperplasia of prostate w/obstruc | | 600.21 | 04/09/2009 | Current | 04/09/2009 | RULE OUT |
|   04/09/2009 10:43 EST  Goldstein, Peter MD | Chronic | | | | | |
| Dermatophytosis of nail (Tinea unguium) | | 110.1 | 12/22/2008 | Current | 12/22/2008 | |
|   12/22/2008 13:37 EST  Beaudouin, Robert MD | Chronic | | | | | |
| Benign localized hyperplasia of prostate w/obstruc | | 600.21 | 10/07/2008 | Current | 10/07/2008 | |
|   10/07/2008 13:50 EST  Brooks, Chauna PA-C | Chronic | | | | | |
| Hyperkeratosis | | 102.3 | 03/18/2011 | Current | 03/18/2011 | |
|   03/18/2011 14:41 EST  Newland, R. NER R-MD | Temporary/Acute | | | | | |
| History of urinary (tract) infection | | V13.02 | 10/21/2008 | Current | 10/21/2008 | |
|   10/21/2008 10:19 EST  Beaudouin, Robert MD | Temporary/Acute | | | | | |
| Dermatophytosis of the body (Tinea imbricata) | | 110.5 | 10/21/2008 | Current | 10/21/2008 | |
|   10/21/2008 10:35 EST  Beaudouin, Robert MD | Temporary/Acute | | | | | |
| Coronary atheroscler of unsp type of bypass graft | | 414.05 | 1994 | Resolved | 07/09/2009 | |
|   07/22/2009 17:58 EST  Yirga, Andarge D. MLP | History/Resolved | | | | | |
|   07/09/2009 14:51 EST  Bernhard, Karl MD | Chronic | 414.05 | 1994 | Remission | 07/09/2009 | |
| Hyperplasia of prostate, unspec, w/o urinary obstr | | 600.90 | 2009 | Resolved | 07/09/2009 | PSA in Brooklyn inApril was 6.3 |
|   03/17/2011 11:44 EST  Newland, R. NER R-MD | History/Resolved | | | | | |
|   07/09/2009 16:59 EST  Bernhard, Karl MD | Chronic | 600.90 | 2009 | Current | 07/09/2009 | PSA in Brooklyn inApril was 6.3 |

Reg #: 76830-053

Inmate Name: WEINGARTEN, ISRAEL

| Description | Type | ICD | Diag. Date | Status | Status Date | Comments |
|---|---|---|---|---|---|---|
| Urinary tract infection, site not specified | | | | | | |
| 08/13/2010 14:28 EST Hillstework, Platin MLP | History/Resolved | 599.0 | 08/13/2010 | Resolved | 08/13/2010 | |
| **Edema** | | | | | | |
| 03/17/2011 11:44 EST Newland, R. NER R- MD | History/Resolved | 782.3 | 08/10/2009 | Resolved | 08/10/2009 | Pitting edemas |
| 08/10/2009 12:18 EST Yirga, Andarge D. MLP | Temporary/Acute | 782.3 | 08/10/2009 | Current | 08/10/2009 | Pitting edemas |
| **Edema** | | | | | | |
| 03/17/2011 11:44 EST Newland, R. NER R- MD | History/Resolved | 782.3 | 04/09/2009 | Resolved | 04/09/2009 | |
| 04/09/2009 10:43 EST Goldstein, Peter MD | Chronic | 782.3 | 04/09/2009 | Current | 04/09/2009 | |
| Planter wart | | | | | | |
| 03/17/2011 11:44 EST Newland, R. NER R- MD | History/Resolved | 078.12 | 12/22/2008 | Resolved | 12/22/2008 | |
| 12/22/2008 13:45 EST Beaudouin, Robert MD | Temporary/Acute | 078.12 | 12/22/2008 | Current | 12/22/2008 | |

Total: 14

## Bureau of Prisons
## Health Services
## Clinical Encounter - Administrative Note

| Inmate Name: | WEINGARTEN, ISRAEL | | | Reg #: | 76830-053 |
|---|---|---|---|---|---|
| Date of Birth: | | Sex: M   Race: WHITE | | Facility: | BRO |
| Note Date: | 05/26/2011 09:03 | Provider: Newland, R. MD/CC | | Unit: | E08 |

Admin Note encounter performed at Health Services.
**Administrative Notes:**

**ADMINISTRATIVE NOTE  1**        **Provider:** Newland, R. MD/CC
Labs done 04/21/2011 PSA 9.650  he self cath and is known for Hx. Stricture and Benign Prostate Hypertrophy.

