# EXHIBIT "B"

**TO BE SUPPLIED**