# EXHIBIT "D"

KRAUSZ ALEXANDER
████████████████
████ ANTWE███N
BELGIUM
T██ ███████████████

Antwerp july13-'11

## To whome it may concern,

My name is Alexander Krausz, I was born
at the end of WWII. After the war, my
family wandered in different countries and
we finaly settled in Belgium, in 1965,
I married my wife, from N.Y and we
are living here ever since. My late father
owned a textile factory and my siblings
and I worked in the business together.
Today I'm retired. I have eight children,
all married, four of them live here, two in
London, one in Manchester and one in N.Y
When Mr. ISRAEL WEINGARTEN moved here I
met him and offered my assistance (It's
the jewish way of life to give a helping hand)
since he was new here, I helped him with
his apartment, and to take care of his
official papers I got to know him quite well
and I recognised his amazing qualities,
he was very clever and very knoledgeable
in very many things e.g. bussines issues
medicine, and so on, he gave advice for
a lot of people and helped them out.



I had a son who didn't do so well in school, and I asked mr Weingarten if he would be able to teach him privately and he agreed. I was pleasantly surprised from the way he taught, I saw that he was very good with children, then other parents heard about him and wanted him to teach their kids as well, at the end a few of us decided not to let all his talents and qualities go to waste and we started a private school, the results were amazing, unbelievable! He ran this school for a good few years, the boys both loved and respected him very much. they succeeded in their studies, but not only that, he brought out the best in each and every child, I remember that he didn't want to accept too many children because he wouldn't be able to handle them properly. All his students today, are exceptional people, well manered, nice and have a good name in their community. I have to add that he took his time with his affairs but at the end of the day it was worth it. As the school developed, naturally there was a lot to do we didn't have a secretary so I spent a lot of time with him. I spent many evenings at his house, especially before the summer, because we organised a summer camp for our school to Switzerland, and I want to tell you that it was beautiful!

I would write a book of all my wonderful memories, the love the kids showed him and in the same time the respect they felt, it was amazing he had such a special connection with them. I want to point out that not all the parents could afford to pay for the camp, and some of us thought that maybe they shouldn't come but mr. weingarten absolutely didn't agree, he felt very strongly that each child should enjoy a vacation and he personnaly arranged for wel to do good hearted people to donate, and in the end everyone came. I want to add that while we were talking in his house arranging all the different things for the school, the phone rang regularly and people also came to his door asking for advice, or help and I couldn't help marveling at his endless patients, for I knew that of course he didn't take money from them for his time, he listened so patiently and tried to offer assistance as best as he could.

All his students, even now keep in contact the keep phoning me asking, what the situation is and what could be done.

so, I will end my letter, I hope you understand my close relationship with mr weingarten and that I know him really well

Thank you very much

sincerly

**Mark Mayer Beller, MSE SDA**

~~1 — Horton Drive~~

**Monsey, NY 10952**

Telephone: ~~(845) 558-0065 / email: mbeller123@yahoo.com~~

The Honorable John Gleeson                                     July 10, 2011
United States District Court
225 Cadman Plaza East
Brooklyn, NY 11201

Re: Israel Weingarten

Your Honor:

I am writing this letter on behalf of Rabbi Israel Weingarten.  I have known Rabbi Weingarten for about five years prior to his unfortunate arrest.  We have spoken on both a professional and personal level and on occasion I have been invited to his home. While I do not know much of his past, prior to his immigrating to the United States, I say with certainty, that Rabbi Weingarten is a God fearing individual with impeccable character. I believe that one cannot properly fulfill his religious communal and interpersonal obligations without the above mentioned character traits.

Rabbi Weingarten's entire manner is one of conscientiousness, kindness and caring.  His utmost sensitivity to his religion as well as his relationships to others was most inspiring to me. I have never heard him utter a negative word nor have I ever heard him raise his voice in anger.  Au contraire, we have often spoken of ways in which to help others in their time of need.  I have seen how he relates to his children and they to him with love and respect.

