UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

:

------------------X

UNITED STATES OF AMERICA

\- against -

ISRAEL WEINGARTEN

------------------X

SEP 20 2011

BROOKLYN OFFICE

CRIMINAL CASE
08-CR-571 (JG)

## NOTICE OF APPEAL

PLEASE TAKE NOTICE that **Israel Weingarten**, an inmate at MDC - BROOKLYN, defendant in the above captioned case, hereby appeal to the United States Court of Appeals for the Second Circuit, from the judgment of conviction and sentence in the United States District Court for the Eastern District of New York (**Honorable John Gleeson**, entered September 12, 2011).- - - -

[signature]
Israel Weingarten
Reg. No. 76830-053
MDC - BROOKLYN
P.O. Box 329002
Brooklyn, N.Y. 11232

Dated: September 20, 2011

[notary signature]
NAFTALI E. AUSCH
Notary Public, State of New York
No. 01AU4664790
Qualified in Kings County
Commission Expires May 31, 2014

9-20-11

TO  :  Rachel Nash, Esq. - Assitant U.S. Attorney,
                          Eastern District of New York

CC: Honorable John Gleeson
    File