# EXHIBIT E

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | | | |
|---|---|---|---|---|
| Inmate Name: WEINGARTEN, ISRAEL | | | | Reg #: 76830-053 |
| Date of Birth: 02/24/1950 | Sex: M | Race: WHITE | | Facility: FTD |
| Encounter Date: 02/27/2020 09:13 | Provider: Sood, Ravi MD | | | Unit: P01 |

Chronic Care - Chronic Care Clinic encounter performed at Health Services.

**SUBJECTIVE:**

**COMPLAINT 1**        **Provider:** Sood, Ravi MD

  **Chief Complaint:** Urinary Problem
  **Subjective:** The patient is 70 years old male. He presents to the chronic care clinic for routine follow up, and renewal of his medications.

  He states as follows

  He was incarcerated on 10/06/2008. He has been at FCI FTD since 11/24/2034. He anticipates his release in 08/2021.

  Medical issues

  History as of 14 day evaluation: he has chronic neurogenic bladder, intermittent urinary retention doing self urinary bladder catheterization 4 times/day, recurrent UTI, prostate enlargement for 11 years; High PSA; he had Urologist consultation on 07/06/2017- elevated PSA/decline prostate biopsy, neurogenic bladder, urinary retention, BPH; in the interim: he has CT abdomen and pelvis on 12/12/2017- extensive urinary bladder calculi, diffuse urinary bladder wall thickening suggesting chronic outflow tract obstruction versus cystitis, prostatic enlargement small bilateral fat containing inguinal hernia; he does self urinary bladder catheterization; no dysuria

  In the interim: he was seen by the Urologist on 09/27/2018 - high elevated PSA is not a concern to him and he does not desire treatment; retroperitoneal US as of 02/08/2019- large urinary bladder base mass and posterior calcifications, right mid kidney indeterminate lesion, no hydronephrosis; he was followed by the Urologist on 11/07/2019( done well with the regimen, will continue it): his urinary symptomatology persists; no new symptoms or worsening of it; he does urinary bladder self catherization with no difficult

  02/19/2020
  PSA 7.1 H

  Continued on to kidney disease section
  **Pain:** Not Applicable

**COMPLAINT 2**        **Provider:** Sood, Ravi MD

  **Chief Complaint:** Kidney Disease
  **Subjective:** Continued from the Urinary problem section

  Today, his BP is in normotensive range

  Hyperlipidemia/ 10 years CV risk as of 02/19/2002 is 12.8%, HDL 49, LDL 61; intolerant to all statin; on Zetia

  CKD-3; proteinuria (Urine microAlb/Cr as of 02/19/2020is 91 H)

  02/19/2020
  S Cr. 1.49, GFR 47
  BUN 24
  SK WNL

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | WEINGARTEN, ISRAEL | | | Reg #: | 76830-053 |
| Date of Birth: | 02/24/1950 | Sex: M | Race: WHITE | Facility: | FTD |
| Encounter Date: | 02/27/2020 09:13 | Provider: Sood, Ravi MD | | Unit: | P01 |

08/20/2019
S Cr. 1.65, GFR 42
BUN 30
SK WNL

Chronic gout (high Uric acid, history of renal stones, CKD-3, intermittent painful swelling of proximal PIP joints of right hand - presently, in remission); he observes dietary modifications; on renal dose of allopurinol: in the interim: he is not compliant with medication, which he attributes to that it increase uric acid level; he is being apprised of the side effects of allopurinol, but he does not want to take allopurinol

08/20/2019
Uric acid 10.0

11/28/2018
Uric acid 7.9

04/03/2018
High PTH, normal calcium- 9.6

Hypo-vitamin D

Skin lesion upper back - had dermatologist consultation and shave biopsy of this skin lesion on 06/01/2018; pathology result as of 06/01/2018 - pigmented seborrheic keratosis; he was seen by the dermatologist for another itchy skin lesion upper back in midline inter-scapular region, and had biopsy of it on 09/28/2019 - biopsy result as of 09/28/2019: seborrheic keratosis; in the interim: no problems - no evidence of local recurrence

Continued on to other problem section

**Pain:** Not Applicable

## COMPLAINT 3     Provider: Sood, Ravi MD

**Chief Complaint:** Other Problem
**Subjective:** Continued from the urinary problem section

Bilateral inguinal hernias; he had surgery consultation on 05/31/2017- no clinical significant hernia

