# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | | |
|---|---|---|---|
| Inmate Name: WEINGARTEN, ISRAEL | | Reg #: 76830-053 | |
| Date of Birth: 02/24/1950 | Sex: M   Race: WHITE | Facility: PEM | |
| Encounter Date: 10/13/2011 09:39 | Provider: Akbar, Salman MD | Unit: A01 | |

Chronic Care encounter performed at Health Services.

**SUBJECTIVE:**
   **COMPLAINT 1**          **Provider:** Akbar, Salman MD
      **Chief Complaint:** Urinary Problem
      **Subjective:** pt is being seen for chronic urinary retention. Pt self catheterizes himself every 4h.
      **Pain Location:**
      **Pain Scale:**
      **Pain Qualities:**
      **History of Trauma:**
      **Onset:**
      **Duration:**
      **Exacerbating Factors:**
      **Relieving Factors:**
      **Comments:**

**Seen for clinic(s):** Endocrine/Lipid, General

**ROS:**
   **General**
      **Constitutional Symptoms**
         No: Anorexia, Chills, Easily Tired, Fatigue, Fever, Hypersomnolence, Insomnia, Night Sweats, Unexplained Weight Loss, Weakness, Weight Gain

**OBJECTIVE:**

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 10/13/2011 | 09:52 PEX | 121/70 | | | | Akbar, Salman MD |

**Weight:**

| Date | Time | Lbs | Kg | Waist Circum. | Provider |
|---|---|---|---|---|---|
| 10/13/2011 | 09:52 PEX | 130.0 | 59.0 | | Akbar, Salman MD |

**Exam:**
   **Pulmonary**
      **Auscultation**
         Yes: Clear to Auscultation Bilaterally
   **Cardiovascular**
      **Auscultation**
         Yes: Regular Rate and Rhythm (RRR)
   **Abdomen**
      **Palpation**
         Yes: Soft, Non-tender on Palpation

**ASSESSMENT:**

| Description | ICD9 | Status | Status Date | Progress | Type |
|---|---|---|---|---|---|

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: WEINGARTEN, ISRAEL | | | | Reg #: | 76830-053 |
| Date of Birth: 02/24/1950 | Sex: M | Race: WHITE | | Facility: | PEM |
| Encounter Date: 10/13/2011 09:39 | Provider: Akbar, Salman MD | | | Unit: | A01 |

| Description | ICD9 | Status | Status Date | Progress | Type |
|---|---|---|---|---|---|
| Retention of urine, unspecified | 788.20 | Current | 10/07/2008 | At Treatment Goal | Chronic |
| Elevated prostate specific antigen [PSA] | 790.93 | Current | 05/26/2011 | At Treatment Goal | Chronic |
| Benign localized hyperplasia of prostate w/obstruc | 600.21 | Current | 04/09/2009 | At Treatment Goal | Chronic |

**Health Problem Comments:**
RULE OUT

| Description | ICD9 | Status | Status Date | Progress | Type |
|---|---|---|---|---|---|
| Dermatophytosis of nail (Tinea unguium) | 110.1 | Current | 12/22/2008 | At Treatment Goal | Chronic |

**PLAN:**

**Schedule:**

| Activity | Date Scheduled | Scheduled Provider |
|---|---|---|
| Chronic Care Visit<br>   Neurogenic Bladder | 04/13/2012 00:00 | Physician 01 |

**Disposition:**
Discharged to Housing Unit with Convalescence
Follow-up at Sick Call as Needed
Follow-up at Chronic Care Clinic as Needed

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 10/13/2011 | Counseling | Diagnosis | Akbar, Salman | Verbalizes Understanding |
| 10/13/2011 | Counseling | Plan of Care | Akbar, Salman | Verbalizes Understanding |

**Copay Required:** No      **Cosign Required:** No
**Telephone/Verbal Order:** No

Completed by Akbar, Salman MD on 10/13/2011 10:06