**ASSESSMENTS:**

| Description | ICD9 | Status | Status Date | Progress | Type |
|---|---|---|---|---|---|
| Elevated prostate specific antigen [PSA] | 790.93 | Current | 05/26/2011 | Not Assessed | Chronic |

Copay Required: No                Cosign Required:  No
Telephone/Verbal Order:   No

Completed by Newland, R. MD/CC on 05/26/2011 09:10

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | | | |
|---|---|---|---|---|
| Inmate Name: | WEINGARTEN, ISRAEL | | | Reg #: 76830-053 |
| Date of Birth: | ███████ | Sex: M Race: WHITE | | Facility: BRO |
| Encounter Date: 03/17/2011 17:38 | | Provider: Newland, R. NER R-MD | | Unit: J03 |

Chronic Care encounter performed at Health Services.

**SUBJECTIVE:**

**COMPLAINT  1**          Provider: Newland, R. NER R-MD

Chief Complaint: ENDO/LIPID

Subjective: 61 years old White male with Hx. S/P MI 1994, Hx. Hyperlipidemia, Hx. Urine retention that requires self cath. Hx. Sensorineural earing loss bilateral. Patient stated that he is a Federal Writ. He stated that self cath 8 times a day. He denies having any chest pain, no shortness of breath. He denies having any other medical issues except for a lesion on his left upper back that may be a cancer lesion did not noticed it until recently.

Pain Location:

Pain Scale:  0

Pain Qualities:

History of Trauma:

Onset:

Duration:

Exacerbating Factors:

Relieving Factors:

Comments:

**Seen for clinic(s): Endocrine/Lipid, General**

**Added to clinic(s): Endocrine/Lipid, General**

**OBJECTIVE:**

**Temperature:**

| Date | Time | | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|---|
| 03/17/2011 | 17:39 BRO | | 98.1 | 36.7 | Oral | Newland, R. NER R-MD |

**Pulse:**

| Date | Time | | Rate Per Minute | Location | | Rhythm | Provider |
|---|---|---|---|---|---|---|---|
| 03/17/2011 | 17:39 BRO | | 73 | Via Machine | | Regular | Newland, R. NER R-MD |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 03/17/2011 | 17:39 BRO | 18 | Newland, R. NER R-MD |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 03/17/2011 | 17:39 BRO | 138/88 | Left Arm | Sitting | Adult-large | Newland, R. NER R-MD |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 03/17/2011 | 17:39 BRO | 99 | Room Air | Newland, R. NER R-MD |

**Height:**

| Inmate Name: | WEINGARTEN, ISRAEL | | | | | Reg #: | 76830-053 |
|---|---|---|---|---|---|---|---|
| Date of Birth: | | | Sex: | M   Race: WHITE | | Facility: | BRO |
| Encounter Date: 03/17/2011 17:38 | | | Provider: | Newland, R. NER R-MD | | Unit: | J03 |

| Date | Time | Inches | Cm | Provider |
|---|---|---|---|---|
| 03/17/2011 | 17:39 BRO. | 67.0 | 170.2 | Newland, R. NER R-MD |

**Weight:**

| Date | Time | Lbs | Kg | Waist Circum. | Provider |
|---|---|---|---|---|---|
| 03/17/2011 | 17:39 BRO | 130.0 | 59.0 | | Newland, R. NER R-MD |

**Exam:**
- **General**
  - **Appearance/Nutrition**
    - Yes: Appears Well, NAD, Alert and Oriented x 3
- **Skin**
  - Back right upper aspect there is a hyperpigment lesion flat of 1.5 cm with irregular border.
- **Head**
  - **General**
    - Yes: Symmetry of Motor Function, Atraumatic/Normocephalic
- **Eyes**
  - **General**
    - Yes: PERRLA, Extraocular Movements Intact
- **Neck**
  - **General**
    - Yes: Supple, Symmetric, Trachea Midline
- **Pulmonary**
  - **Auscultation**
    - Yes: Clear to Auscultation Bilaterally, Vesicular Breath Sounds Bilaterally, Bronchial Breath Sounds
- **Cardiovascular**
  - **Auscultation**
    - Yes: Regular Rate and Rhythm (RRR), Normal S1 and S2
- **Abdomen**
  - **Palpation**
    - Yes: Soft, Non-tender on Palpation
- **Gastrointestinal**
  - **Anus-Perianal**
    - No: Lump(s)
  - **Anus and Rectum**
    - Yes: Brown Stool on Glove, Stool in Vault, Normal Tone
- **Genitourinary**
  - **Prostate**
    - Yes: Normal Size
- **Musculoskeletal**
  - **Ankle/Foot/Toes**
    - Yes: Normal Exam, Full Range of Motion, Non-tender on Palpation
- **Neurologic**
  - **Cranial Nerves (CN)**
    - Yes: CN 2-12 Intact Grossly