It is now his time of need!  You honor, Rabbi Weingarten is a good man suffering immensely in his current prison situation.  As his appeal comes before you, I entreat you to look upon him favorably and expedite his release from prison.

May God bless you, May God bless Rabbi Weingarten, and may God bless the Unites States of America.

Respectfully,

Mark Mayer Beller, MSE SDA



To Whom It May Concern:—

My name is A. Shulem Englander born ▬▬▬
lived in Belgium since 1956 was proprietor of
ENGLANDER DIAMONDS B.V.B.A. in Antwerp, Belgium; a very
reputable diamond dealer from 1969-2002. In 2006, I
moved to England (my elderly in-laws) needed our help
there.

I have known Israel for the past 26 years. The first opportunity
was when we went on holiday together in Switzerland. I was highly
impressed of his personality, fine family & children. We spent
lengthy conversation on our long walks when I enjoyed the
rare qualities of this Gentleman. Then after being anxious;
to establish for a long while a college for higher
Talmudical studies I decided that Israel would
perfectly suit the position of leading this. This college
caught on right away & flourished — 13 year olds upwards
starting with 8 boys. Shortly after we had 40 students
from 1987-1996 in the small religious community of Antwerp.
Due to high demand we even had to decline applications
for the new term.

We were extremely satisfied since as well as his
deep lectures he was literally as a father to each
individual boy and cared for every student in every
respect (This can be confirmed by over 100 of his students
over the 8 years.) I personally had 5 sons learning
under his supervision. I can clearly state that after
six months under his education their behaviour &
manners were positively transformed. Antwerp knew that
these model students were an example of Weingarten—
College. Mr. Kraus & Myself being in the committee
spent countless hours at meetings with Israel
when each individual student was discussed

2

to achieve the utmost benefit.

Additionally was the annual Swiss Camp which was his own new idea to give the children vacation. He worked endlessly on this project, overtime from the hiring of buses to every minute detail for the success of the camp. Joined also by his family there he took part in every programme. This was in a remote district and he travelled to shop for the food & all the necessities.

One of the countless examples of his character was when the boy, (M.S.), very misbehaved, applied. He was unbearable in his former school. We the board of the college refused by all means to accept this boy so as not to badly influence the other boys. But Israel did all he could do in his means, he couldn't watch him getting lost — he will transform him he said, and we reluctantly accepted him. Shortly after this boy was "new-born". Today he has a wonderful family & children.

He also attained a name when many people from all walks of life came for his wise advice and broad ideas and help. He always gladly gave his precious time for others however time consuming. He would never say he was "busy" when it was to help others.

When my own son unfortunately developed Leukaemia in 1999, Israel spent about 2 weeks morning to night helping me as a loyal friend, advising as if it would have been his own child) being acquainted in the medical field He had brilliant ideas to the Doctors admiration. Whatever he did for others he did selflessly even without personal benefit.

I must honestly say that after spending so much time with Israel, I thoroughly got to know him

3

I can really say it is rare to find such a fine, good hearted person whos generosity and honesty is one of a kind.

I have much admiration of Israel as a most pious Jew whos religion always comes first!

On my word of honour all I have written is true & correct and all the countless people & students who benefitted so much from his dedicated guidence could all confirm the same.

I could go on and on and on but I don't want to take the Honorable Judge's precious time.

It is only a great shame that the Honorable Judge did not know him before his arrest.

Signed
With humility,
Yours sincerely,

P.S. I was devastated to hear the news that Israel being such a clever person could chose such a stupidity as to defend himself on his own without a lawyer. Possibly his circumstances of his hardships caused this act. Nevertheless I would like to ask the Honorable Judge consideration since he was always so pitiful to others, I beg you to have pity on him.