Low folic acid; B12 as of 04/03/2018 WNL

Chronic numbness both lower extremities - he states he had nerve study in 2015 and was diagnosed with polyneuropathy of lower extremities; I don't see its report on BEMR; he does not know the details of nerve study- unaware of the facility where it was done: in the interim: symptomatology is in remission

Chronic MH or behavioral problems: sex offender; he had no suicidal attempts or MH related ER or hospital admission; presently, his mood, energy, and sleep are okay; he has no thoughts to hurt self or others; he does not ruminate

Had Neurologist consultation on 08/09/2019- mild cognitive impairment, add B12, B6

Chronic intermittent discomfort back of right testis for few years; testicular US as 03/23/2017 - small left hydrocele, no intra-testicular mass or epididymitis, fluid in right inguinal canal - nonspecific - recommended CT pelvis-had MRI of abdomen and pelvis on 05/29/2019

S/P tonsillitis as child hood: post surgery: no problems

Family history: non-contributory/Smoked cigarettes: none

| | |
|---|---|
| Inmate Name: WEINGARTEN, ISRAEL | Reg #: 76830-053 |
| Date of Birth: 02/24/1950  Sex: M  Race: WHITE | Facility: FTD |
| Encounter Date: 02/27/2020 09:13  Provider: Sood, Ravi MD | Unit: P01 |

HIV, HBV, HCV, RPR are negative

Vision problems: wears bifocal glasses; NO: diplopia or glaucoma or sudden vision loss or eye surgery

Sleep apnea: none; Hearing problem: none

PPD test as of 12/05/2019 is negative; he has no symptoms of active TB; he is being apprised of the symptoms of active TB; CXR as of 03/10/2011 is negative

He was offered colonoscopy on 09/17/2019, which he refused for; today, again he refused to undergo colonoscopy

04/27/2018
FOBT negative

Continued on to general section

**Pain:** Not Applicable

---

**COMPLAINT 4**    **Provider:** Sood, Ravi MD

**Chief Complaint:** GENERAL

**Subjective:** Continued from the other problem section

Medications; he is non compliant with statins due to intolerance to them; OTC medications: none

Exercise: yes; Watchful of his diet: yes; Weight: 123 LLBS c.f. 121 LBS as of 03/03/2017. He is being counseled for healthy lifestyle changes including weight reduction by cutting back on calories.

His lab work up is reviewed with him

02/19/2020
S Cr. 1.49, GFR 47
BUN 24, S K WNL
CH 180, TG 49, HDL 61, LDL 109
PSA 7.1 H
FT4, TSH WNL
A1C 5.4
HB% , WBC, PLT WNL

03/06/2019
S Cr. LFT WNL
BUN 26
CH 243, TG 91, HDL 48, LDL 177
TSH WNL
A1C 5.6
HB% 15.3, WBC, PLT WNL

11/28/2018
Vitamin D 16.5
Uric acid 7.9
PSA 7.9 H

**Pain:** Not Applicable

---

**Seen for clinic(s):** General, Nephrology, Endocrine/Lipid
**Added to clinic(s):** Nephrology, Endocrine/Lipid

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | WEINGARTEN, ISRAEL | | | Reg #: | 76830-053 |
| Date of Birth: | 02/24/1950 | Sex: M | Race: WHITE | Facility: | FTD |
| Encounter Date: | 02/27/2020 09:13 | Provider: Sood, Ravi MD | | Unit: | P01 |

## OBJECTIVE:

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 02/27/2020 | 10:00 FTD | 98.4 | 36.9 | Tympanic | Sood, Ravi MD |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 02/27/2020 | 10:00 FTD | 76 | Radial | Regular | Sood, Ravi MD |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 02/27/2020 | 10:00 FTD | 16 | Sood, Ravi MD |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 02/27/2020 | 10:00 FTD | 106/73 | Left Arm | Sitting | Adult-large | Sood, Ravi MD |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 02/27/2020 | 10:00 FTD | 98 | Room Air | Sood, Ravi MD |

**Weight:**

| Date | Time | Lbs | Kg | Waist Circum. | Provider |
|---|---|---|---|---|---|
| 02/27/2020 | 10:00 FTD | 123.0 | 55.8 | | Sood, Ravi MD |

### ROS Comments

ROS

Constitutional Symptoms
No: Anorexia, Easily Tired, Fever, Night Sweats, Unexplained Weight Loss

Cardiovascular system

No: Chest pain, Shortness of Breath, Orthopnea, Paroxysmal Nocturnal Dyspnea, Palpitation, Syncope, Claudication