**ASSESSMENT:**

| Description | ICD9 | Status | Status Date | Progress | Type |
|---|---|---|---|---|---|

# Bureau of Prisons
## Health Services
## Clinical Encounter

Inmate Name: WEINGARTEN, ISRAEL
Date of Birth:
Encounter Date: 05/28/2010 12:33

Sex: M
Provider: Hall, Ignatius PA-C

Reg #: 76830-053
Race: WHITE
Facility: PEM

Evaluation encounter performed at Health Services.

**SUBJECTIVE:**

    **COMPLAINT 1**    **Provider:** Hall, Ignatius PA-C

        **Chief Complaint:**  Urinary Problem
        **Subjective:**  60 y/o male c/o burning urination.  Uses catheter daily.
        **Pain Location:**
        **Pain Scale:**
        **Pain Qualities:**
        **History of Trauma:**
        **Onset:**
        **Duration:**
        **Exacerbating Factors:**
        **Relieving Factors:**
        **Comments:**

**ROS:**

  GU
      **General**
         Dysuria (yes), Hematuria (yes)
         Uses catheter

**OBJECTIVE:**

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|------|------|-----------|---------|----------|----------|
| 05/28/2010 | 12:33 PEX | 98.4 | 36.9 | Oral | Hall, Ignatius PA-C |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|------|------|----------------|----------|--------|----------|
| 05/28/2010 | 12:33 PEX | 79 | Via Machine | | Hall, Ignatius PA-C |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|------|------|-------|----------|----------|-----------|----------|
| 05/28/2010 | 12:33 PEX | 117/78 | Left Arm | Sitting | Adult-regular | Hall, Ignatius PA-C |

**Exam:**

  **Diagnostics**
    **Laboratory**
      **Results (yes)**
        UA - GLU: NEG; BIL: NEG; KET: NEG; SG: 1.015; BLD: TR; PH: 6.5; PRO: NEG; URO:0.2; NIT: POS;
        LEU: SM
  **General**
    **Appearance/Nutrition**
      NAD (yes), WD/WN (yes), Alert and Oriented x 3 (yes)

**ASSESSMENT:**

| Inmate Name: WEINGARTEN ISRAEL | | | | Reg #: 76830-053 | |
|---|---|---|---|---|---|
| Date of Birth: | | Sex: M | | Race: WHITE | |
| Encounter Date: 05/28/2010 12:33 | | Provider: Hall, Ignatius PA-C | | Facility: PEM | |

| Description | ICD9 | Status | Status Date | Progress | Type |
|---|---|---|---|---|---|
| History of urinary (tract) infection | V13.02 | Current | 10/21/2008 | Recurrence | Temporary/Acute |

**PLAN:**

**Renew Medication Orders:**

| Rx# | Medication | Order Date | Prescriber Order |
|---|---|---|---|
| 44225-PEX | Sulfamethoxazole/Trimeth 800mg /160mg tab | 05/28/2010 12:33 | Take one tablet by mouth twice daily for 14 days x 14 day(s) |
| | Indication: History of urinary (tract) infection | | |

**Disposition:**

Follow-up at Sick Call as Needed

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 05/28/2010 | Counseling | Plan of Care | Hall, Ignatius | Verbalizes Understanding |

**Copay Required:** No          **Cosign Required:** No

**Telephone/Verbal Order:** No

Completed by Hall, Ignatius PA-C on 05/28/2010 12:45

## Bureau of Prisons
## Health Services
## Clinical Encounter - Administrative Note

| | | | |
|---|---|---|---|
| Inmate Name: | WEINGARTEN, ISRAEL | Reg #: | 76830-053 |
| Date of Birth: | | Sex: M | Race: WHITE |
| Note Date: | 03/02/2010 15:24 | Provider: Hilletework, Platin MLP | Facility: PEM |

Admin Note encounter performed at Health Services.