**From:**
**To:**
**Sent:** Monday, July 18, 2011 12:17 PM
**Subject:** characterletter israelweingarten

To Whom It May Concern:

As a close student of Israel Weingarten, I Chaim Friedman, felt responsible to write a letter on his behalf.

I have studied in his school as a young boy and I can attest that every one of us boys felt his constant concern and thoughtfulness. Each student was treated by Israel like a father to a son. I had a chance to get to know him well as a respectful and honest person.

Off hand, I recall one of Israel's many acts of kindness I have observed during the time I was in school. A new student arrived from a divorced home, completely broken in spirit. Israel immediately noticed and made sure to privately speak to some of the most popular boys and asked them to please befriend the poor boy in order to ensure that this boy  reach his utmost potential, which he did!

Knowing Israel for nearly fifteen years, I can confidently declare Israel as an extremely upright and righteous individual that was definitely an important asset to our society.

Chaim Friedman

Monsey, N.Y. 10952







*MOSES AND VIVIENNE STERN*

**The Committee for the Preservation of Jewish Cemeteries in Europe**

███████ London N16 5HW • ████████

**RABBINICAL BOARD**
Rabbi E Schlesinger
Rabbi J H Dunner
Rabbi C M Wosner
Rabbi F Shechter
Dayan A D Dunner
Rabbi Z Feldman
Rabbi U Z Blum
Rabbi H Gluck

**PATRON**
B S F Freshwater

**COMMITTEE**
M Hershaft
M B Krausz
Y Schleider
J Shik
Rabbi A Pinter
M E Stern
S Grosz
S B E Berger
M Y Lebrecht
D Frand
J Lobenstein MBE
L Davis
D Herzka
S B Stern

**EXECUTIVE DIRECTOR**
A C Ginsberg

**TREASURER**
A Goldman

**SECRETARY**
Y Mamourstein

**NW LONDON**
31 Princes Park Ave.
London NW11 0JR
Tel 020 8455 9461
Fax 020 8458 3192

**MANCHESTER**
13 Broom Lane
Salford M7 4BQ
Tel 0161 792 3939
Fax 0161 792 0804

**GATESHEAD**
8 Cambridge Ter.
Gateshead NE8 1RP
Tel/Fax 0191 477 1317

**BELGIUM**
Belgielei 126
Antwerpen 2018
Tel +323 231 3699
Fax +323 231 3698

**SWITZERLAND**
Weststrasse 49
Zurich 8036
Tel +411 462 9037/8
Fax ████████

7th August 2011

The Honorable  Judge John Gleeson
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Honorable Judge Gleeson,

In name of The Committee for the Preservation of Jewish Cemeteries in Europe, I write to you with regard to the upcoming sentencing of Rabbi Israel Weingarten.

Our organisation was founded 18 years ago, with the task of maintaining, protecting and preserving the many thousands of Jewish Cemeteries and the mass graves all over Europe, which are in danger of destruction. During these years, we have saved tens of thousands of graves all over Europe, and we have established excellent relations and co-operation with Governments, local authorities all over Europe, including active cooperation with the European parliament and the USA State Department.  Our organisation is a charity organisation and all members are volunteers.  We are based in London, but we also have affiliated offices in Belgium, Switzerland, Poland, and New York.

We are very grateful to *Rabbi Israel Weingarten*, formerly from Antwerp, who was very active in helping founding our Committee, and whist being one of our founder members and leading activists in the early days of the establishment of our Committee and office in London, he also served for several years as a leading volunteer researcher, often travelling to many places in Europe to visit the cemeteries under threat, reporting back to us, and helping us in the campaign to preserve them. He was also actively involved in the research and identification of the many mass graves all over Europe in order to mark them and maintain them according to Jewish Law and Tradition

During those years, Rabbi Weingarten served as a role model to the other members in his conviction, devout commitment and selfless devotion to CPJCE until he moved from Belgium, and for this we remain eternally indebted with gratitude and appreciation for all the wonderful work he has done for the CPJCE.