Gastrointestinal system

No: Appetite Loss, Constipation, Diarrhea, Dysphagia, Hematemesis, Nausea, Vomiting, Odynophagia, Stools Black, Bleeding per Rectum

Respiratory System

No: Hemoptysis

Psychiatry

No: Mood-Down, Anxious, Panic Attacks, Sleep-Decreased, Energy-Decreased, Appetite-Decreased, Concentration-Decreased, Memory Impaired, Hallucinations-Auditory, Hallucinations-Command, Hallucinations-Visual, Hallucinations-Tactile, Hallucinations-Olfactory, Flashbacks, Suicide/Self-Harm Thoughts, Homicide/Other Harm Thoughts

Endocrine system
Non-contributory

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | WEINGARTEN, ISRAEL | | | Reg #: | 76830-053 |
| Date of Birth: | 02/24/1950 | Sex: M | Race: WHITE | Facility: | FTD |
| Encounter Date: | 02/27/2020 09:13 | Provider: Sood, Ravi MD | | Unit: | P01 |

**Exam Comments**

Examination:

General: Affect: Pleasant, Cooperative; Appearance; Alert and Oriented x 3
Nutrition: BMI 19.9

Skin: No suspicious skin lesion

Skin Biopsy site: no evidence of recurrence

Head: General: Atraumatic/Normocephalic

Eyes: General: Extraocular Movements Intact; Visual Fields: Normal Fields
Conjunctiva and Sclera: No gross abnormality; Cornea and Lens: cataract
Fundus Exam: retinopathy - limited examination

Face: General: Symmetric
Mouth: Tongue: No Lesion(s): Pharynx: No White Plaques

Neck: General: Supple
Thyroid: No: Nodule

Pulmonary: Auscultation: Clear to Auscultation; No Crackles or Rhonchi

Cardiovascular: Auscultation: Regular Rate and Rhythm (RRR), Normal S1 and S2
No: M/R/G

Vascular: No: Carotid Bruits, Abdominal Bruits, Jugular Venous Distension

Peripheral Vascular: General: No: Varicosities, Non-Pitting Edema, Pitting Edema
Lymphatics: No Regional Lymphadenopathy

Abdomen: Inspection: No: Stigmata of Liver Disease
Palpation: Soft; No Tenderness on Palpation, No Mass(es) or Hepato-Splenomegaly

Neurologic: CN 2-12 Intact Grossly

Mental Health: Posture: Upright; Grooming/Hygiene; Appropriate Grooming
Affect:   Appropriate; Speech/Language: Appropriate; Mood: Appropriate
Thought Process: Goal Directed; Thought Content: Goal Directed; Recent Memory
Appropriate; Remote Memory: Appropriate

Musculoskeletal:

Gait normal

Presented to the clinic walking in no distress using no mechanical support such as cane

Walk on toes and heels normal

ROM full, Neurovascular functions intact in extremities

Feet: Monofilament test is negative

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | WEINGARTEN, ISRAEL | | | Reg #: | 76830-053 |
| Date of Birth: | 02/24/1950 | Sex: M | Race: WHITE | Facility: | FTD |
| Encounter Date: | 02/27/2020 09:13 | Provider: Sood, Ravi MD | | Unit: | P01 |

**ASSESSMENT:**

Unspecified Neurocognitive Disorder, R41.9 - Current

Retention of urine, unspecified, 788.20 - Current

Abnormal finding of blood chemistry, unspecified, R799 - Current

Abnormal finding of blood chemistry, unspecified, R799 - Current

Body mass index (BMI) 19 or less, adult, Z681 - Current

Chronic gout, unspecified, without tophus (tophi), M1A9XX0 - Current

Disorder of prostate, unspecified, N429 - Current

Folate deficiency anemia, D529 - Current

HCV Negative, Z1159-HCV - Current

Hyperlipidemia, unspecified, E785 - Current

Hyperparathyroidism, unspecified, E213 - Current

Negative Test: HIV, Human immunodeficiency virus, Z717 - Current

Vitamin B12 deficiency anemia, D519 - Current

Vitamin D deficiency, E559 - Current

**PLAN:**

**Renew Medication Orders:**

| Rx# | Medication | Order Date |
|---|---|---|
| 473670-FTD | Allopurinol 100 MG Tab | 02/27/2020 09:13 |

   **Prescriber Order:**   Take one-half (1/2) tablet (50 MG) by mouth each morning x 180 day(s)
       **Indication:** Chronic gout, unspecified, without tophus (tophi)

| | | |
|---|---|---|
| 473671-FTD | Cyanocobalamin (Vit B-12) 1000 MCG Tab | 02/27/2020 09:13 |