**Administrative Notes:**

**ADMINISTRATIVE NOTE   1**        **Provider:** Hilletework, Platin MLP

SEEN BY UROLOGIST. RECOMMENDED SELF CAT. 8X/DAY WITH STERILE CATHETER.
ALSO RECOMMENDED TO GET PT. RECORD FROM HIS UROLOGIST IN NY.

**Copay Required:** No                     **Cosign Required:** Yes
**Telephone/Verbal Order:** No

Completed by Hilletework, Platin MLP on 03/02/2010 16:04
Requested to be cosigned by Shah, Suhasini N. MD.
Cosign documentation will be displayed on the following page.

# Bureau of Prisons
# Health Services
## Clinical Encounter - Administrative Note

| | | | |
|---|---|---|---|
| Inmate Name: | WEINGARTEN, ISRAEL | Reg #: | 76830-053 |
| Date of Birth: | | Race: | WHITE |
| Note Date: | 08/31/2009 14:17 | Sex: M Provider: Yirga, Andarge D. MLP | Facility: PEM |

Admin Note encounter performed at Health Services.
**Administrative Notes:**

**ADMINISTRATIVE NOTE   1**          **Provider:** Yirga, Andarge D. MLP
Inmate supplies not available at this time.


**ASSESSMENTS:**

**Cosign Required:**   Yes
**Telephone/Verbal Order:**   No


Administrative Note completed on WEINGARTEN, ISRAEL by Yirga, Andarge D. MLP on 08/31/2009 14:17
Requested to be cosigned by  Ong, Edgardo MLP, HSA.
Cosigned by Ong, Edgardo MLP, HSA on 09/01/2009 07:17.
**Cosigner Comments:**
Not until the shipment is received.  This inmate uses 8F (Pediatric) size which is not available from any other institution.  A non government vendor is being solicited.  I have advised this inmate of the process and the progress of his order during the mainline, Monday, August 31, 2009.

# Bureau of Prisons
## Health Services
## Clinical Encounter - Administrative Note

| | | |
|---|---|---|
| Inmate Name: WEINGARTEN, ISRAEL | | Reg #: 76830-053 |
| Date of Birth: | Sex: M | Race: WHITE |
| Note Date: 07/24/2009 08:13 | Provider: Yirga, Andarge D. MLP | Facility: PEM |

Admin Note encounter performed at Health Services.

**Administrative Notes:**

**ADMINISTRATIVE NOTE 1**        **Provider:** Yirga, Andarge D. MLP

Inmate arrived from other institution and claims,"needs catheterize him self x 8 daily with pediatric catheters.
But according to MD in Davens needs to use cath. "once daily".(see BEMR)
Referred him to see Urology clinic next visit here in Petersburg.

**ASSESSMENTS:**

**New Consultation Requests:**

| Consultation/Procedure | Due Date | Priority | Translator | Language |
|---|---|---|---|---|
| Urology | 08/20/2009 | Routine | No | |

**Reason for Request:**

59 y/o male with self catheterization x 8 daily for possible urinary retention. Evaluate

**Provisional Diagnosis:**

R/O Stricture v. BPH

**Current Medications:**

Aspirin 81 MG EC Tab  Exp: 08/22/2009  SIG: Take one tablet by mouth each day

**Cosign Required:**   Yes
**Telephone/Verbal Order:**   No

Administrative Note completed on WEINGARTEN, ISRAEL by Yirga, Andarge D. MLP on 07/24/2009 08:13
Requested to be cosigned by  Rice, Benjamin MD.
Cosigned by Rice, Benjamin MD on 07/24/2009 12:27.

# Bureau of Prisons
## Health Services
## Clinical Encounter - Administrative Note

| | | | | |
|---|---|---|---|---|
| Inmate Name: | WEINGARTEN, ISRAEL MOSES | | Reg #: | 76830-053 |
| Date of Birth: | | Sex: M | Race: | WHITE |
| Note Date: | 07/16/2009 15:48 | Provider: Beam, Herbert MD | Facility: | DEV |

Admin Note encounter performed at Health Services.