I therefore appeal to you in name of the Rabbinical Board to take into serious consideration his conviction, devotion and long standing service for the Jewish Community, which he carried out with pride and dignity and grant him the proper leniency and mercy he rightfully deserves.

Signed on behalf of the Committee and the Rabbinical Board

Rabbi Abraham Ginsberg

Executive Director



**From:**
**To:**
**Sent:** Monday, July 11, 2011 10:04 AM
**Subject:** <no subject>

I Abraham Haut of 76 Linthorpe road, have been in the property business for many years and also a senior principle the torah Chessed college.

For a number of years Rabbi Israel Weingarten has been known to me since I was a young boy, from the age of 15 and I can state very clearly and with full confidence that what I am and have achieved in life is being sent through god through Rabbi Weingarten as I was coming from a broken home and Rabbi Weingarten was my backbone in all aspects from finding me a foster home here in London in a suitable Talmudic college and give me financial support through my youth and since, have a very strong relationship in which I see him as a father figure and he has also given me a lot of advice and guidance.

By being positioned as a senior principle in the college earlier mentioned, in one shot I can say that I find rabbi Weingarten a very generous and attentive and a very important asset to the public as I know from many other occasions in which Rabbi Weingarten has helped and been instrumental in settling major problems which in my view there are only a few in the world by our orthodox community who has the combination being very clever sharp and understanding cure very difficult situations (family problems) and being  ambitious to help,

Therefore I humbly ask your honor that putting away Rabbi Weingarten for a long time will be a big lose and shame to the orthodox community in the world.

Yours dearly.

MR Abraham Haut.

7/12/2011

MAURICE HERSHAFT



LONDON N16 5GY
ENGLAND

19 July 2011

TO HONOURABLE JUDGE GLEESON

Re: Israel Weingarten

I have known Israel for over 25 years when he was living in Belgium, as I am Belgian born, and I spent a lot of time in Belgium.

I have known Israel to be a person who constantly helped others, with support, advice and counselling in all matters

One of the main positive qualities, how he succeeded in his counselling, was due to his endless patience and the time that he devoted endlessly to helping people with his counselling, giving up days and nights on end. . Also his success in his unique way of lectures in the yeshiva was mainly because he had endless patience to explain every point in great lengths. This brought that even the weakest students could understand and keep up with the lessons.

I myself had also discussed my personal problems with him. One instance was the education of my son, with Special Education Needs, and he helped me tremendously. Aside from this, we were involved together in the safeguarding and protection of the Jewish Cemeteries across Europe. Israel was one of the main activists in this project. I spent hours upon hours discussing all possible strategies, and together we achieved a lot.

Please, Honourable Judge, have mercy and sympathy to Israel and his family. We are all waiting for your kindness and humanity.

Yours,

Maurice Hershaft

19 July 2011

**To the Honourable Judge Gleeson**

I am writing to you regarding the upcoming sentence of Rabbi Israel Weingarten.

With these lines I would like to express my deep feelings to my principal Rabbi Israel Weingarten.

I was his student for a year and a half until his Yeshiva closed and they left Belgium. Rabbi Weingarten used to come to the Yeshiva every day – he was there a few hours and he also gave lectures each day.

I can say without doubt that he is an extremely good person and he always provided a listening ear to anyone with a problem. I personally spent many hours in discussion with him and he helped me solve many of my own problems. I also saw that many people were helped by him and that he went out of his way to assist in any way possible.

I plead by the Honourable Judge; he should have great mercy on my Rabbi and educator who has done so much for me.

His pupil who signs in great pain,

Phillippe Herzog

London N16 6AT
England

09/08/2011
Page 1 of 1

*Rabbi Yeshaya Holzer*

<span style="background:black">████████</span>
*Monsey NY*
*10952 USA*
<span style="background:black">████████</span>

## To the Honourable Judge Gleeson

I would be very thankful if the Honourable Judge would give me permission to present a bit of my personal knowledge, about my friend Israel Weingarten.