   **Prescriber Order:**   Take one-half (1/2) tablet (500 MCG) by mouth each day x 180 day(s)
       **Indication:** Folate deficiency anemia

| | | |
|---|---|---|
| 473673-FTD | Ezetimibe 10 MG Tab | 02/27/2020 09:13 |

   **Prescriber Order:**   Take one tablet (10 MG) by mouth each morning x 180 day(s)
       **Indication:** Hyperlipidemia, unspecified

| | | |
|---|---|---|
| 473674-FTD | Finasteride 5 MG TAB | 02/27/2020 09:13 |

   **Prescriber Order:**   Take one tablet (5 MG) by mouth each day x 180 day(s)
       **Indication:** Disorder of prostate, unspecified

| | | |
|---|---|---|
| 473675-FTD | Folic Acid 1 MG Tab | 02/27/2020 09:13 |

   **Prescriber Order:**   Take one tablet (1 MG) by mouth each day x 180 day(s)
       **Indication:** Folate deficiency anemia

| | | |
|---|---|---|
| 472580-FTD | Cyanocobalamin (Vit B-12) 1000 MCG Tab | 02/27/2020 09:13 |

   **Prescriber Order:**   Take one-half (1/2) tablet (500 MCG) by mouth each day x 180 day(s)
       **Indication:** Vitamin D deficiency

**New Laboratory Requests:**

| Details | Frequency | Due Date | Priority |
|---|---|---|---|
| Lab Tests - Short List-General-CBC w/diff | One Time | 01/25/2021 00:00 | Routine |
| Lab Tests - Short List-General-Lipid Profile | | | |
| Lab Tests - Short List-General-TSH | | | |
| Lab Tests - Short List-General-Hemoglobin A1C | | | |

| | | | | |
|---|---|---|---|---|
| Inmate Name: WEINGARTEN, ISRAEL | | | | Reg #: 76830-053 |
| Date of Birth: 02/24/1950 | Sex: M | Race: WHITE | | Facility: FTD |
| Encounter Date: 02/27/2020 09:13 | Provider: Sood, Ravi MD | | | Unit: P01 |

| | | | |
|---|---|---|---|
| Lab Tests - Short List-General-T4, Free | | | |
| Lab Tests-U-Uric Acid | | | |
| Lab Tests-V-Vitamin D, 25-Hydroxy | | | |
| Lab Tests - Short List-General-Microalbumin & Creatinine, Urine Random | | | |
| Lab Tests - Short List-General-Comprehensive Metabolic Profile (CMP) | | | |
| Lab Tests - Short List-General-CBC w/diff | One Time | 07/01/2020 00:00 | Routine |
| Lab Tests-P-PSA, Free | | | |
| Lab Tests - Short List-General-Hemoglobin A1C | | | |
| Lab Tests-P-PSA, Total | | | |
| Lab Tests-U-Uric Acid | | | |
| Lab Tests-V-Vitamin D, 25-Hydroxy | | | |
| Lab Tests - Short List-General-Comprehensive Metabolic Profile (CMP) | | | |
| Lab Tests-P-Parathyroid Hormone Intact (PTH) | | | |

**New Consultation Requests:**

| Consultation/Procedure | Target Date | Scheduled Target Date | Priority | Translator | Language |
|---|---|---|---|---|---|
| Rheumatology | 04/21/2020 | 04/21/2020 | Routine | No | |

    **Subtype:**

        Initial Eval

    **Reason for Request:**

        The patient is 70 years old male

        Chronic gout (high Uric acid, history of renal stones, CKD-3, intermittent painful swelling of proximal PIP joints of right hand - presently, in remission); he observes dietary modifications; on renal dose of allopurinol: in the interim: he is not compliant with medication, which he attributes to that it increase uric acid level; he is being apprised of the side effects of allopurinol, but he does not want to take allopurinol

        08/20/2019
        Uric acid 10.0

        11/28/2018
        Uric acid 7.9

        04/03/2018
        High PTH, normal calcium- 9.6

        Hypo-vitamin D

        CKD-3; proteinuria (Urine microAlb/Cr as of 02/19/2020is 91 H)