**Administrative Notes:**

**ADMINISTRATIVE NOTE 1**        **Provider:** Beam, Herbert MD

addendum to chronic care note:

there is no medical reason for the inmate to be housed at Devens

there is no medical reason for diet modification of what is being presently provided

the inmate will catheterize on his present schedule and will receive one catheter per day consistent with community standards

the PSA of 6.3 is caused by the 8 times per day instrumentation, nevertheless the PSA will be continued to be monitored

**ASSESSMENTS:**

Cosign Required:    No
Telephone/Verbal Order:   No

Administrative Note completed on WEINGARTEN, ISRAEL MOSES by Beam, Herbert MD on 07/16/2009 15:48

**THE LAW OFFICES OF**
**DONNA R. NEWMAN, PA**

MEMBER:
NY BAR
NJ BAR

111 BROADWAY, SUITE 1805
NEW YORK, NY 10006
TEL: 212.229.1516
FAX: 212.676.7497
DONNANEWMANLAW@AOL.COM
WWW.NEWMANSLAW.NET

445 EAST BROAD STREET
WESTFIELD, NJ 07090
T. 908-232-0293
F. 908-232-3277

REPLY TO NY

August 29, 2011

<u>Via facsimile to 347-534-3705 and</u>
<u>first class mail</u>
Ms. Patricia A. Sullivan
Senior U.S. Probation Officer
United States District Court
for the Eastern District of New York
147 Pierrepont Street
Brooklyn, NY 11201

Re:   **United States v. Israel Weingarten**
      **Docket No. 08-CR-571-01(JG)**

Dear Ms Sullivan:

Please allow this letter to supplement defense's objection letter dated August 25, 2011. Proper application of Guideline 3D1.2 results in an Adjusted Sentencing Guidelines Level of 35 not Level 37 as found by Probation. *See,* Second Addendum PSR at ¶ 89. The proper calculation counts as one unit Counts One and Four and Counts Two and Five as another unit.

While Counts One and Four are separate instances of fear and risk of harm from Counts Two and Five, it can not be said that Count One presents a separate instance of harm or risk of harm than Count Four. The same must be said about Counts Two and Five. Counts One and Four concern the same trip to Brooklyn from Israel and Counts Two and Five concern the same trip from Brooklyn back to Belguim. The charge here is not specific instances of e.g. rape but rather Ms. Weingarten's travel and Mr. Weingarten's travel at the

1

DONNA R. NEWMAN
ATTORNEY AT LAW

MEMBER
NY AND NJ BAR

same time for the identical conduct. In other words, Ms. Weingarten was not put in any separate harm or risk of harm by Mr. Weingarten's travel.

Subsection (a) requires grouping "when counts involve the same victim and the same act or transaction." U.S.S.G. § 3D1.2(a). The Commission explains that under subsection (a), "counts are to be grouped together when they represent essentially single injury or *are part of single criminal episode or transaction involving the same victim."Id.*, comment. (n.3)(emphasis added). The examples indicate that under this subsection grouping is warranted where "[t]he defendant is convicted of three counts of unlawfully bringing aliens into the United States, all counts arising out of a single incident." *Id.* In this case, Mr. Weingarten's transportation of his daughter from Israel to Brooklyn and his simultaneous travel from Israel to Brooklyn both with the intent to engage her in sexual activity does not present any additional or different harm or risk to the victim. Both charges stem from the same episode (travel from Israel to Brooklyn) and of course the same victim. The same analysis applies to Counts Two and Five.  Grouping of Counts One and Four and the grouping of Counts Two and Five is required by application of subsection (a) of § 3D1.2.

Subsection (b) provides that counts involve substantially the same harm "when counts involve the same victim and two or more acts or transactions connected by a common criminal objective or constituting part of a common scheme or plan." U.S.S.G. § 3D1.2(b). The Commission instructs that " counts that are part of a single course of conduct with a single criminal objective and represent essentially one composite harm to the same victim are to be grouped together, even if they constitute legally distinct offenses occurring at different times .*Id*, commentary (n. 4). This Guideline does not apply where the defendant

2

DONNA R. NEWMAN
ATTORNEY AT LAW

MEMBER
NY AND NJ BAR

is for example *convicted* of two counts of rape for raping the same person on different days.

*Id*, commentary (n. 4). (Emphasis added).  Mr. Weingarten was not *convicted* of rape, he

was not convicted of sexual abuse for specific acts on specific dates. Rather, he  was

convicted of transporting his daughter and simultaneously traveling to the same place for

a specific period  for a single criminal objective-sexual abuse.  Therefore, application of

subsection (b) results in the grouping of Counts One and Four and the grouping of Counts

Two and Five.

Mr. Weingarten's Guideline sentencing range based on a total adjusted offense level

of 35 and a criminal history category of I is 168 to 210 months.

Very truly yours,

Donna R Newman /al

Donna R. Newman
DRN/ad
cc:    AUSA Rachel Nash-via email
        Jill Shellow, Esq.-via email
        Israel Weingarten-via 1st class mail

3