I came to know Israel about six years ago, for a specific reason. Israel heard that I am writing a book (I am the author of several books), to disprove the approach of a small fraction of Orthodox Jews of Monsey, London, and Israel, because of their hatred toward the Zionist State of Israel, they befriended Achmadinejad, the President of Iran.

Throughout the years that I enjoyed the friendship with Israel, I saw his refined personality shine out, and how his exemplary behaviour to others- something that was felt by all who knew him. This is also something that I heard from many of his esteemed students that marvelled at this. I always saw that he was ready and willing to help anyone in any way that he could; with his wise ideas, or physical assistance. Even more than he was concerned for himself, he was concerned for others, and above all this, how he was concerned for the community. (All of this I also saw firsthand the same special behaviour by his sons and daughters). I knew him as a person with the patience of a saint- I never saw him angry or nervous, even when I had heavy philosophical discussions, where I tried to disprove his views, he always answered with a low tone and pleasant manner.

I feel honoured that I have the privilege to know such a special person, and his exceptional children. I try to keep in contact and from time to time I write encouraging letters to Israel in his difficult situation in which he currently finds himself, and I wish and pray that in due time, I will further be able to enjoy our friendship in person, for the benefit of the public and the community and the country, whom Israel has brought out his loyalty for.

Yours sincerely,


Rabbi Yeshaya Holzer

① 4 July 11

Moshe Kraus
~~Broughton Rd~~
Salford M7
U.K.

To the honorable Judge Gleeson

I got to know Rabbi Yisrael Moshe
Weingarten in 1999 on his visit to Manchester.
Then he stayed at our home several times. I also
stayed at the weingartens when they were still living in
Israel (late 1999 or early 2000). I and my wife
stayed at their home in monsey in winter 2008.
Also we got very close and I had thousands of hours
of phone conversations with him. Throughout all
these years I was always very impressed by
his special way with people, his helpful and
understanding words of encouragement I witnessed
many times him giving to unfortunate & broken hearted
people, the special atmosphere in his home and the
way he would educate his children and students
seeking inspiration.

His kindness was especially apparent when on his
visits to manchester, which he made in order to ~~arrange~~
arrange things that he needed for his own family,
nevertheless, in actual fact he hardly left any
time for himself. In my house where he was
staying there was a continuous stream of people
seeking his advice and encouragement, staying
till the late hours of the night. He gave
his time for free without getting anything in return
and not having known most of these people
beforehand. He did this happily and graciously without
hesitation despite his own troubling situation.



Moshe Kraus
~~Salford~~ Salford M7 U.K.

② Seeing the special moral and spiritual atmosphere
surrounding him, and the positive impression made
on those who sought his advice, and seeing the way
he would educate his children and especially the
extraordinary happy and calm atmosphere I felt
whilst being at his house — I thought it would
be beneficial for my teenage daughter to spend
her summer holidays at the weingartens in the
summer of 2006 (She had become friendly with
his daughter writing letters). I was proven correct
as she came back home after the holidays really
inspired to higher moral and spiritual behaviour.
As time went on he became to us in our family
the role model to emulate. We would say to
each other concerning right or wrong — "what
would Yisruel Moshe say about that?"
    I conclusion he is a most kind and special
person who most definitely deserves to be
treated with kindness compassion and
leniency — a most fitting approach to someone
with the above mentioned compassionate
behaviour,

              Yours hopefully

To the Honorable John Gleeson

My name is Suri Kraus and I am 18 years old. I live in Manchester, England.

My father has known Rabbi Weingarten for a number of years and he stayed at our house a few times, when he came to England.

I began writing letters to his daughter Sheindel, and we became pen-pals.

In summer 2006 I travelled to America for the summer holidays, and I stayed with the Weingartens for two weeks.