        02/19/2020
        S Cr. 1.49, GFR 47
        BUN 24
        SK WNL

        08/20/2019
        S Cr. 1.65, GFR 42
        BUN 30
        SK WNL

    **Provisional Diagnosis:**

        Chronic gout

| | | | | |
|---|---|---|---|---|
| Inmate Name: | WEINGARTEN, ISRAEL | | | Reg #: 76830-053 |
| Date of Birth: | 02/24/1950 | Sex: M   Race: WHITE | | Facility: FTD |
| Encounter Date: | 02/27/2020 09:13 | Provider: Sood, Ravi MD | | Unit: P01 |

**New Non-Medication Orders:**

| Order | Frequency | Duration | Details | Ordered By |
|---|---|---|---|---|
| Fecal Occult Blood | One Time | | Start on 03/16/2020 | Sood, Ravi MD |
| | Order Date: | 02/27/2020 | | |
| Fecal Occult Blood | One Time | | start on 01/25/2021 | Sood, Ravi MD |
| | Order Date: | 02/27/2020 | | |

**Schedule:**

| Activity | Date Scheduled | Scheduled Provider |
|---|---|---|
| Follow-up | 07/20/2020 00:00 | Physician 04 |
| Chronic Care Visit | 02/12/2021 00:00 | Physician 04 |

**Disposition:**

Follow-up at Sick Call as Needed
Return Immediately if Condition Worsens
Follow-up in 1 Year

**Other:**

Plan of care
Care level 2
Non compliant with statin, and allopurinol- does not want to take it as he feels it increases uric acid level
High PSA/chronic neurogenic bladder; decline prostate biopsy; CT abdomen x 12/12/2017- extensive urinary bladder calculi, diffuse urinary bladder wall thickening suggesting chronic outflow tract obstruction versus cystitis, prostatic enlargement small bilateral fat containing inguinal hernia; last Urologist consultation on 11/07/2019: continue current treatment
CKD-3; proteinuria: plenty of fluids, restrict sodium/sugar intake: clinical and laboratory monitoring
Hyperlipidemia; intolerant to statins, bile sequestrents: healthy lifestyle zetia to continue
Gout - history of pain /swellingPIP joints; high Uric acid/no skin tophi; CKD -3, history of renal stones; x-ray both hands as of 08/15/2018- OA; does not want to take allopurinol: follow up with rheumatologist, dietary modifications
Hypo-Vitamin D: sun exposure, dietary modifications,
S/P biopsy of skin lesion- seborrheic keratosis: it is in remission
Bilateral small reducible inguinal hernias; activity restriction, scrotal support
Chronic numbness both lower extremities: feet care
Folate deficiency anemia: Folate to continue
Chronic MH or behavioral problems: sex offender: referred to psychology for CBT
Mild cognitive impairment as per Neurologist consultation: PO B12 to continue 08/09/2019
S/P tonsillectomy as child hood: post surgery: no problems
Suspicious skin lesions- biopsy seborrheic keratitis: follow up with dermatologist
Family history: non-contributory/Smoked cigarettes: none
HIV, HCV, HBV, RPR negative
Vision problems: follow up with optometrist
Sleep apnea: none; Hearing problem: none
PPD test as of 12/05/2019 is negative; CXR as of 03/10/2011 is negative
Healthy lifestyle changes (regular exercise, dietary modifications: restrict calories, saturated fat, sugar/sodium, and simple carbohydrates intake)
Mindful awareness or meditation
Yoga
Follow up lab work up

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 02/27/2020 | Counseling | Access to Care | Sood, Ravi | Verbalizes Understanding |

| Inmate Name: | WEINGARTEN, ISRAEL | | | | Reg #: | 76830-053 |
| --- | --- | --- | --- | --- | --- | --- |
| Date of Birth: | 02/24/1950 | Sex: | M   Race: WHITE | | Facility: | FTD |
| Encounter Date: | 02/27/2020 09:13 | Provider: | Sood, Ravi MD | | Unit: | P01 |

| **Date Initiated** | **Format** | **Handout/Topic** | **Provider** | **Outcome** |
| --- | --- | --- | --- | --- |

He is being counseled for dietary modifications (restrict simple carbohydrate, calories, saturated fat, and sodium/sugar); exercise (150 minutes of moderate exercise per week); medications side effects; safety and injury prevention; preventive health; compliance of treatment. Also, plan of care is being discussed. He verbalizes understanding

**Copay Required:** No     **Cosign Required:** No

**Telephone/Verbal Order:**   No

Completed by Sood, Ravi MD on 02/27/2020 12:07

| Inmate Name: | WEINGARTEN, ISRAEL |
| --- | --- |
| Date of Birth: | 02/24/1950 |