During the two weeks that I stayed with the Weingartens, I spent approximately 7-8 hours a day in their home. At the weekend I was there all day. In all that time Rabbi Weingarten did not look at me once, and only spoke to me when necessary.

Having observed him those two weeks in his house and many times on his visits to our house in Manchester, I saw that Rabbi Weingarten is a quiet, gentle person. He speaks quietly and has a very pleasant way about him. He spends his day praying and learning torah, he would learn and spend time with his children with whom he is very close.

At his shabbos table there was the most beautiful atmosphere, He sang Shabbos songs with his children and gave them torah lessons, emphasizing good character traits. He brought a special calm to his home with much refinement of speech and manner that one does not often see. Throughout my entire stay I did not once hear him raise his voice or speak angrily.

Since he started visiting our house in 1999 his impression on us was such that he became to us

the symbol of what is right and holy to do.
When we would do something wrong we would
warn each other " what would Reb Yisruel Moshe
say?"
   I feel very lucky to know this family, Rabbi weingarten
and his children have been a real inspiration to me,
I am getting married soon and I hope to replicate
in my own home that special atmosphere that I
felt with them.
   With my impressions of to Rabbi weingarten, it seems to
me that the allegations against him are the extreme opposite
of everything else that I know of him.

        S. Kraus

              suri kraus

JULY 15, 11

TO WHOM IT MAY CONCERN:

MY NAME IS JACOB LEDERER LIVING ON 16 MAPLE TERRACE IN MONSEY N.Y., CURRENTLY I OWN A HEALTH FOOD STORE FOR THE PAST 17 YEARS. I HAVE BEEN A FRIEND OF ISRAEL FOR APPROX. 30 YEARS. OUR FRIENDSHIP BEGAN IN ISRAEL WHERE WE STUDIED TOGETHER IN RABBINICAL COLLAGE. WE SPENT MUCH TIME TOGETHER. AFTER JUST SPENDING JUST SOME TIME TOGETHER I REALIZED THAT ISRAEL IS BRILLIANT AND DISPLAYS AN UNUSUAL DEVOTED CHARACTER.

LATER EVEN AFTER I RETURNED TO U.S.A. AND ISRAEL REMAINED IN ISRAEL WE STILL KEPT CONTACT. LATER ISRAEL MOVED TO ANTWERP, BELGIUM AND ESTABLISHED A UNIQUE "YESHIVA" (SCHOOL FOR TALMUDICAL STUDIES). IN A SHORT PERIOD OF TIME THE "YESHIVA" WAS RECOGNIZED BY MANY LEADING RABBIS AND SCHOLARS. MAINLY THE YESHIVA WAS NOT JUST LIMITED TO HEBREW STUDIES, BUT EVEN MORE SO BY INSTILLING IN ITS STUDENTS PROPER ETHICS. MANY OF THESE STUDENTS MARRIED AND MOVED TO U.S.A. A NUMBER OF THEM I KNOW WELL AND THEY ARE A LIVING EXAMPLE OF ETHICS AND PROPER BAHAVIER. THIS THEY ALL LEARNED AND RECIEVED IN YESHIVA FROM THEIR TEACHER AND MENTOR RABBI ISRAEL WEINGARTEN.

LATER WHEN RABBI WEINGARTEN MOVED TO MONSEY U.S.A. WE MET FREQUENTLY AND I VISITID ISRAEL A NUMBER OF TIMES. TO ME PERSONALLY IT IS VERY AGONIZING JUST TO THINK OF WHAT ME DEAR FRIEND HAS BEEN GOING THROUGH THESE PAST YEARS.

ISRAEL IS A VERY DEVOTED AND HONEST PERSON. HIS CHILDREN WHERE UNDER WONDERFUL CARE WHEN HE WAS SEPERATED AND DIVORCED FROM HIS WIFE, I KNOW HIM AS A VERY GENEROUS PERSON, ALWAYS READY TO HELP OTHERS. HIS SENSETIVITY TO OTHER PERSONS FEELING IS OUTSTANDING. HE WOULD GO OUT OF HIS WAY TO HELP ANOTHER PERSON. I KNOW THAT HE ATTENDED VARIOUS SYNAGOUGES AND GAINED A WONDERFUL REPUTATION BY ALL. MANY MANY OF HIS NEW AND OLD FRIENDS PRAY AND HOPE FOR ISRAEL WELLBEEING. WE WISH TO SEE HIM BACK HOME A.S.A.P. HE IS AN ASSET TO OUR COMMUNITY.

SINCERELY

Jacob Ledern
JACOB LEDERER

Jerusalem
Israel
07/07/2011

To the Honourable Judge Gleeson,

I, the undersigned, Chaya Fuchs-Levinson, am extremely shocked that such a worthy, righteous man as Rabbi Yisroel Moshe Weingarten has been jailed for such an offense.

I became acquainted with Rabbi Weingarten as a teenager, when my father took me to Manchester, England, to save me from bad circles that I had fallen in with. At the time, I was in danger of losing my family and my whole way of life, but still refused to break up with my undesirable friends. The only person who was able to influence me at all was Rabbi Weingarten. I felt that he was the only one who truly understood me. He spoke with my father and myself for hours - all free of charge - until eventually, he convinced me to abandon the downward path I was on, and start life afresh. I really feel that he saved me, and thanks to him, I was able to go on to become a happy, successful adult.

Nor was I, by any means, the only one to benefit from his kindness and insight. The entire time - some three months - that I stayed in the same house as him in Manchester, I watched as he took precious hours from his usual schedule of praying and learning Torah, to counsel all the troubled people who sought him out. The way he managed to understand and help those suffering from a variety of psychological and lifestyle problems was just amazing.

I can state without reservation that Rabbi Weingarten is an inspiration and revered mentor to many. Please take this into account when you consider his case.

Yours sincerely,

C. Fuchs-Levinson

Chaya Fuchs-Levinson

# Rabbi Jacob Moskowitz

~~Parker Blvd~~

**Monsey NY 10952**

July 18, '11

To Whom It May Concern

I am a Rabbi in the Monsey community for many years and also run a food distribution to the poor, on a weekly basis to over 400 families. I have been doing it now for over 20 years.

I know Israel Weingarten for a long time. we have spent a lot of time together like weekends and holidays. He and his family have stayed by us numerous times.

I have gotten to know Israel and his family on a personal level. I asked for his advice and guidance many times and found him to be exceptionally clever and truthful. his generosity to others was always selfless. it is my personal opinion that he is a straight person without any nonsense. He stood strong on his believes,  believed in what he said and advised. his children admired and adored him for his warmth and courage. the children respected him with true respect.

I beseech that your honor would consider his kindness and value to the community.

Rabbi Jacob Moskowitz



*Rabbi E. Schlesinger*

**Dean**

**Yeshivoh Horomo
Talmudical College**



London N16 5BS

**TEL:**
**FAX:**

13 July 2011

Rt Honourable Judge John Gleeson

Dear your Honour

This is to give evidence about my honourable friend Rabbi Israel Winegarten whom I know for nearly thirty years. We worked together in many communal activities, religious and social, especially with regards to the Committee for the Preservation of Jewish Cemeteries in Europe where I am chairman and he used to be an active member.

I have learned to be impressed by his outstanding and honest personality, his sensitivity, and deep understanding and knowledge, as well as his G-d fearing personality and conduct. He led a Talmudical College in Antwerp and the education he imparted to his pupils was excellent and much appreciated. Even after he moved to the USA I was in regular contact with him. I admire his strength, peace of mind, and esteemed behaviour in times of crisis.

I hope and pray that he will be able to continue his devotion for charitable activities for the wider community and I will be able to enjoy his friendship and wisdom.

Yours sincerely

Rabbi E Schlesinger



DEAR GREATEST JUDGE

I would like in the following lines to express my deep emotions from the far, with the greatest respect and sorrow, in honor of me dear and beloved Rabbi Israel Weingarten.

I was born in Upstate, New York, where I was studying till I became 13 years old. My father searched for me a Talmudical College (Yeshiva), where I should be able to grow up a well educated person. As we have family members in Belgium, and there was the very famous Yeshiva over there under the leadership of Rabbi Weingarten, a close friend of my father, so he sent me to Antwerp. I was not so delighted with the idea of leaving my home town to a far country at such a young age, but my father assured me, that in such a Yeshiva I will feel just like at home. I would just like to point out a few things, regarding this Yeshiva.

First of all, Rabbi Weingarten chose a very nice place for the Yeshiva, in a quiet relaxing area. Ha always made sure, that the place is kept tidy and well managed. He chose an excellent staff of teachers who studied with us in the mornings and in the afternoons. After the meals, he made sure that we should go out for a walk on the fresh air. Except the Jewish studies, he used to teach us many scientific knowledge that could help us in our lifetime. His devotion to his students, were extraordinary remarkable. He could spend hours and hours, talking to a boy privately, to help him in his needs.

Every year in the summer holidays, he used to travel with the boys to Switzerland. The boys travelled there by themselves, without their parents, but without the slightest worry, because we were together with Rabbi Weingarten. Being together in Switzerland, his devotion to us was even much more, making sure that we feel ourselves at home. He used to take us out for nice walks, sports, and much more.

Those two years that I spent in his Yeshiva, stay remembered in my memory as one of my nicest periods in my lifetime, with a personal feeling that this is the place which helped me then in the present and in the future, and as result I received my present job as being myself a teacher for students, a job that already have for the past 14 years. And the same way that I enjoyed every minute, so it was by the other students, who just loved him and the Yeshiva, and they grew up to be special wonderful people.

We hope from the depths of our hearts, that our dear and beloved teacher and Rabbi, should be freed from jail, to the satisfaction of his children and pupils who admire him and are missing him so much. AS QUICKLY AS POSSIBLE

CHAIM JOSEPH
STAUBER

*MOSES AND VIVIENNE STERN*



*LONDON*
*N16 6ES*
*ENGLAND*

19 July 2011

<u>WITHOUT PREJUDICE</u>

To the Honourable Judge Gleeson

<u>We are writing to you regarding the upcoming sentence of: YISROEL MOSHE
WEINGARTEN</u>

We have known this gentleman closely for the last thirty years, when we both lived in Israel. Israel was my study partner in yeshiva. He is a person who is forever ready and available at all times to help give support, advice, and encouragement to others and numerous people have benefited from his guidance and help.

We have always known him to be an honest and upright person in all his ways. There was never any question of doubt on his morality. He is a man with a heart of gold, constantly devoted in helping elevate his students to be able to achieve their maximum, and at the same time being the master father to his family, never known to raise his voice. He is an exceptional person, rare to be found in these days of low morals.

Therefore, we beg you and beseech you, to have mercy on our good, longstanding friend, that he should not end his life in prison.

Yours sincerely,

MOSES AND VIVIENNE STERN

RABBI I. T. WEISS
CHIEF RABBI
OF JERUSALEM
[redacted]
[redacted] JERUSALEM, E. ISRAEL

יצחק טובי' ווייס
רב ואב"ד
לכל מקהלות האשכנזים
בעיה"ק ירושלם תובב"א

3rd July 2011

To whom it may concern!

I herewith wish to confirm that I know Rabbi Israel M. Weingarten since he lived in Antwerp, Belgium, where I was Rabbi of the orthodox Jewish community. Rabbi Weingarten was head of a Talmudical College and did exeptional good work without any problems.

In my eyes Rabbi Weingarten is a pure man with high religious standarts and high moral standarts. —

Thank you

Chief Rabbi of Jerusalem